IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY 27 A 9:29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Christopher O'Neal Hundley 206030</u> )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
<u>LEEoposey Daniels, Warden</u> )
<u>William Howard, Sgt., et al.,</u> )
<u>Carey Welch, Distribution</u> )
<u>Area Supervisor, Montgomery</u> )
<u>Area Food Bank;</u> )
<u>B. Adams (Nurse at Kilby)</u> )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2:05CV502-D
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Montgomery Commuit Work Center, P.O. Box 75, MT. Meigs, Alabama, 36057.__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Montgomery Area Food Bank, 521 Trade Center Street, Montgomery, Ala. 36108-2107__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. LEEoposey DAniels (WARden) P.O. Box 75, MT. Meigs, Alabama, 36057.
2. William Howard (Sgt.) P.O. Box 75, MT. Meigs, Alabama, 36057.
3. Carey Welch (Distribution Area Supervisor) 521 Trade Center Street Montgomery, Alabama, 36108-2107
4. B. Adams (Nurse at Kilby) Kilby Correctional Facility P.O. Box 150 MT. Meigs, Alabama. 36057
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __October 26, 2004 and November 23, 2004__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On October 26, 2004 Defendants Leeposey Daniels and William Howard acted in concert to deprive me of my 8th and 14th Amendment of the United States Constitution by assigning me to a job at the Montgomery Area Food-Bank that caused me a wrongful injury to my right Ankle that took twenty (20) stiches. I contend that defendants Howard and Daniels has a practice of job discrimination

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

ON October 26, 2004 defendants Leeoposey Daniels and William Howard assigned me to Montgomery Area Food Bank, ON November 23, 2004 I was in the back of one of one of Food Bank Trucks at WinnDixie Dry loading pallets with a hand Falklifter and the Falklifter gave out and drop a pallet on the right side ankle of about 500 LBS. I contend that inmates who provide informat to defendants are given better jobs.

**GROUND TWO:** Defendant Carey Welch, distribution Supervisor sent me on a work detail without proper training in violation of my 8th and 14th Amend. USCA.

**SUPPORTING FACTS:** On November 23, 2004, defendant Carey Welch did in fact send me on a work detail to handle the falklift that I had not been train to opperate which lead to my right Ankle to be crused by five hundred pounds that caused me to have to have twenty (20) Stiches.

**GROUND THREE:** Defendant B. Adams, prison health care nurse violated my 8th and 14th Amendment right by denying me medical attention.

**SUPPORTING FACTS:** ON May 9, 2005, B. Adams at Kiby Correctional Center step beyond the pale of his profession when he made the Doctor's decision to deny me access to the Medical Doctor.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a jury trial pursuant to rule 38 Federal Rules Civil Procedure and the 7th Amend. U.S.C.A., Plaintiff seek $150,000.00 in punitive damages and any other relief this Court deem just, proper and fair.

_Christopher Hundley_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5/25/05.
(Date)

_Christopher Hundley_
Signature of plaintiff(s)

4