IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_NORTHERN_ DIVISION

RECEIVED 2005 MAY 27 A 9:29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Christopher O'Neal Hundley )
_____ )
_____ )
_____ )
_____Plaintiff(s)_____ )
                             )
v.                           )
                             )
Lee.oposey. DANiels, WARDEN  )
William Howard, Sgt, et al., )
Carey Welch, Supervisor Food Bank )
B. Adams, Nurse at Kilby    )
_____Defendant(s)_____ )

2:05CV502-D

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Christopher O'Neal Hundley

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Christopher Hundley
Plaintiff(s) signature

```
MAY. 25, 2005            USER: LINDA POWELL                           INMACI
      INMATE ACCOUNT INFORMATION FROM DEC. 01, 2004 THRU MAY. 25, 2005

   AIS#:   206030    NAME: HUNDLEY, CHRISTOPHER    CURRENT BAL:        $0.00

DATE OF        PREVIOUS    TRANS.   NAME OF              TYPE OF    TRANS.     AMOUNT
TRANS.         BALANCE     NUMBER   SENDER/PAYEE         TRANS.     AMOUNT     DEDUCTED
------------------------------------------------------------------------------------------
12/30/2004      $0.63      001160   SAMMIE J. BUTLER     MISC. DEP   $25.00     $0.00
01/03/2005     $25.63      001642   THE INMATE           WR CASH DR  $15.00     N/A
01/10/2005     $10.63      001769   THE INMATE           WR CASH DR  $10.00     N/A
01/13/2005      $0.63      001060   KILBY CORRECTIONAL   MISC. WDRL   $0.63     N/A
03/10/2005      $0.00      002161   SAMMIE J BUTLER      MISC. DEP   $50.00     $0.00
03/14/2005     $50.00      002996   THE INMATE           WR CASH DR  $30.00     N/A
03/21/2005     $20.00      003197   THE INMATE           WR CASH DR  $20.00     N/A
                 END OF DATA ON HUNDLEY, CHRISTOPHER




                  PRESS ENTER TO CONTINUE
```

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Christopher O'Neal Hundley       District of  MIDDLE DISTRICT OF ALABAMA

RECEIVED 2005 MAY 27 A 8:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

CASE NUMBER:

Defendant

I, Leeoposey Daniels, et al., _____ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Montgomery Commit Work Center

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_5/25/05_ 
Date

_Christopher Hundley_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.