**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    William Howard Sgt.
    P.O. Box 75
    Mt. Meigs, AL
    36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Cassandra Reynolds_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Cassandra Reynolds              6/1/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   05 cv 502
   Po r cmp

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7003 2260 0005 4584 6781

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540