IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2005 JUN -9 A 9:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHRISTOPHER O'NEAL HUNDLEY,
AIS # 206030,
    Plaintiff,

v.

DELORES R. BOYD, U.S. MAGISTRATE,
LEEOPOSEY DANIELS, et al.,
    Defendants.

CIVIL ACTION NO.: 2:05-CV-502-D

## WRIT OF MANDAMUS PURSUANT TO THE FEDERAL RULES OF APPELLATE PROCEDURE RULE 21

Comes now the Plaintiff CHRISTOPHER O'NEAL HUNDLEY, by and through PRO/SE, hereby moves this District Court on Writ of Mandamus to be directed to Magistrate Delores R. Boyd, for further violating Plaintiff Fourteenth Amendment Right to due process and equal protection, by issuing a recommendation to dismiss defendant Corey Welch prior to service of process which is not appropriate under 28 U.S.C. §

(1)

1915(e)(2)(B)(i) prior to 28 USCS § 636 (B) and (C) governing Magistrate Consent form which was never served upon the Plaintiff for Magistrate Boyd to even attempt such bias and prejudice act to hender Plaintiff opportunity for discovery pursuant to Rules 33, 34, 35, 36 and 37 of the Federal Rules of Civil Procedure. I contend that Magistrate's Boyd actions dated June 2, 2005, offend the Fourteenth Amendment of the United States Constitution and 28 USCS § 636 (B) and (C).

### CONCLUSION

For the reasons stated herein, the RECOMMENDATION of the Magistrate should not be adopted, and defendant Carey Welch made to show cause as other defendants for the ALDOC for which defendant Welch acted in concert, thereby Committed Conspiracy under 18 USCS § 241 and 242.

DONE this 7th day of June 2005.

Respectfully Submitted: Christopher Hundley

(2)

## VERIFICATION

I hereby verify under penalty of perjury on this 7th day of June 2005, that the information contained herein is true and correct to the best of my knowledge and belief.

*Christopher Hundley*

## CERTIFICATE OF SERVICE

I hereby certify this 7th day of June 2005, that I have served a true and correct copy of Writ of Mandamus upon Magistrate Boyd, % Clerk and a copy upon the defendants by U.S. mail postage prepaid.

*Christopher Hundley*
Christopher O'neal Hundley, Plaintiff
P.O. Box 75
Mt. Meigs, AL 36057