IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, ) | |
| AIS #206030, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-502-D |
| ) | |
| LEEOPOSEY DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

In his complaint, the plaintiff names Leeoposey Daniels as a defendant in this cause of action. Service was attempted but unperfected on this individual because he was not at the address provided by the plaintiff. If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Leeoposey Daniels, the plaintiff must furnish the clerk's office with a correct address for this individual.

Accordingly, it is

ORDERED that on or before June 22, 2005 the plaintiff shall furnish the clerk's office with the correct address of Leeoposey Daniels. The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is the plaintiff's responsibility.

The plaintiff is cautioned that if he fails to comply with this order Leeoposey Daniels will not be served, he will therefore not be a party to this cause of action and this case will

proceed only against those defendants on whom service is perfected.

Done this 10th day of June, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE