IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, ) | |
| AIS # 206030, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv502-D |
| ) | |
| LEEOPOSEY DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon CONSIDERATION of Plaintiff Christopher O'Neal Hundley's "writ of mandamus," it is ORDERED that said writ be and the same is hereby DENIED.

DONE this 10th day of June, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE