IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, ) <br> AIS #206030, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEEOPOSEY DANIELS, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-CV-502-D |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on June 9, 2005 (Court Doc. No. 8), which the court construes to contain a motion for leave to amend with respect to the claims presented against Carey Welch, and for good cause, it is

ORDERED that the motion for leave to amend be and is hereby GRANTED.

Done this 10TH day of June, 2005.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED   STATES   MAGISTRATE   JUDGE