IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN 17 A 9:39

| | |
|---|---|
| Christopher O'Neal HUNDLEY, A.I.S.#206030, Plaintiff, V. BOB RILEY, GOVERNOR, DONALD CAMPBELL, COMMISSIONER, LEEPOSEY DANIELS, WARDEN, and ELIZABETH ALLEN, STEWARD I, Defendants. | CIVIL ACTION NO: 2:05-cv-502-D |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now the Plaintiff by and through PRO/SE in the above styled Civil Action hereby moves this Honorable District Court on motion For Leave to File Amended Complaint pursuant to the Federal Rules of Civil Procedure, and in support see Amended Complaint attached here too...

DONE this 14th day of JUNE 2005

Respectfully Submitted
Christopher Hundley

(1)