IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Christopher O'Neal Hundley,
A.I.S. #206030,

    Plaintiff,

V.

LEEOPOSEY DANIELS, et. al,

    Defendants.

CIVIL ACTION NO. 2:05-CV-502-D

## To The Clerk's Office

Comes now the Plaintiff, Christopher O'NEAL HUNDLEY, in the above styled case by and through PRO/SE in the above styled Civil Action, to inform the CLERK'S Office of the ADDRESS of Defendant LEEOPOSEY DANIELS. LEEOPOSEY DANIELS ADDRESS is P.O. Box 715, Mt. Meigs, Alabama 36057. THIS is the Address to Montgomery Community Work Center were LEEOPOSEY DANIELS is the WARDEN and this Address here you will be able to serve him, Alabama Department of Corrections, 64 North Union Street, Montgomery, Alabama 36130.

DATE: 6/16/05

Respectively Submitted
Christopher O'Neal Hundley