**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Linda K. Powell_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 6/21/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Elizabeth Allen, Steward
Montgomery Work Release
P O Box 75
Mt. Meigs, Alabama 36057

05 cv 502 c+op

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0001 0150 4873

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540