**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Governor Bob Riley
Alabama State House
11 South Union Street
Montgomery, AL 36130

05cv502 c+oP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _P. Macdoue_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

JUN 2 2 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0001 0150 4842

PS Form 3811, February 2004    Domestic Return Receipt    595-02-M-1540