# A F F I D A V I T



**DEFENDANT'S EXHIBIT**

A

**STATE OF ALABAMA** )
                     )
Montgomery **COUNTY** )

I, Catherine Stallworth , hereby certify and affirm that I am a Medical Records Supv. at _____ Kilby _____ ; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one Christopher Hundley _____ , AIS# 206030 ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _____ Kilby _____ ; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 21st day of _____ June _____ , 2005.

*Catherine Stallworth*

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**
21st **Day of** June , 2005.

*Linda Bell Horton*
Notary Public
10/22/05
My Commission Expires

# PROBLEM LIST

Name _Hundley, Christopher_

ID # _206030_

D.O. ███████

Medication Allergies _NKA chocolate_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 04/26/02 | MH code (none) | | 21 |
| 7/29/02 | Arthralgia knee | | |
| | Trauma to knee 1982 while | | |
| | playing baseball, softball and football | | |
| 2-1-05 | PPD - Ømm | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94

CMS 7189

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

I.  HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ |  | 163 lbs   Aug. 2004 |
| | | | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ | |
| Chest Pain |  | ✓ | |
| Blood in Urine or Stool |  | ✓ | |
| Difficult Urination |  | ✓ | |
| Other Illnesses (Details) |  | ✓ | |
| Smoke, Dip or Chew | ✓ | | |
| ALLERGIES | | ✓ | |

Weight _181_  Temp _97.2_  Pulse _60_    Resp _16_  Blood Pressure _96/68_

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: _____ OD _____ OS _20/20_ OU
c glasses

FSBS 66 mg/dL

II.  TESTING – (LPN or RN)        RESULTS

Tuberculin Skin Test (q yr)        Date given _1-29-05_ Site _LFA_
                                   Read on _2-1-05_ Results _0_ mm

Past Positive TB Skin Test  →   **Survey Completed** _____
(Chest x-ray if clinical symptoms)  Date _____ Results _____
RPR (q 3 yrs)                      Date _1-29-05_ Results _____
EKG (baseline at 35, over 45 q 3 yrs)
_ag 30_ Cholesterol (at 35 then q 5 yrs)
Tetanus/Diptheria (q 10 yrs)       Last Given _1999_ Due _____
   (if done today)                 Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen)
Mammogram                          Date _____ Results _____
   (females @ 40, q 2 yrs/other M.D. order)

III.  PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart                  _HRR_
Lungs                  _CTA blat_
Breast Exam            _____
Rectal (yearly after 45)   Results _____
   with Hemoccult          Results _____
Pelvic and PAP (q 1 yr)    Date _____ Results _____

Facility _KCF_  Nurse Signature _N. Nhogen_   Date _1/29/05_

M.D. or Mid-Level Signature _(initials) 2/1/05_       Date _____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Hundley, Christopher | 206030 | ▓▓▓▓ | B/m |

60513-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/23/04

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

KOP Bactrim + Rifampin

KOP Dry dsg 4x4

_____

_____

**Date:** 12/23/04 **MD Signature:** VO B. Adams CRNP/ **Time:** _____

Dr. Robbins  Grove

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/30/04

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher **ID#:** 20 6030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

KOP Motrin x 30D

_____

_____

_____

_____

**Date:** 12/30/04 **MD Signature:** VO B Adams crNPl **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/23/04

**To:** ADOC

**From:** West Ward / KCF

**Inmate Name:** Hundley, Christopher    **ID#:** 206030

The following action is recommended for medical reasons:

1.    House in _____

2.    Medical Isolation _____

3.    Work restrictions _____

4.    May have extra _____ until _____

5.    Other _____

**Comments:**

Report to West Ward for dressing changes
daily x 3 days.

_____

_____

_____

**Date:** 11/23/04    **MD Signature:** B. Adams CNP / D. Dega    **Time:** 16:00

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/23/04

**To:** ADOC

**From:** WW / KCF

**Inmate Name:** Hundley, Christopher    **ID#:** 206030

The following action is recommended for medical reasons:

1.  House in
2.  Medical Isolation
3.  Work restrictions
4.  May have extra _____ until _____
5.  Other

**Comments:**

Return to West Ward for suture removal
on 12/02/04.

**Date:** 11/23/04    **MD Signature:** B. Adams CNP / D. Nlega    **Time:** 16:10

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/23/04

**To:** ADOC

**From:** West Ward - KCF

**Inmate Name:** Christopher Hundley    **ID#:** 206030

**The following action is recommended for medical reasons:**

1.  House in ~~_____~~
2.  Medical Isolation ~~_____~~
3.  Work restrictions   Work stop x 7 days
4.  May have extra ~~_____~~ until ~~_____~~
5.  Other ~~_____~~

**Comments:**

May have ① one pair wood crutches for ambulation.
② ace wrap to ® foot x 7 days  ③ Garbage (plastic) bag
to wrap foot while showering x 3 days.
Bottom bunk profile x 10 days.

**Date:** 11/23/04  **MD Signature:** B. Odams CRP / D. Dyn  **Time:** 16:00

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

MCWC → KCF

| ADMISSION DATE 11/23/04 | TIME 1430 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES nkda | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 99° | ORAL/RECTAL | RESP. 20 | PULSE 90 | B/P 110/80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S. pallet caught foot in
between well. Cut foot
was working ē Mont. Floor
Bent.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

Ⓞ AA0x3. Laceration noted to
lateral aspect of ® foot. Laceration
approx 5½-6 cm in length
+ approx 0.5 cm in depth.
B. Adams CRNP here to suture.
Sutures x 20 placed to laceration
area cleaned + dressed per
order. Ibuprofen given per order.
Crutches given ē inst. on use. Pt
able to demonstrate proper use.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| F/u OPC 1 week. | | |
| Sutures out in 10 days | | |
| Dry dressing qd - wash area ē soap/ | | |
| Crutches x 7 d. | | |
| Work stop x 7 d. | | |
| Motrin 600mg po tid x 10 days prn | | |
| Bottom bunk profile x 10 days | | |
| V.O. B. Adams CRNP / D. Degen | | |

| DIAGNOSIS | Laceration ® ankle |
|---|---|

| INSTRUCTIONS TO PATIENT | See above. |
|---|---|

| DISCHARGE DATE 11/23/04 | TIME AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE D. Degen | DATE 11/23/04 | PHYSICIAN'S SIGNATURE B. Adams CRNP | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hundley, Christopher | DOC# 206030 | DOB | R/S B/m | FAC. KCF |
|---|---|---|---|---|



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

# KITCHEN CLEARANCE
# PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | ✗ |
| TB TEST CURRENT | ✓ | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ✗ | |

OTHER: _Already working_

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _K Williams LPN_    DATE: _7-23-04_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Christopher Hundley_    DATE: _____

EXPIRATION DATE: _8-23-04_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Hundley Christopher | 206030 | | Bm | BCCF |

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _states he have arthritis in both knee_

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _C Winsley RN_    DATE: _6/18/04_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Christopher Hundley_    DATE: _6/18/04_

EXPIRATION DATE: _7/18/04_

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|---|
| _Hundley Christopher_ | | _206085_ | ▮▮▮ | _Bm_ | _Bacf_ |

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

# TechCare

## Annual Health & TB Screening Appointment

8/4/2003

| Name | **HUNDLEY,CHRISTOPHER** |
|------|------|
| DOC # | **206030** |
| Birth Date | |

| Appointment Date | **8/4/2003** |
|------|------|

### TB Screening Data

| | |
|------|------|
| Date Given | 8/2/2003 |
| Site Given | LFA |
| Lot # | 4525G261 |
| Nurse Administering | P. MCKINNON, LPN |
| Date Read | 8/4/2003 |
| Size in MM | 0 |
| Nurse Reading | S. MCKINNON |
| Previous Positive | No |

### Medical Data

| | |
|------|------|
| Current Weight | 158lbs. |
| Previous Weight | 153 |
| Height | |
| Blood Pressure | |
| Recent Chest Pain | No |
| Kitchen Clearance | Yes |
| Productive Cough | No |
| Any Bleeding | No |
| Diabetic | No |
| Diabetic Condition | NA |
| Prosthetic | |

### Emergency Contact Data

| | |
|------|------|
| Name | SAMMIE J. BUTLER |
| Phone | 205-841-0941 |
| Address | POB 170432 |
| | BIRMINGHAM  AL  35217 |

Reviewer Signature:

# NAPHCARE
## PERIODIC HEALTH ASSESSMENT

| HISTORY – (Nurse) | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) | | X | Last weight at least 6 mos. |
| (Compare Weight Below) | | | ago |
| Persistent Cough | | X | |
| Chest Pain | | X | |
| Blood in Urine or Stool | | X | |
| Difficult Urination | | X | |
| Other Illnesses (Details) | | X | |
| Smoke, Dip or Chew | X | | Chocolate |
| ALLERGIES | | | |

Weight 158# Temp _____ Pulse 68 Resp. 16 B.P. 120/80

II.    TESTING – (Nurse)

RESULTS

Tuberculin Skin Test (q yr.)
(chest x-ray if clinical symptoms)
RPR (q3yrs)
EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs.)
Tetanus/Diptheria (q10 years)
If Done Today:
Optometry exam (age 50 if not already seen)

Date given 8-2-03  Site LFA
Read on _____ Results _____ mm
Date 8-2-03  Results _____
N/A
N/A
Last given 8-25-99 Due 2009
Site given _____ Dose _____ Lot # _____

III.    PHYSICAL        RESULTS

Heart
Lungs
Breast (q2 yrs. p 30)
Rectal (yearly p50)
With Hemoccult
Pelvic and PAP (q 1 yr)

RRR
cl bil.
Date _____ Results _____
Results _____
Results _____
Date N/A Results _____

Emergency Addressee Sammie J. Butler
Address P-o box 170132  B-H Am AL 35217 Phone# 205 841-0141
Facility East  Nurse Signature _____  Date 8-2-03
Physician Signature _____  Date
DOB ███  AGE ███  RACE B  SEX m  SSN ███
Inmate Name Hundley Christopher  AIS # 206030

**TUBERCULIN PPD FOR INMATES**

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 8-2-03 | Date Read: 8/4/03 |
| Site Given: LFA | Size: φ |
| Lot #: 4525 626 | |
| Nurse: _[signature]_ | Nurse: _[signature]_ |

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Christopher Hundley_ _____    _8/2/03_ _____
**Inmate Signature**                              **Date**

_[signature]_ _____    _8-2-03_ _____
**Witness Signature**                              **Date**

| Inmate Name: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Hundley Christopher | 206030 | B/m | East |

## NAPHCA
## Annual Health and TB Screening for Inmates

Facility **Easterling**

Date Given: **7/24/02**          Date Read **7-26-02**

Site Given: **LFA**          Size in M.M. **0**

Lot# **4525G261**

Nurse **S Bushen**          Nurse **Broderman**

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight **153**     Previous Weight **144**     B/P **110/70**

*circle*

Recent chest pain              Yes or (No)
Kitchen clearance assess. done and attached     (Yes) or No
Productive cough               Yes or (No)
Any bleeding                   Yes or (No)

Emergency contact **Sammie Butler** Phone# **205-841-1091**

Address **P.O. Box 170432**

**B'Ham, AL 35217**

Inmate signature **✱Christopher Hundley**     Date **7/24/02**

Witness signature **S Bushen**     Date **7/24/02**

DOB ███████ AGE **27** Race **B** SEX **M** SSN ████████

Inmate Name **Hundley Christopher** AIS# **206030**

NC-069

 

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Draper_ _Seg_

Date Given: _8/4/01_

Site Given: _(L) FA_

Lot# _45256260_

Nurse _B Buck lpn_

Date Read _08/06/01_

Size in M.M. _0_

Nurse _M Clain C_

**Note: Past Positives and conversions,** use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _144_    Previous Weight _143_    B/P _122/72_

*circle*

| | |
|---|---|
| Recent chest pain | Yes or (No) |
| Kitchen clearance assess. done and attached | Yes or (No) in jacket |
| Productive cough | Yes or (No) |
| Any bleeding | Yes or (No) |

Emergency contact _Sammie Butler_    Phone# _205-841-1091_

Address _1245 Park Av_

_B'ham AL 35217_

Inmate signature _Christopher Hundley 206030_    Date _8/4/01_

Witness signature _B Buck lpn_    Date _8/4/01_

DOB ███    AGE ███    Race _B_    SEX _M_    SSN ███

Inmate Name _Hundley, Christopher_    AIS# _206030_

_Seg_

NC-069

## PERIODIC HEALTH ASSESSMENT

**I.   HISTORY -  (Nurse)**          YES    NO    COMMENTS

Weight Change (>15 lb.)          ✓           Last Weight at least 6 mo.'s.
(Compare Weight Below)                        ago: _180_
Persistent Cough                        ✓
Chest Pain                              ✓
Blood In Urine or Stool                 ✓
Difficult Urination                     ✓
Other Illnesses (Details)        ✓           _Headaches_
Smoke, Dip or Chew               ✓           _1 Pack a day_
ALLERGIES                        ✓           _(Candy Bar deo)_

Weight _143_  Temp. _98³_  Pulse _68_  Resp. _18_  B.P. _110/68_
Eye Exam:        Without Glasses   OD _20/40_  OS _20/40_  OU _20/40_
                 With Glasses      OD _____  OS _____   OU _____

**II.   TESTING - (Nurse)**                    RESULTS

Tuberculin Skin Test (q yr.)       Date Given _8/16/00_  Site _L arm_
(chest x-ray if clinical symptoms)  Read On _8/18/00_  Results _Ø_  mm
RPR (q 3 yrs.)                     Date _8/25/99_  Results _NR_
Urine Dip (yearly)                 Results _8/16/00 WNL_
   (Glu., Pro., RBC., WBC.)
EKG (baseline at 35, over 45 q 3 yrs.) _N/A_
Cholesterol (at 35 then q 5 yrs.)   _N/A_
Tetanus/Diphtheria (q 10 yrs.)     Last Given _8/25/99_  Due _2005_
   If Done Today:       Site Given ____  Dose ____  Lot # ____
Mammogram – (Annually - Females > 49)  Date Done _N/A_  Results ____

**III.   PHYSICAL**                            RESULTS

Heart                  _RRR_
Lungs                  _Clear_
Breast (q 2 yrs. p 30)   Date _N/A_  Results ____
Rectal (yearly p 45)     Results _N/A_  Hemocult ____
Pelvic and PAP (q 1 yr.)  Date _N/A_  Results ____

Inmate Name _Hundley, Christopher_ AIS # _206030_
DOB ▓▓▓▓  Age ▓▓  Race _B_  Sex _M_  SSN ▓▓▓▓▓▓
Emergency Addressee _Jimmie Jr. Hundley_  Phone # _205 841 1091_
Address _1245 Park Ave Bessant Ph 35217_
Facility _DCC_  Nurse Signature _____  Date _8/16/00_
Physician Signature _____  Date _8/25/00_

## TUBERCULIN PPD FOR INMATES

| INITIAL SKIN TEST | | |
|---|---|---|
| Date Given: _8/16/00_ | Date Read: _8-18-00_ | |
| Site Given: _L arm_ | Size: _0_ mm | |
| Lot #: _CO 168 AA_ | | |
| Nurse: _[signature]_ | Nurse: _Emillien R_ | |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Christopher Hundley_
Inmate Signature

_8/16/00_
Date

_[signature]_
Witness Signature

_8/16/00_
Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| _Hundley, Christopher_ | _206030_ | _Bm_ | _DCC_ |

# CORRECTIONAL MEDICAL SYSTEMS

## INMATE FOOD SERVICE WORKER CLEARANCE

---

**MEDICAL RECORD REVIEW:**

| | Yes | No |
|---|---|---|
| Past history of hepatitis: | ☐ Yes | ☒ No |
| TB test current: | ☒ Yes | ☐ No |
| TB test negative: | ☒ Yes | ☐ No |

If history of positive TB test, verified completed treatment: _____ (Date)

---

**PHYSICAL ASSESSMENT:**

| | Yes | No |
|---|---|---|
| Open sores or rashes on hands, arms, face and neck: | ☐ Yes | ☒ No |
| Has diarrhea: | ☐ Yes | ☒ No |
| Has a cough: | ☐ Yes | ☒ No |
| Lungs clear to auscultation: | ☒ Yes | ☐ No |
| Signs and symptoms of other contagious diseases: | ☐ Yes | ☒ No |

Specify: _____

---

This inmate's Medical Record has been reviewed and he/she has been examined.

☒ He/she **IS** medically cleared for duty as a food service worker.
☐ He/she **IS NOT** medically cleared for duty as a food service worker.

_____   8/9/00

Signature    Date

---

NAME: Hundley, Christopha   ID#/DOB: 206030   LOCATION: DCC

# CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

_Kcf_  E9

INSTITUTION

**INMATE NAME:** Hundley Christopher  **ID#** 206030  **RACE:** B

## INMATE QUESTIONNAIRE (circle one)

| | | |
|---|---|---|
| 1. Do your have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | **No** |
| 2. Have you fainted or had a head injury within past six months? | Yes | **No** |
| 3. Have you been seen by a doctor in the past six months? | **Yes** | No |
| 4. Do you wear glasses or contact lenses? | Yes | **No** |
| 5. Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes | **No** |
| 6. Do you drink wine, beer or whiskey? How often? ___ How much? ___ Last time? ___ | **Yes** | No |
| 7. Have you had seizures or blackouts when you stop drinking? | Yes | **No** |
| 8. Do you use drugs? Type___ How often___ Last time___ | Yes | **No** |
| 9. Have you had withdrawal problems when you stop taking drugs? | Yes | **No** |
| 10. Are you currently detoxing? If yes, from what substance? | Yes | **No** |
| 11. Do you have any medical problems we should know about? | Yes | **No** |
| 12. Have you been in this facility before? | Yes | **No** |

## MENTAL HEALTH

| | | |
|---|---|---|
| 13. Have you ever been hospitalized or treated for psychiatric problem? 1992 | **Yes** | No |
| 14. Have you ever considered or attempted suicide | Yes | **No** |
| 15. Are you feeling depressed or extremely sad? | Yes | **No** |
| 16. Do you want to hurt yourself or someone else? | Yes | **No** |
| 17. Are you hearing voices?___ If yes, what are they saying? | Yes | **No** |

## FEMALE INMATES ONLY

| | | |
|---|---|---|
| 18. Are you pregnant? LMP | Yes | No |
| 19. Do you use birth control? Type | Yes | No |
| 20. Have you recently had a baby, miscarriage or abortion? | Yes | No |

## COMMENTS: (Explain "Yes" Responses)

(13) Migraines – sick call
Refused m H. Ref

## VITAL SIGNS

HT 5 02  WT 160  BP 124/82

Pulse ___  Resp ___  Temp ___

## CURRENT MEDICAL CONDITIONS (circle terms that apply)

| | |
|---|---|
| Unconscious | Skin Infection |
| Disoriented | Restricted Mobility |
| Intoxicated | Skin Rash |
| Lesions | Jaundice |
| Obvious Pain | Needle Marks |
| Bruises | Swollen Glands |
| Fever | Active Cough |
| Nausea | Vaginal/Penile Discharge |
| Uses Tobacco | Dental Problems |

## MEDICAL HISTORY (circle terms that apply)

| | |
|---|---|
| Arthritis | Frequent Diarrhea |
| Diabetes | Genital Sores |
| Seizure Disorder | V.D. |
| Asthma | Hepatitis |
| Special Diet | HIV+ |
| Heart Condition | Tuberculosis |
| Hypertension | Persistant Sore Throat |
| Stomach Ulcer | Dental Problems |
| Cancer | Surgeries |
| Sickle Cell Anemia | Chest Pain |
| Emphysema | Jaundice |

## TB HISTORY

Ever treated with TB Drugs?   Yes   **No**
Previous PPD test? **Yes** No   1996   Previous Positive Reaction?   Yes   **No**
When ___
Where ___ Sheff Co

Chronic Cough/Blood   Fever
Recent Weight Loss   Night Sweats
Recent Appetite Loss   Fatique

## MEDICATIONS

Current Medications:

Motrin  Sick call

## DISPOSITION

| Referrals | ___None | Placement |
|---|---|---|
| ___Emergency Room (Pre-booking injury) | | ___Infirmary |
| ___Emergency Room (Acute Condition | | ___Detoxification |
| ___Physician | | ___Setting |
| ___Sick Call | | ___Gen Population |
| | | ___Other |

## ALLERGIES

Medication Allergies:   Yes   **No**
Type: ___
Other Allergies:   Yes   No
Type: ___

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: _Christopher Hundley_

Screened by: ___  Date: 1/8/99  Time: ___

Reviewed by: ___  Date: ___  Time: ___

Revised 4/28/97 (CMS 7107)

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 24 Jan 01 | | ⑤ Pt seen at request of DOC Counselor. Pt reports he is doing well. Has no HO SI/SA but told mother this to get out of trouble. | |
| | | ⑥ Affect bright. Animated. Good sense of humor. | |
| | | A Axis I: None | |
| | | Axis II: None | |
| | | ⑨ No treatment indicated. Flu only PRN | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hundley, Christopher | 206030 | 25 | B/m | Elmore DCF |

F-61

# CORRECTIONAL MEDICAL SYSTEMS
## REFERRAL TO MENTAL HEALTH

| INMATE NAME: | ID# | LOCATION | D.O.B. |
|---|---|---|---|
| *Christopher Hundley* | 206030 | Elmore CC | ▓▓▓▓▓ |

**REASON FOR REFERRAL:**

( ) CRISIS INTERVENTION

     ( ) Family Problems _____
     ( ) Problems with peers _____
     ( ) Recent Stress _____
     ( ) Other _____

( ) EVALUATION OF MENTAL CONDITION

| | | |
|---|---|---|
| ( ) Suicidal | ( ) Anxious | ( ) Physical Complaints |
| ( ) Homicidal | ( ) Depressed | ( ) Sleep Disturbance |
| ( ) Mutilative | ( ) Withdrawn | ( ) Hallucinations/Delusions |
| ( ) Hostile/Angry | ( ) Poor Hygiene | ( ) Suspicious |
| ( ) Other inappropriate behavior _____ | | |

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION
( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE
( ) OTHER _____
COMMENTS: *Per PSI, inmate began hearing voices, engaged in self-mutilation behaviors, and tried to commit suicide by taking pills when he was in the 9th grade. Inmate has been @ Elmore since 10/00 with no problems noted. Please evaluate.*

| Referred by: Lynn Lewis, P.A. *LHL* | Department: TREATMENT | Date: 1/19/00 |
|---|---|---|

MENTAL HEALTH FOIIOW-UP: EVALUATION/TREATMENT/DISPOSITION

*Pt seen 24 Jan 2001*

| Follow-up by: | Department: | Date: |
|---|---|---|

CMS   7169   Rev.   3/93

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _____    AIS #: _____    IV: _____
Date: _____    DOB: ▮▮▮▮▮▮▮▮▮▮    AGE: _____
IQ Full: _____    WAIS: _____    WRAT RL: _____    Last School
                                                              Grade Completed: _____
MMPI Welsh: _____                  Megargee: _____
Code: _____                        Type:

### General Appearance

☐ a.  Neat and generally appropriate          ☐ c.  Flat or avoiding interaction
☐ b.  Poorly groomed                          ☐ d.  Sad or worried
☐ e.  Other _____

### I. Interpersonal Functioning

☐ a.  Normal - good relationships likely      ☑ d.  Lacks skill or confidence
☐ b.  Withdrawn / apparent loner              ☐ e.  Probably difficult to get along with
☐ c.  Likely to ignore rights / needs         Other (Specify) ____ 1 ____ 2
____ 3. _____ g. (See Copy) _____
_____

### II. Personality

☐ a.  Healthy                                 ☐ d.  Explosive
☐ b.  Antisocial                              ☐ e.  Dependent
☐ c.  Paranoid                                ☐ f.  Passive-Aggressive
Other (Specify) ____ 1. Schizoid ____ 2. Schizotypal ____ 3. Histrionic ____ 4. Narcissistic
____ 5. Borderline ____ 6. Avoidant ____ Compulsive ____ 8. Atypical/mixed
☒ g. See Copy (Write in your wording) _____
_____

### III. Substance Abuse

☒ a.  Alcohol addiction / abuse history
_____
_____
☐ b.  Drug addiction / abuse history
_____
_____
_____
_____

N-259

III. Medical History (Cont'd)

    a. Current use

    b. Current addiction

Other    2.    3.    4.    5.    8.

    9. (See Copy)

IV. Emotional status

    a. No significant problems

    b. Depressed

    c. Anxious or stressful

    d. Angry or resentful

    e. Confusion or psychotic symptoms

    f. Mood disturbances

    g. Sexual maladjustment

    h. Paranoid ideation

    i. Sleep / appetite disorder

Other    2.    3.    4.    5.    6.    7.    8.

    9. (See Copy) _____

V. Mental Deficiency

    a. Mild                         X  d. Borderline

    b. Moderate                           e. Organic impairment suspected

    c. Severe                            f. Memory deficit

Remarks _____

*See manual for selections and numbers for "other"

Psychological Interview Data Entry Form
Page Three

VI.    Management Problems:        Ideation
       a.   Suicide Potential     Plans
                                  History of attempts / gestures _____ Denied _____

       b.   Serious mental history (specify) _____

       c.   Impulsive / acting-out behaviors predicted _____

       d.   Authority conflict _____

       e.   Manipulative / untrustworthy _____

       f.   Easily victimized _____

       g.   Escape potential _____

       h.   Assaultiveness _____

Other    1. ___  2. ___  3. ___  4. ___  5. ___  6. ___  7. ___  8. _X_  9. (See Copy)
_____

VII.   Educational Needs:
       ☑ a. ABE        b. Special Education    _X_ c. Trade School    d. Jr. College
VIII.  Mental Health Needs:                    Date referred  Month ____  Year ____
            A.  Refer to psychiatric service      C.  Depression         _XX_ K.  Personal Development
            B.  Substance abuse counseling        E.  Sexual adjustment
            D.  Stress management                 G.  Anger induced acting out
            F.  Reality therapy                 _X_ I.  Self-concept enhancement
       _X_  H.  Values clarification               J.  Healthy use of leisure

RECOMMENDATIONS / REMARKS:
_____
_____

                    _____              8-21-99
                         Signature                          Date

See manual (pages 23-25) for selections for "other" Give number and wording of selection.

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****
```

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client     : Hundley, Christopher          Age             : 21

Sex        : Male                          Marital Status  :

Education  :                               Date of Birth   : ████████

File Name  : 206030

Prepared for: DEPARTMENT OF CORRECTIONS

-------------------------

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

PREPARED FOR: DEPARTMENT OF CORRECTIONS

```
                    -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

              L    F    K    Hs    D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
    110 -- -- -- -- -- + -- -- -- -- -- -- -- -- -- -- 110
         -              +                                        -
         -              +                                        -
         -              +                                        -
         -              +                                        -
    100 --             +                                        -- 100
         -              +                                        -
         -              +                                        -
         -              +                                        -
         -              +                                        -
     90 --             +                                        -- 90
         -              +                                        -
         -              +                                        -
         -              +                                        -
         -              +                                        -
     80 --             +                                        -- 80
         -              +                                        -
         -              +                                        -
         -              +                                        -
         -    *         +                                        -
     70 --             +                                        -- 70
         -    --   --   -- + -- -- -- -- -- -- -- -- -- -- -- 70
         -              +                                        -
         -              +                                        -
     60 --             +                              *         -- 60
         -         *   +              *                         -
         -              +                                        -
         -              +                         *             -
         -              +                                        -
     50 -- -- -- -- -- + -- -- -- -- -- -- -- -- -*-- 50
         -         *   + *                   *                 -
         -              +                                        -
         -              +         *                            -
         -              +                   *                  -
     40 --             +                                        -- 40
         -              +    *                                  -
         -              +                                        -
         -              +                                        -
         -              +              *                        -
     30 --             +                                        -- 30
         -              +                                        -
         -              +                                        -
         -              +                                        -
         -              +                                        -
     20 -- -- -- -- + 1    2    3    4    5    6    7    8    9    0 -- 20
                       Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
              L    F    K
T-Score      70   48   58   48   38   43   57   30   42   47   53   59   49
Unanswered (?) Items = 197

Welsh Code:  948/01736:25# L'K/F:
```

## -- PROFILE MATCHES AND SCORES --

|  | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: |  |  | WNL | None |
| Coefficient of Fit: |  |  | .1 |  |
|  |  |  |  |  |
| Scores: | ? (raw) | 197 |  |  |
|  | L | 70 | 55 |  |
|  | F | 48 | 51 |  |
|  | K | 58 | 46 |  |
|  | Hs (1) | 48 | 47 |  |
|  | D  (2) | 38 | 52 |  |
|  | Hy (3) | 43 | 45 |  |
|  | Pd (4) | 57 | 52 |  |
|  | Mf (5) | 30 | 44 |  |
|  | Pa (6) | 42 | 47 |  |
|  | Pt (7) | 47 | 46 |  |
|  | Sc (8) | 53 | 45 |  |
|  | Ma (9) | 59 | 49 |  |
|  | Si (0) | 49 | 49 |  |

| | | | |
|---|---|---|---|
| Mean Clinical Elevation: | 48 | 48 | |
| | | | |
| Ave age-males: | | 38 | |
| Ave age-females: | | 40 | |
| | | | |
| % of male codetypes: | | 18.6% | |
| % of female codetypes: | | 11.5% | |
| | | | |
| % of males within codetype: | | 79.0% | |
| % of females within codetype: | | 21.0% | |

---

Configural clinical scale interpretation is provided in the report for the following codetype(s):

WNL

---

-- CONFIGURAL VALIDITY SCALE INTERPRETATION --

There is no information available for this configuration of scores for scales L, F, and K.  Interpretation for each of the individual validity scales is presented below.

-- VALIDITY SCALES --

? (raw) = 197

This profile is very likely invalid and probably should not be interpreted because the number of unanswered items is greater than 30.

L    T = 70

L scores in this range are considered to be significant and suggest:  1) normal individuals who are very self-controlled, rigid, and lacking in insight; 2) the excessive use of repression and denial; or 3) naive and unsophisticated individuals who are attempting to create a very favorable impression of themselves. Psychiatric patients who score in this range and have all clinical scales below a T score of 65 may exhibit a thought disorder.

F    T = 48

F scores in this range usually indicate that the individual responded to the test items as do most individuals who are relatively free of stress.

K    T = 58

Scores in this range are typically obtained by individuals who exhibit an appropriate balance between self-disclosure and self-protection.  These individuals usually are psychologically well adjusted and capable of dealing with problems in their daily lives.  Scores in this range are also indicative of good ego strength, sufficient personal resources to deal with problems, a positive self-image, adaptability, and a wide range of interests. Prognosis for psychological intervention is generally good.

Scores on one or more of the individual validity scales strongly suggests that the profile is invalid.  Interpretive hypotheses based on clinical scale scores in the remainder of this report have a very high probability of being inaccurate. Professional users of this report should proceed with extreme caution in using any of this material in generating hypotheses about the individual being evaluated.

## -- CONFIGURAL CLINICAL SCALE INTERPRETATION --

WNL Codetype

Clinical Presentation:

This codetype is very common in both men and women.  They describe themselves as being happy, healthy, and contented.  They see their relationships as satisfying.

In normal settings, there are no other descriptors which apply.

The following descriptions and possible diagnoses should only be considered if the individual is being evaluated in a psychiatric setting with substantial reason to suspect the presence of psychological disorder.

In psychiatric settings, this codetype is found in patients with characterologic or psychotic disorders to which they have become adjusted.  They tend to have little insight into their behavior and do not understand why others have concerns about them.

Treatment:

The prognosis is guarded for any type of intervention since the person is experiencing little distress and the symptoms are very characterologic.

Possible Diagnoses:

        Axis I    - Rule Out Adjustment Disorder
                    Rule Out Schizophrenia

        Axis II   - Rule Out Schizoid Personality Disorder

## -- CLINICAL SCALES --

Hs (1)  T = 48

   Scores in this range are considered to be within normal
limits.

D  (2)  T = 38

   Scores in this range are typically obtained by individuals
who are cheerful, alert, optimistic, and self-confident.  Be sure
that scores in this range are consistent with the person's
reasons for taking the MMPI-2, i.e., psychiatric patients should
rarely be described in these terms.

Hy (3)  T = 43

   Scores in this range are obtained by individuals who are
often described as caustic, cynical, sarcastic, and socially
isolated.  They often are constricted, socially conforming, and
fixed on a narrow range of interests.  They may believe that
others are too optimistic.

Pd (4)  T = 57

   Scores in this range are considered to be within normal
limits.

Mf (5)  T = 30

   Males obtaining scores within this range usually identify
strongly with the traditional masculine role.  They may
over-emphasize their strength and physical ability.

Pa (6)  T = 42

   These individuals may be trusting and insensitive to and
unaware of the motives of other people.

Pt (7)  T = 47

   Scores in this range are considered to be within normal
limits.

Sc (8)  T = 53

   Scores in this range are considered to be within normal
limits.

Ma (9)  T = 59

Scores in this range are often obtained by individuals described as pleasant, active, outgoing, and energetic. They are often independent and self-confident. External restrictions on their activity may possibly result in agitation and dissatisfaction.

Si (0)  T = 49

Scores in this range are considered to be within normal limits.


-- ADDITIONAL SCALES --


No additional scales were selected for interpretation by the user.


END OF REPORT
* * * * * * * *



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/7/04

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Chris      **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

KOP Elimite or equivalent.

Apply to entire body after warm shower. (Below neck

leave on 8°. Shower off in Am.

DOC Please ISSUE New Clothes, linen, etc

RTC on 6/14/05 Follow-up.

**Date:** 6/7/05  **MD Signature:** UO B Adams CRNP/Issues    **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/27/05

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher     **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** ____ AFC BID & LewKS KOP

_____

_____

_____

**Date:** 5/27/05 **MD Signature:** VO M. Webb CRNP __ **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/23/05

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher   **ID#:** 20 6030

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

SOFT Brace to ANKle Kop x 90d

BEN-GAY KOP x 30d

_____

_____

**Date:** 5/23/05  **MD Signature:** UO M. Webb CRNP/   **Time:** _____

Ssraues, up

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/9/05

**To:** DOC

**From:** DPC

**Inmate Name:** Hurdley, Christopher **ID#:** 20 6030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

KOP AFC BID X 300

_____

_____

_____

_____

**Date:** 5/9/05   **MD Signature:** VO BAdams CRNP/ Issuer **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 3/3/05

To: DOC

From: OPC

Inmate Name: HuNdlEY, Christopher    ID#: 206030

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Bottom Bunk Profile x 90d

_____

_____

_____

Date: 3/3/05  MD Signature: VO B. AdAms (ANP)   Time: _____

60418

**Prison Health Services**
**Treatment Record**

Treatment Ordered: Dry Drsg △ QD c̄ Supervision
Pt to Clean c̄ soap/water QD
c̄ Supervision

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1/14/05 | 1/15/05 | 1/16/05 | 1/17/05 | 1/18/05 | 1/19/05 | 1/20/05 |
| 11A | LP | 8AG | 1100 | 1230 P | 130pr | 1'45 Pr |
| SN | P | 115p | Jhm | | | |
| | | 6N | | 8N | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1/21/05 | 1/22/05 | 1/23/05 | 1/24/05 | 1/25/05 | 1/26/05 | 1/27/05 |
| | 130 P | 1/30 | 12:00 Pm | 130pr | 1115A | |
| | | 8N | | | 8N | |
| | | | AD | 8N | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments: 1/27/05 - Released from Tx - Dr Robbins

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| 206030 Hundley Christopher | NKA | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-27-05

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christoph **ID#:** 206 030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

D/C to DOC

NO MEDICAL Hold

No restrictions

_____

**Date:** 1-27-05 **MD Signature:** Uo B.Adams CRNP/    **Time:** _____

Shines

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-21-05

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until_____

5. Other _____

**Comments:**

Slide Profile x 30 D

_____

_____

**Date:** 1-21-05 **MD Signature:** UD B. Adams CRNP) **Time:** _____

Israves, LPN

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/13/04

**To:** AODC

**From:** WW hosp

**Inmate Name:** Hundley, Christopher    **ID#:** 306030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_____ Keep at Kilby for now _____

_____

_____

_____

**Date:** 1/13/05    **MD Signature:** Dr. Robbins/Silk_____    **Time:** 12:40 p

60418



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 1/13/05

**To:** ADOC

**From:** WW hosp

**Inmate Name:** Hundley, Christopher    **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_____ Report to Outpatient Clinic
On 1/27/05 to see Dr. Rollins 7 Am

_____

_____

**Date:** 1/13/05    **MD Signature:** Dr. Rollins /S. Vaughn/    **Time:** 1240 p

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** ___12/2/04___

**To:** ___Doc___

**From:** ___OPC___

**Inmate Name:** ___Hundley, Christopher___ **ID#:** ___206030___

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

___Crutches   x 7d___

___WorkSTop  x 7d___

___Bottom Bunk x 7d___

_____

**Date:** ___12/2/04___ **MD Signature:** ___VO  B. Adams canpl___   **Time:** _____
                                                              ___braves___

___12/7/04___
___PbD___

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12-7-04

**To:** ADOC

**From:** OPC

**Inmate Name:** Handley Christopher    **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until _____

5. Other

**Comments:**

Continue profile (X crutches) X 7 day

Acewrap x 7d

F/u OPC 12-14-04

**Date:** 12-7-04   **MD Signature:** B. Adams NP / S. Vaughn   **Time:** 2⁵⁵ p

12/14/04
RTO

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/22/04

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Slide Profile x 30 D

REPORT TO KILBY EVERYDAY

With Sickcall for Treatments

_____

**Date:** 12/22/04 **MD Signature:** UO B Adams CRNP **Time:** _____

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/14/04

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher  **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

KOP ANtibacterred Soap

_____

_____

_____

_____

**Date:** 12/14/04 **MD Signature:** UO B Adams CRNP/

Sraver

12/14/04

**Time:** _____

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/21/04

**To:** DOC

**From:** OPC

**Inmate Name:** Hundley, Christopher    **ID#:** 206030

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

KOP — Keflex + Motrin x 14d

_____

_____

_____

_____

**Date:** 12/21/04  **MD Signature:** VO B. Adams CRNP/    **Time:** _____

Graves, LPN

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## Informed Consent to Medical Services

Inmate's Name: *Christopher Hundly*

Date of Birth: ▮▮▮▮▮▮     Social Security No.: ▮▮▮▮▮▮▮

Date: *11/23/04*     Time: *14:35*    (A.M. / P.M.)

I hereby authorize Prison Health Service, Inc. and ___*B. Adams CNP*___,

(Print Physician's Name)

his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s), *Sutures*, necessary to treat my condition has been fully ex-

(state in Layman's terms)

plained to me by D̶r̶. *B. Adams CNP* and I understand the nature of, and risks associated

with, this procedure(s). Briefly stated, they are: (Benefits) *needed in order to properly*
*close wound.*

(Risks) *Possible infection*

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have been made to me as to the results of this procedure(s). Alternate treatment methods and their consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully explained to me.

X *Christopher Hundly*   *11-23-04*      *D. Degan*
(Signature of Inmate)           (Witness)

*B. Adams CNP*
(Signature & Title of Provider)          (Witness)

60104 (6/90)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 11/23/04 | TIME 1430 ☐ AM ☐ PM | ORIGINATING FACILITY MCWC → KCF ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES nkda | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 99' ORAL/RECTAL | RESP. 20 | PULSE 90 | B/P 110/80 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S. pallet caught foot in between well. Cut foot. Was working c Mont. Food Bank.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

⊙. A&O×3. Laceration noted to lateral aspect of ® foot. Laceration approx 5½-6 cm in length + approx 0.5 cm in depth. B. Adams CRNP here to suture. Sutures × 20 placed to laceration. Area cleaned + dressed per order. Ibuprofen given per order. Crutches given c inst. on use. Pt able to demonstrate proper use.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Hu OPC c week. | | |
| Sutures out in 10 days | | |
| Dry dressing qd - wash area c soap/[?] | | |
| Crutches × 7 d. | | |
| Work stop × 7 d. | | |
| Motrin 600 mg po tid × 10 days prn | | |
| Bottom bunk profile × 10 days | | |
| V.O. B Adams crnp / D. Lynn | | |

**DIAGNOSIS**   Laceration ® ankle

**INSTRUCTIONS TO PATIENT**   See above.

| DISCHARGE DATE 11/23/04 | TIME ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE D. Lynn | DATE 11/23/04 | PHYSICIAN'S SIGNATURE B Adams CRNP | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hundley, Christopher | DOC# 206030 | DOB ▮▮▮ | R/S B/m | FAC. KCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11/23/04_

**To:** _ADOC_

**From:** _WW / KCF_

**Inmate Name:** _Hundley, Christopher_     **ID#:** _206030_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Return to West Ward for suture removal_

_on 12/02/04._

**Date:** _11/23/04_    **MD Signature:** _B. Adams CNP /D. Nguy_    **Time:** _16:10_

60418