

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/23/04

**To:** ADOC

**From:** West Ward - KCF

**Inmate Name:** Christopher Hundley     **ID#:** 206030

**The following action is recommended for medical reasons:**

1. House in ~~_____~~

2. Medical Isolation ~~_____~~

3. Work restrictions  Work stop x 7 days

4. May have extra _____ until _____

5. Other ~~_____~~

**Comments:**

May have ① one pair wood crutches for ambulation.
② ace wrap to ® foot x 7 days  ③ Garbage (plastic) bag
to wrap foot while showering x 3 days.
Bottom bunk profile x 10 days.

**Date:** 11/23/04  **MD Signature:** B. Adams CRP / D. Dyn  **Time:** 16:00

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11/23/04_

**To:** _ADOC_

**From:** _West Ward /KCF_

**Inmate Name:** _Hundley, Christopher_     **ID#:** _206030_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Report to West Ward for dressing changes_

_daily x 3 days._

_____

_____

_____

**Date:** _11/23/04_  **MD Signature:** _B Adams CNP /D. Dega_  **Time:** _16:00_

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/03/04

**To:** Inmate

**From:** Bullock Correctional / HCU

**Inmate Name:** Handley, Christopher    **ID#:** 200030

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:** Bottom Bunk x Lemon/ho. Cuppines.
3/03/04

**Date:** 9/03/04 0800    **MD Signature:** Dr. Siddiq/CDees    **Time:** 0800

60418

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

#206030

Inmate's Name: *Hundley, Christopher*  Date: *3/18/04*  Time: *1:10*

DOB: ███████  Officer *Brown*  Institution: *BCCF*

Booking Officer's Visual Opinion

|  | | YES | NO |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition of show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal treats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

If the answer is YES to any questions from 2-10 above, specify WHY in section below.

|  | | YES | NO |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor any illness? | | ✓ |
| 15. | Have you ever attempted suicide? | | ✓ |

(If YES, When? _____ How? _____

| 16. | Do you want to do any harm to yourself now? | | ✓ |

|     |     | YES | NO | NO RESPONSE |
|-----|-----|-----|-----|-----|
| 17. | Do you want to talk to a mental health counselor? | ___ | ___ | ___ |
| 18. | Are you allergic to any medication? | ___ | ___ | ___ |
| 19. | Have you recently fainted or had a head injury? | ___ | ___ | ___ |
| 20. | Do you have epilepsy? | ___ | ___ | ___ |
| 21. | Do you have a history of tuberculosis? | ___ | ___ | ___ |
| 22. | Do you have diabetes? | ___ | ___ | ___ |
| 23. | Do you have hepatitis? | ___ | ___ | ___ |
| 24. | Do you have a painful dental problem? | ___ | ___ | ___ |
| 25. | Do you have any medical problems we should know about? | ___ | ___ | ___ |
| 26. | Do you have a past alcohol or drug history? | ___ | ___ | ___ |

What type? _____    How much used? _____

For how long? _____    Last time used? _____

Comments: (Unusual behavior, etc.)

_____

_____

_____

For the Officer:

27.  Was the new inmate briefed on sick/dental call procedures?                    YES

28.  This inmate was:    a.  Released for normal processing                           ___

b.  Referred to appropriate health care unit                          ___

c.  Immediately sent to health care unit                              ___

_____
Officer's Signature

NOTE:   This form is completed on inter and intra system transfers at receiving and will be filed in the inmates' medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_____  200030
Inmate's Signature

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Hundley   Christopher_____

Date of Birth: _____ Social Security No.: _____

Date: _2-20-04_____ Time: _11 20_____ A.M. / P.M.

This is to certify that I, _____, currently in
(Print Inmate's Name)

custody at the _Easkling  Cmi_____, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Requies  no App_____
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Christopher Hundley   A.IS.206030_____ _Pnmnml_____
(Signature of Inmate)**                              (Signature of Medical Person)

_____                   _____
(Witness)                                                (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Christopher Hundley_

Date of Birth: ▮▮▮▮▮▮  Social Security No.: ▮▮▮▮▮▮

Date: _2-9-04_  Time: _11:10_  A.M.
P.M.

This is to certify that I, _Christopher O'Neal Hundley_, currently in
(Print Inmate's Name)

custody at the _ECF_, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick Call had two Slips_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Christopher Hundley_
(Signature of Inmate)**

_[signature]_
(Signature of Medical Person)

_____
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 8/28/03 | TIME 4:10 AM/PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKDA | Wt 158 | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 96.4  ORAL/RECTAL  RESP. 18  PULSE 74  B/P 104/60  RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S. "I was cutting hair + I cut my finger on a razor blade stuck on my clippers."

| ABRASION /// | CONTUSION # | BURN xx xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O. White ® Bl... Sm cut noted to index finger of ® hand. Sm amt was already ... No stitch ... noted last tetanus 1999. WNL x3 S/S WD to touch. Neg ↑ lose. No other c/o varied & no wound/infections noted. A. Alt in skin integrity.

**ORDERS, MEDICATION, etc.**

P. Cleaned area ē soap & water. Steri strips applied ē pressure dsg. Notify svg ... Instructed inmate to take pressure ... off immediately & let steri strips peel off on their own. Instructed to SB - ... sick call if any s/s of infection. Verbal/written chart ...

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 8/28/03 | TIME 4:30 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 8/28/03 | PHYSICIAN'S SIGNATURE | DATE 9/2/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Hundley Christopher | AGE 28 | DATE OF BIRTH [redacted] | R/S B/M | AIS # 206030 |
|---|---|---|---|---|



HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION

East

NAME    Hundley Christopher

NUMBER    26030    Bln

R/S

Lay-in for _____ days from _____ due to _____ to _____
(date)    (date)

Bo Ham Bunk Bottle X

6 mo

9-2-03 → 3-2-04

Instructions:

Failure to follow the directions above may result in a disciplinary.

Date Issued    9-2-03    Signature    Dora Dudy (Rob...)

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/___N\S___ TREATMENT RECORD
### (OTHER)

| DATE 7/7/03 | TIME 11:15 AM/PM | FACILITY Easterling □ SIR □ PDL □ ESCAPEE □ | □ EMERGENCY □ OTHER |
|---|---|---|---|

ALLERGIES chocolate   wt 151

CONDITION ON ADMISSION: □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 98.7 (ORAL) RECTAL 99%   RESP. 16   PULSE 64   B/P 120/80   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S⁼ "I can't breathe and my chest is hurting"

O⁼ B/M brought to HCU via stretcher, skin w/o to touch, color WNL for race, elbows clutching

**PHYSICAL EXAMINATION**

Ⓑ side of chest c/o not being able to breathe et chest hurting. VS WNL Heart RRR, BBS present et clear, eyes Perrl. Ears Noted to be glassy. Denies taking anything or doing anything different. Responds slowly to verbal stimuli, quickly to loud noise.

**ORDERS, MEDICATION, etc.**

A⁼ DOC Body Chart

P⁼ No orders needed

E⁼ Instructed inmate to return to HCU if he get worse et follow up with sick call.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 7/7/03 | TIME 11:45 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☒ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE K. Carter | DATE 7/7/03 | PHYSICIAN'S SIGNATURE | DATE 8/7/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Handley, Christopher | AGE 28 | DATE OF BIRTH | R/S M/M | AIS # 206030 |
|---|---|---|---|---|

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION __East__

NAME __Hundley Christopher__    NUMBER __206033__    R/S __bh__

Lay-in for _____ days from _____ (date) _____ to _____ (date) _____ due to _____

PS Hcu 8-4-03 Mondy
6:30 for PPD Result

Instructions:

Failure to follow the directions above may result in a disciplinary.

Date Issued __3-2-03__    Signature __Woon Dubose/B__

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _hr_ _____ TREATMENT RECORD
(OTHER)

| DATE S S 02 | TIME 1⁴ PM | FACILITY _East_ □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY ⊘ OTHER |
|---|---|---|---|

| ALLERGIES NKDA | 161# | CONDITION ON ADMISSION ⊠ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98° ORAL RECTAL | RESP. 16 | PULSE 80# | B/P 120/80 | RECHECK IF SYSTOLIC < 100 > 50 |
|---|---|---|---|---|

### NATURE OF INJURY OR ILLNESS

S-I hit my elbow on the
sink in the bathroom.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|



### PHYSICAL EXAMINATION

O- Ambulates c̄ steady
gait. A+O x3, Resp c̄ ease.
Sm. broken area noted to
skin (R) elbow. Rom to elbow.
arm good. Sm. Amt of bleeding
Noted from site. Able to flex +
extend elbow s̄ difficulty. Skin
warm + dry to the touch.
A- alteration to skin intergrity

### ORDERS, MEDICATION, etc.

P- Evaluated by MD See ⊘ MD Noted.
   E- Instructed pt noting Nea c̄ Signs + Symptoms of
infection from site. Also to keep area clean + dry. Voices
understanding ——

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT

As Above

| RELEASE/TRANSFER DATE 5/5/03 | TIME AM PM | RELEASE/TRANSFERRED TO ⊘ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ⊠ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _[signature]_ | DATE | PHYSICIAN'S SIGNATURE _Cooley CRNP_ | DATE 5/6/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Hundley Christopher | AGE 28 | DATE OF BIRTH ▓▓▓▓ | R/S B/m | AIS # 256030 |
|---|---|---|---|---|



# Informed Consent

Hundley Christopher                    5/5/03
_____          _____
Name of Inmate                          Date

206030
_____
Inmate ID Number/Date of Birth

I hereby authorize Dr(s). _Danbouze_____ and NaphCare's employees and
agents to perform the following procedure(s):
_Suttre   laceration (R) elbow_____

_____

_____

I understand the above procedure(s) is/are necessary to treatment my condition and has/have been fully explained
I also understand the nature of the risks associated with this/these procedure(s).

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantess have been made
as to the result of this/these procedures.

I sign this willingly and voluntarily in full understanding of the above, and I release NaphCare, Inc., its employee
and agents from any and all liability which may arise from this action

Christopher Hundley  206030        SBushurn
_____      _____
Inmate Signature                    Witness

5/5/03
_____      _____
Date / Time                         Witness

Informed Consent

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 4 / 30 / 03  ORIGINATING INSTITUTION/WORK RELEASE CENTER _Easterling_

REASON FOR PROFILE: _facial bumps_

TREATMENT: _Clipper Shave x180days_
_4/30/03 – 10/30/03_

## SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 10 / 30 / 03.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
                    DATE

☑ Inmate 4 / 30 / 03
                    DATE

_copy given_
_7/28/03 SB_

_SBushns —_
NURSE'S SIGNATURE
(Distributed By)

_√/O Dr. Darbouze_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Hundley Christopher_ | ▓▓▓▓▓ | 28 | B/m | 206030 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

_OR. Stephen Humller —_

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION East

NAME Hundley Christopher 206030 Bul

NUMBER          R/S

Lay-in for _____ days from _____ to _____
                    (date)            (date)

BBP x 6 months
10180-2 - 041803

Instructions:

Failure to follow the directions above may result in a disciplinary.

Signature Christopher Hundley 206030

VO115 Kig / Officel

Date Issued 101802

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION East

NAME Hundley Christopher 20683 Bl

NUMBER          R

Lay-in for _____ days from _____ to _____
                    (date)            (date)

Bottom Bunk Profile
X 6 mo
3-19-03 ⇒ 9-19-03

Instructions:

Failure to follow the directions above may result in a disciplinary.

Signature Christopher Hundley 206030 VOorDalangHK.

Date Issued 3-19-03

F.53

A1

Napmate

## DISCIPLINARY SEGREGATION MEDICAL DOCUMENTATION

| INITIAL ASSESSMENT | VITAL SIGNS: | BP 120/80 | P 80 | R 16 |
|---|---|---|---|---|

Signs of Trauma ☐ No ☐ Yes Describe:

Medical/Mental Health Complaints ☑ No ☐ Yes Describe:

Existing Medical/Mental Health Conditions ☑ No ☐ Yes Describe:

Signature _McKinnon_    Date 9/24/6    Time

| DATE/TIME | 9/24 | 9/25 | 9/24 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | |
| Oriented x's 3 | ✓ | ✓ | ✓ | | | | | | | |
| Withdrawn | | | | | | | | | | |
| Hostile/Angry | | | | | | | | | | |
| Quiet | ✓ | ✓ | ✓ | | | | | | | |
| Manic Behavior | | | | | | | | | | |
| Denies Complaint | | ✓ | ✓ | | | | | | | |
| Nurse's Signature | | SBushen | SBushen | | | | | | | |

Comments (By Date)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Hundley, Christop | | 27 | BM | 206030 |

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 9/24/02 | TIME 10:09 AM PM | FACILITY Eastly | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA  Wt - 154# | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97 (ORAL) RECTAL  RESP. 16  PULSE 80  B/P 120/8  RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S - I'm going to
SEG. !!

PHYSICAL EXAMINATION

O - B/m amb. to hcu
c̄ steady gait per
Lt. Gibson. Resp. even
and unlabored, skin warm
and dry t touch. No
cuts, bruises or scratches
noted to body. No
distress noted
A - Body chart

ORDERS, MEDICATION, etc.

P - Release to D.O.C

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Follow T Csick call plan

| RELEASE/TRANSFER DATE 9/24 | TIME 10:1 AM PM | RELEASE/TRANSFERRED TO DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J McKinnon | DATE 9/24/02 | PHYSICIAN'S SIGNATURE Erez MP 9/24/02 | CONSULTATION |
|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Hundley, Christopher | AGE 27 | DATE OF BIRTH | R/S B/m | AIS # 206030 |
|---|---|---|---|---|

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

NAME Hundley, Christopher

INSTITUTION Easterling

NUMBER 206030    R/S Blu

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions: Bottom Bunk Profile X 90 days 7-29-02 → 10-29-02

Failure to follow the directions above may result in a disciplinary.

Date Issued 7-29-02    Signature V. Oporto/borbosa/christian

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

NAME Hundley Christopher

INSTITUTION Easterling

NUMBER 206030    R/S Bl

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions: Return on 7/26/02 @ 6:30 am for PPD reading

Failure to follow the directions above may result in a disciplinary.

Date Issued 7/24/02    Signature SBuckus
N. Jospu Hundley

# Release of Responsibility

Hundley, Christopher _____  Date 3/11/02 _____
Name of Inmate

_____ 2d0030 _____
nmate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

_____ MD Appt _____

_____

_____

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
nd the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
nd agents from all responsibility and ill effect which may result from this action.

Christopher Hundley _____          Smatinnon _____
nmate Signature                                          Witness

3/11/02 _____
ate / Time

he aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
is form.

VCealew _____          031102 _____
/itness                                                  Date / Time

/itness _____

elease of Responsibility

# Disciplinary Segregation Medical Documentation

| Initial Assessment | Vital Signs: | BP | | P | | R |
|---|---|---|---|---|---|---|
| Signs of Trauma ○ No ○ Yes | Describe: | | | | | |
| Medical/Mental Health Complaints ☑ No ○ Yes | Describe: | | | | | |
| Existing Medical/Mental Health Conditions ○ No ○ Yes | Describe: | | | | | |
| Signature | | | | Date | | Time |

| Date/Time | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10.23 | 10.24 | 10/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | | | | |
| Oriented x's 3 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Withdrawn | | | | | | | | | | | | | |
| Hostile/Angry | | | | | | | | | | | | | |
| Quiet | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ | ✓ |
| Manic Behavior | | ✓ | | | | | | | | | | | |
| Denies Complaint | ✓ | ✓ | | | ✓ | | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| Nurse's Signature | | | | | | | | | | | | | |

**Comments (By Date)**

| Inmate Name | ID#/DOB | Race | Location |
|---|---|---|---|
| Hundley, Christopher | 206030 | B | DOC/SEG |

Disciplinary Segregation Medical Documentation

## NAPHCARE

## FOOD SERVICE WORKER GUIDELINES

## <u>CAPS</u>

1.    Put cap on before washing hands.

2.    Be sure to include all hair, especially bangs on the front of the head.

3.    Do not touch hair or cap when handling food.

## <u>HANDWASHING</u>

1.    Turn warm water on.

2.    Wet hands.

3.    Lather hands with soap.  Scrub at least 30 seconds.

4.    Rinse off bar of soap.  Replace in soap dish.

5.    Rinse hands.

6.    Dry hands with paper towels.

7.    Turn faucet off with paper towels.

## <u>SICKNESS</u>

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on hand washing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_Christopher Hundley_ 206030               _11/02/01_
INMATE SIGNATURE                               DATE

_D. Ewing LPN_                                 _11-2-0_
NURSE'S SIGNATURE                              DATE

NC 013      HEALTH EDUCATION – FOOD SERVICE WORKER

# Disciplinary Segregation Medical Documentation

| Initial Assessment | | Vital Signs: | BP | | P | | R | |
|---|---|---|---|---|---|---|---|---|
| Signs of Trauma | ○ No ○ Yes | | Describe: | | | | | |
| Medical/Mental Health Complaints | ⊘ No ○ Yes | | Describe: | | | | | |
| Existing Medical/Mental Health Conditions | ○ No ○ Yes | | Describe: *Continuation* | | | | | |
| Signature | | | | | Date | | Time | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | 9/20 | | | | | | | | | | | |
| Crying | | | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | | | |
| Oriented x's 3 | ✓ | | | | | | | | | | | |
| Withdrawn | | | | | | | | | | | | |
| Hostile/Angry | ⊘ ⊘ | | | | | | | | | | | |
| Quiet | ✓ | | | | | | | | | | | |
| Manic Behavior | | | | | | | | | | | | |
| Denies Complaint | ✓ | | | | | | | | | | | |

Nurse's Signature

Comments (By Date)

| Inmate Name | Hudley, Christoper | ID#/DOB | 206 030 | Race | B | Location | Sca/Dce |
|---|---|---|---|---|---|---|---|

Disciplinary Segregation Medical Documentation

# Disciplinary Segregation Medical Documentation

| Initial Assessment | Vital Signs: | BP | 110/76 | | P | 18 | | R | 76 |
|---|---|---|---|---|---|---|---|---|---|

| Signs of Trauma | ⊘ No   ○ Yes | Describe: |
|---|---|---|
| Medical/Mental Health Complaints | ⊘ No   ○ Yes | Describe: |
| Existing Medical/Mental Health Conditions | ○ No   ○ Yes | Describe: |

Signature _____ CP      Date 7-30-01    Time 7340

| Date/Time | 7·30 | 7·31 | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | | | | |
| Oriented x's 3 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | |
| Withdrawn | | | | | | | | | | | | | |
| Hostile/Angry | | | | | | | | | | | | | |
| Quiet | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ |
| Manic Behavior | | | | | | | | | | | | | |
| Denies Complaint | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | ✓ |
| Nurse's Signature | | | | | | | | | | | | | |

**Comments (By Date)**

| Inmate Name | | ID#/DOR | Race | Location |
|---|---|---|---|---|
| Hundley, Christopher | | 206030 | BM | Du |

Disciplinary Segregation Medical Documentation

| Date/Time | Crying | Signs of Trauma | Oriented x's 3 | Withdrawn | Hostile/Angry | Quiet | Manic Behavior | Denies Complaint | Nurse's Signature | Comments (By Date) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/2 | | | | | | | | | | |
| 8/3 | | | | | | | | | | |
| 8/4 | | | ✓ | | | | | ✓ | D. Jones LPN | |
| 8/16 | | | ✓ | | | | | ✓ | D. Miller LPN | |
| 8/17 | | | ✓ | | | | | ✓ | D. Jones LPN | |
| 8/20 | | | ✓ | | | | | ✓ | D. Jones LPN | |
| 8/21 | | | ✓ | | | | | ✓ | D. Jones LPN | |
| 8/23 | | | ✓ | | | | | ✓ | D. Jones LPN | |
| 8/27 | | | ✓ | | | | | ✓ | D. Jones LPN | |
| 8/28 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |
| 8/30 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |
| 8/31 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |
| 9/4 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |
| 9/6 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |
| 9/7 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |
| 9/14 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |
| 9/1 | | | ✓ | | | | ✓ | ✓ | D. Jones LPN | |

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 7/30/01 | TIME 7:50 AM ☑PM | FACILITY _DCC_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY  ☐ OTHER |
|---|---|---|---|

| ALLERGIES | CONDITION ON ADMISSION ☐ GOOD ☑FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP _9?.8_ ORAL/RECTAL  RESP. _18_   PULSE _76_  B/P _110/80_   RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/SUTURES |
|---|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

s) none

PHYSICAL EXAMINATION

o) No complaints voiced, Ø injuries noted

A) Body chart per DOC

ORDERS, MEDICATION, etc.

P) Release to DCC seg unit

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/30/01 | TIME 7:55 AM ☑PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ DCC seg | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 7/30/01 | PHYSICIAN'S SIGNATURE per protocol | DATE 7/30/01 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Hundley, Christopher | AGE | DATE OF BIRTH | R/S BM | AIS # 206030 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY DCC | ☐ EMERGENCY |
|---|---|---|---|
| 7/30/01 | 3:45 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OTHER |

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.9 (ORAL) RECTAL   RESP. 18   PULSE 64   B/P 168 164   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S) none

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

no injuries noted

**PHYSICAL EXAMINATION**

O) Enters HCU per stretcher
Resp even/labored   skin warm
+ diaphoretic   eye closed   does not
respond to verbal stimuli. Ammonia
inhalant used. A+O X J within
30 sec. RRR/A   V/s WNl
A) Alteration in comfort

**ORDERS, MEDICATION, etc.**

P) 1) ↑ fluid intake
2) work stop for remainder of day

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE |
|---|---|---|---|
| 7/30/01 | 4:00 AM/PM | DCC squad's | ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 7/30/01 | PHYSICIAN'S SIGNATURE MD | DATE 7/31/01 | CONSULTATION (30u) |
|---|---|---|---|---|

PATIENT'S NAME (LAST, FIRST, MIDDLE)    AGE   DATE OF BIRTH   R/S BM   AIS #

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION _____ DCC _____

NAME _____ Hudley Christopher _____ NUMBER _____ 206031 _____ B/M _____ R/S

Lay-in for _____ 1 _____ days from _____ 07/23/01 _____ @ _____ N/A _____ to

07/24/01 @ N/A (date) due to Passing

out on Yard.

Instructions: _____ Refuse to urinary

for any problems

Force I.V.D.S.

*Failure to follow the directions above may result in a disciplinary.*

Date Issued _____ 07/23/01 _____    Signature _____ (signature) _____

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Draper_
INSTITUTION

_Hundley Christopher_        NUMBER _206030_        R/S
NAME

Lay-In for _2_ days from _Thur 4/13_ to
_WED 4/12_ due to
(date)        (date)

Instructions: _Dental_

*Failure to follow the directions above may result in a disciplinary.*

_4/12/00_        _____
Date Issued              Signature

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Draper Corr. Center_
INSTITUTION

_Hundley, Christopher_        _206030_        R/S
NAME        NUMBER

Lay-in for _____ days from _____ due to _____
(date)        (date)

Instructions: _Key Lock Profile_

*Failure to follow the directions above may result in a disciplinary.*

_7/23/01_        _Dr Bradford / E. Ellerk_
Date Issued              Signature

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

Draper
INSTITUTION

NAME: Hundley Christopher    NUMBER: 206030    R/S: BM

Lay-in for _____ days from _____ (date)

to _____ (date)

due to _____ (date)

Instructions: Work Stop X 2 days
Use of Crutches
Warm Compress of knee-
stings-

Failure to follow the directions above may result in a disciplinary.

Date Issued: 11-22-99    Signature: B Mayo RN

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

DCC
INSTITUTION

NAME: Hundley Christopher    NUMBER: 206030    R/S: BM

Lay-in for _____ days from _____ (date)

to _____

due to _____ (date)

Instructions: No work on L leg X 2 days
If problem persist sign up for
Sick Call    Crutches given

Failure to follow the directions above may result in a disciplinary.

Days Issued: 11/19/99    Signature: Mary Adams

F-53

**NaphCare**

# Department of Corrections
## Emergency/ _SDCU_ ___ Treatment Record
(Other)

| Date 0 7/23/01 | Time 10 ☑AM ☐PM | Facility _DCC_ ☐SIR ☐PDL ☐Escapee ☐ | ☐ Emergency ☐ Other |
|---|---|---|---|

| Allergies _NKA_ | Condition on Admission ☐Good ☐Fair ☐Poor ☐Shock ☐Hemorrhage ☐Coma |
|---|---|

| Vital Signs: Temp _956_ ☑Oral ☐Rectal   Resp. _20_   Pulse _72_   B/P _120/70_ | Recheck if Systolic < 100 > 50 ___ |
|---|---|

**Nature of Injury or Illness**

| Abrasions /// | Contusion # | Burn X̄ | Fracture Z̄ | Laceration/ | Sutures |
|---|---|---|---|---|---|

Escorted to SDCU [stretcher]
by officer, was an older
in mate. Stating he passed
out our truck. c/o H/A &
being hot. officer saw inmate
trembling a little bit on
the ground. c/o Pain Back of Head

**Physical Examination** Dr Taylor Examine
O. Skin c/o to touch - PEARL
when sitting up on stretcher)
States 2 m seeing white spots.
appears sleepy.
late entry. In mate states "I have
migraine H/A

A. Alteration in Gait

**Orders, Medication, etc.**
P. EKG done
bed rest today

**Diagnosis**

**Instructions to Patient**

| Release/Transfer Date / / | Time AM PM | Release/Transfer Date / / | ○Doc ○Ambulance ○ | Condition on Discharge ○Satisfactory ○Fair | ○Poor ○Critical |
|---|---|---|---|---|---|

| Nurse's Signature | Date 7/23/01 | Physician's Signature | Date 7/23/01 | Consultation (20) |
|---|---|---|---|---|

| Patient's Name (Last, First, Middle) Hundley, Christopher | Age | Date of Birth | R/S 19/M | AIS # 206030 |
|---|---|---|---|---|

Original - Medical Record     Yellow - Transfer Agent

**Dept. of Corrections – Emergency/Other Treatment Record**

NC041

**NaphCare**

# Department of Corrections
## Emergency/ _____Show_____ Treatment Record
(Other)

| Date 03/29/01 | Time 1⁵ᵖ AM PM | Facility Elmore ☐ SIR ☐ PDL ☐ Escapee ☐ _pop_ | | ☐ Emergency ☐ Other |
|---|---|---|---|---|

| Allergies Chocolate | Condition on Admission ☑ Good ☐ Fair ☐ Poor ☐ Shock ☐ Hemorrhage ☐ Coma |
|---|---|

| Vital Signs: Temp 97.5 (Oral) Rectal | Resp. 18 | Pulse 60 | B/P 100/58 | Recheck if Systolic < 100 > 50 _____ |
|---|---|---|---|---|

| Nature of Injury or Illness | Abrasions /// | Contusion # | Burn X/X | Fracture Z/Z | Laceration/ Sutures |
|---|---|---|---|---|---|

S- "I cut my finger with a razor."

**Physical Examination**

O- Ambulates into ER 5 difficulty. Alert + Oriented x 3. Skin w/d to the touch. Resps even et unlabored. Noted small laceration noted to ® thumb. ∅ active bleeding noted while in ER. Last Tetanus 08/25/99. NADN

A- Alteration in Comfort

**Orders, Medication, etc.**

P-1) TAO ē bandaid.

**Diagnosis**

**Instructions to Patient**

| Release/Transfer Date 03/29/01 | Time 1⁵ᵖ AM PM | Release/Transfer Date ☐ Doc ☐ Ambulance Doc | Condition on Discharge ○ Satisfactory ○ Poor ○ Fair ○ Critical |
|---|---|---|---|

| Nurse's Signature S Austin Lon | Date 03/29/01 | Physician's Signature | Date 3/29/00 | Consultation (1330) |
|---|---|---|---|---|

| Patient's Name (Last, First, Middle) Hundley, Christopher | Age 2-3 | Date of Birth | R/S Bm | AIS # 206030 |
|---|---|---|---|---|

Original - Medical Record     Yellow - Transfer Agent

Dept. of Corrections — Emergency/Other Treatment Record

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 1/20/01 | TIME AM PM | FACILITY _ECC_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

| ALLERGIES _NKA_ | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP _97.1_   ORAL RECTAL   RESP. _20_   PULSE _68_   B/P _132/80_   RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

① "I've been coughing for the past 3 days. I've got a sore throat - and it hurts to breathe"

Escorted to HCU by officer Griffin

**PHYSICAL EXAMINATION**

① Lungs clear - throat very red - tonsils and uvula swollen - throat tender to palpation - Constant sniffing and productive Cough (states yellow and green sputum) ① ear red ① TM

(clear sputum seen)

④ Alteration in health maintenance

**ORDERS, MEDICATION, etc.**

① M.D. Review
⑩ P.O. Dr. Siddiq — Keflex 500mg T.i.d X 10d    SBeck Lpn

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 1 / 20 / 01 | TIME 11⁴⁵ AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE SBeck Lpn | DATE 1/20/01 | PHYSICIAN'S SIGNATURE | DATE 1/24/0 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Hudney, Christopher | AGE 22 | DATE OF BIRTH | R/S B/M | AIS # 206030 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

EMERGENCY/_____ TREATMENT RECORD *Dec*
(OTHER)

| DATE 9-4-99 | TIME 1:15 AM/PM | FACILITY KCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ EMERGENCY ☐ OTHER |

ALLERGIES NKA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP. 98 (ORAL) RECTAL  RESP. 20  PULSE 78  B/P 120/70  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S - "I pulled my hamstring playing basketball"

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**

O - C/O pain (Rt) dorsal thigh, states pulled muscle playing basketball

A - Alteration in level of comfort

**ORDERS, MEDICATION, etc.**

P - Motrin 600 mg po now

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Sign up for sick call to see MD on Thursday 9/7/99

| RELEASE/TRANSFER DATE 9/4/99 | TIME 11:20 AM/PM | RELEASE/TRANSFERRED TO 9/4/99 | ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE Vivienne Williams RN | DATE | PHYSICIAN'S SIGNATURE Vick | DATE 9/10/88 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Hundley, Christopher | AGE | DATE OF BIRTH ████████ | R/S B/M | AIS # 206030 |

F-15

# DEPARTMENT OF CORRECTIONS
EMERGENCY/ _SHCY_ TREATMENT RECORD
(OTHER)

| DATE 11-17-99 | TIME 11:45 AM/PM | FACILITY ALC  ☐ SIR ☐ POL ☐ ESCAPEE ☐ | ☐ EMERGENCY  ☐ OTHER |

ALLERGIES _Chocolate_

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96° ORAL/RECTAL   RESP. 20   PULSE 72   B/P 110/80   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S: C/O pulling ① hamstring playing @ Basketball. Around 1100 am.

O: Left hamstring muscle, tight & sensitive to touch. No swelling @ present.

A: Alteration in comfort

**ORDERS, MEDICATION, etc.**
1. Ice to Left thigh
2. No work work c̄ Left Leg X
3.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 11/19/99 | TIME 12 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE Mary Allan   DATE 11/17/99   PHYSICIAN'S SIGNATURE   DATE NOV 19 1999   CONSULTATION

PATIENT'S NAME (LAST, FIRST, MIDDLE) Nunnley, Christopher   AGE 21   DATE OF BIRTH   R/S B/M   AIS # 206030

## CORRECTIONAL MEDICAL SERVICES

### RECEIPT FOR MEDICAL PRODUCT

Inmate Name: _Hundley, Christopher_     ID# _206030_

Institution: _DCC_

Medical Product: _Arch Support SZ 8-9_   Date Received: _10/19/99_

I verify that I have received the medical product named above. I understand I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

_Christopher A Hundley_
                            Inmate Signature

_Mary V. Allen_
Signature of Healthcare Staff Dispensing Product

CMS 7188

# CMS
## CORRECTIONAL
## MEDICAL SERVICES

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body. Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms. People with tetanus usually have to stay in the hospital for along time. In the United States, tetanus kills 3 out of every 10 people who get the disease. Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems. They may cause mild fever or soreness, swelling, and redness where the shot was given. These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above information regarding Tetanus injections and understand about possible side effects.

X _Christopher Hundley_
Inmate Signature/AIS#

Date _8-25-99_

Witness _Connaught_

Manufacturer _0953220_

Lot# _Beth M Bazil CPh_
Administered By

CMS02

## CORRECTIONAL MEDICAL SERVICES
## CONSENT TO TREATMENT FORM

Hundley, Christopher

**Name of Inmate**

8-25-99

**Date**

206030

**Inmate ID Number / Date of Birth**

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

Christopher Hundley

**Inmate Signature**

8-25-99

**Date**

**Witness**

**Witness**

cms/01

# RECEIVING SCREENING FORM

INMATE'S NAME: *Hundley, Christopher*  DATE: 8 24, 99  TIME: 10.37/Am

DOB: ████████  OFFICER: A. Gibson  INSTITUTION: **KILBY**

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ |  |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? |  | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? |  | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? |  | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? |  | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? |  | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? |  | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |  | ✓ |
| Does the inmate have any obvious physical handicaps? |  | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures? ✓

This inmate was  ___✓___  a. Released for normal processing

_____  b. Referred to health care unit

_____  c. Immediately sent to the health care unit.

_____
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _SHCU_ TREATMENT RECORD
(OTHER)

| DATE 10-12-01 | TIME 840 (AM) PM | FACILITY _DCC_ ☐ SIR ☐ PDL ☐ ESCAPEE _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** _NKA_

**VITAL SIGNS:** TEMP _99_ (ORAL) RECTAL    RESP. _20_    PULSE _96_   B/P _112/74_

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S. Bodey Client per D.O.C. for fighting ∂ another inmate

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O. Amb to SHCU Sta 4/6 to touch resp c ear ⊕ c/o wheez
A&O x 3  Ø wounds or bruises noted. WNL

A. F75

**ORDERS, MEDICATION, etc.**

P.   No tx needed @ this time

                                        per protocol

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 10/12/01 | TIME 845 (AM) PM | RELEASE/TRANSFERRED TO ☐ DOC Mapen ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 10/12/01 | PHYSICIAN'S SIGNATURE Dr Surya MD | DATE 10/12/01 | CONSULTATION (1000) |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Handley, Christopher | AGE 26 | DATE OF BIRTH ▮▮▮▮▮ | R/S B/M | AIS # 206/030 |
|---|---|---|---|---|

DC 041



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

NAME: Hundley, Christopher
206030
6/14/05
1220p
D.O.B. ▓▓▓▓▓
ALLERGIES: NWC    noted sshaven
Use Fourth    Date 06 14 05

DIAGNOSIS (If Chg'd)
Motrin 600 mg PO BID PRN x30℞
(x2℞)
Benadryl 25-50mg PO BID PRN x14℞
_____ CRNP
☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME: Hundley, Christopher
206030
6/7/05
1115p
D.O.B. / /
ALLERGIES: NKDA noted sshaven
Use Third    Date 6, 7, 05

DIAGNOSIS (If Chg'd)
③ New clothes, linens, etc.
④ Flu OPC + wk.
_____ CRNP
☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME: Hundley, Christopher
206030
6/7/05
1115p
D.O.B. / /
ALLERGIES: NKDA noted sshaven
Use Second    Date 6, 7, 0 5

DIAGNOSIS (If Chg'd)
① Keflex 1 gm p.o. BID x 7d
② Elimite (or equiv.) TOP to entire
body (below neck) tonight p̄ warm
shower; leave on x 8 hours &
wash off in A.M.
_____ CRNP
☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME: Hundley, Christopher
206030
5/27/05
D.O.B. ▓▓▓▓▓
ALLERGIES: NKDA NWC noted sshaven
Use First    Date 5/27/05

DIAGNOSIS
Benadryl 25-50mg PO BID PRN x14℞
_____ CRNP
☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

*MWC*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Christopher Hundley          Date of Request: ~~3-8~~ 6-6-05
ID # 206030                    Date of Birth: ▓▓▓▓  Location: M.W.C. bed 10
Nature of problem or request: I have red bumps all over my legs,
& hips & butt and on my hand & foots that hurt very bad

_____
                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: 6/7/05
Time: 0345 (AM) PM
Allergies: NKDA

| RECEIVED |
|---|
| Date: 6-7-05 |
| Time: |
| Receiving Nurse Intials: JT |

**(S)ubjective:** "I have all of these bumps on my legs, thighs, & buttocks since yesterday!"

**(O)bjective** (V/S): T: 96.5  P: 88  R: 20  BP: 120/78 Ⓓ  WT: 200

A&O x3. Skin W/D. Resp. reg. c̄ ease. Several med. sized bumps noted to bilateral leg & foot, as well as thighs. No drainage

**(A)ssessment:** Noted @ this time. NKD.

Pot. alt. comfort lev R/t above complaint

**(P)lan:** Refer to Kilby to see M.D.

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

6/7/05
NJ

_____
                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Hundley, Chris
2060030
5/27/05
10A
noted

D.O.B.
ALLERGIES: NKA

MNC
Use Last    Date 5/27/05

DIAGNOSIS (If Chg'd)
AFC BID x 6wKS

UO M. Webb CRNP / Thomas

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hundley, Christophe
2060030
5/23/05
1200

D.O.B.
ALLERGIES: NKDA
Use Fourth    Date 05/23/05
noted

DIAGNOSIS (If Chg'd)
Sft ankle brace KOP to (R) x 90d
bengay KOP x 30d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hundley, Christophere
206030
5/9/05
1238

D.O.B.    /    /
ALLERGIES:    NKDA
Use Third    Date 5/9/05
noted

DIAGNOSIS (If Chg'd)
① AFC TOP BID x 30d (KOP)
② Motrin 600 mg p.o. BID x 30d PRn

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hundley, Christophere
206030
3/3/05
1215

D.O.B.    /    /
ALLERGIES:    NKDA
Use Second    Date 3/3/05
noted

DIAGNOSIS (If Chg'd)
① BB x 90d.
(OSGOOD SCHLATTER'S DZ)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hundley, Christopher
2060030

D.O.B.
ALLERGIES: NKDA
Use First    Date 1/29/05

DIAGNOSIS
RPR
√0 B Adams CRNP / Hundley, 1004

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Christopher Hundley     Date of Request: 5/26/05
ID # 206030     Date of Birth: ████     Location: M.W.C. bed 10
Nature of problem or request: the athlete's foots that I was diagnosed
me with is on my arms and hands, and on my neck, from me
Stratching

Christopher Hundley
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 5/27/05
Time: 0400     AM  PM
Allergies: Chocolate

| RECEIVED |
|---|
| Date: 5-27-05 |
| Time: 830 A |
| Receiving Nurse Intials n |

**(S)ubjective:** "I HAVE THIS FUNGUS ALL OVER"

**(O)bjective   (V/S):** T: 97.8   P: 74   R: 18   BP: 126/80   WT: 196

**(A)ssessment:** Alt. in comfort R/T alone

**(P)lan:** See CRNP

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

5/27/05

Rita M Bryant LPN
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Christopher Hundley*　　　　Date of Request: *5/15/05*

ID # *206030*　　　　Date of Birth: ▮▮▮▮　Location: *M.W.C. bed 10*

Nature of problem or request: *I have pull a muscles or some muscles in my medsection & I have pain in both of my foots right in the center of them both & my ankle the right one is still giving me problems it's fool like fire when I have stand on it for a bestim*

　　　　　　　　　　　　*Christopher Hundley*
　　　　　　　　　　　　　　　　　Signature

## DO NOT WRITE BELOW THIS LINE

Date: *5/16/05*
Time: *0400* AM PM
Allergies: *None*

```
┌─────────────────────────────┐
│          RECEIVED           │
│  Date: 5-16-05              │
│  Time: 840 a                │
│  Receiving Nurse Intials  n │
└─────────────────────────────┘
```

**(S)ubjective:** *"I'm having pain in my muscles in midsectd and feet"*

**(O)bjective** (V/S): T: *97⁹*　P: *84*　R: *20*　BP: *136/80* WT:
*currently taking IBU 600mg BID*

**(A)ssessment:** *ALT LOC R/T PAIN*

**(P)lan:** *see CRNP*

Refer to:　MD/PA　Mental Health　Dental　Daily Treatment　　Return to Clinic PRN
　　　　　　　　　　　　　　CIRCLE ONE

Check One:　ROUTINE ( )　　EMERGENCY ( )
　　If Emergency was PHS supervisor notified:　Yes ( )　　No ( )　　　*5/16/05*
　　Was MD/PA on call notified:　　Yes ( )　　No ( )

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　SIGNATURE AND TITLE

WHITE:　INMATES MEDICAL FILE
YELLOW:　INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST



Print Name: _Christopher Hundley_     Date of Request: _5/22/05_
ID # _206030_     Date of Birth _____     Location: _M.W.C. bed 10_
Nature of problem or request: _I have very very bad pain in the bottom of both feets & my right ankle is tighting up on every day I stand up on it for any amount of hours & I need to see you Doctor "Roberson" and please don't again denial Medial_
_Christopher Hundley_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/23/05_
Time: _0410_  AM PM
Allergies: _NKDA_

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

(S)ubjective: "_My feet hurt underneath in the middle when I stand too long & my ® ankle muscle is tightning up the more I stand and it really hurts!_"

(O)bjective  (V/S): T: _97.6_   P: _84_   R: _20_   BP: _128/84_   WT: _205_
_A&Ox3. Skin w/d. Resp. reg. ℄ease. Ø redness or swelling noted to bilateral foot & ankle. NAD noted._

(A)ssessment:

_Pot. Alt. lev. of Comfort R/t above complaints._

(P)lan:

_See M.D._

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_N Jones_              _M Roberson_
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hundley, Christopher 1/27/05 0817 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 20 6030    4/27/05 840A noted | 1) D/C to DOC, no medical hold, no restrictions |
| ALLERGIES: Chocolate | |
| Use Second    Date 1/27 05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hundley, Christoph 20 6030 | DIAGNOSIS |
|---|---|
| D.O.B. / /    4/21/05 820A noted | Slide profile x 30D Flu c Dr. Robbins next week |
| ALLERGIES: NKDA | VO B. Adams CRNP/ Graves, LPN |
| Use First    Date 1/21/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)                    **MEDICAL RECORDS COPY**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Christopher Hundley*          Date of Request: *5/8/05*
ID # *206030*                    Date of Birth: ▮▮▮▮ Location: *bed #10 N.W.C.*
Nature of problem or request: *I have continue pain in the bottom of my foots both of them & I have pain in my right ankle Continuing, some days, I can' barly stand up on them because the pain in my foots .!*

*Christopher Hundley*
                                        Signature

**DO NOT WRITE BELOW THIS LINE**

Date: *5/8/05*
Time: *0400* AM PM
Allergies: *Chocolate*

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date: 5-9-05               │
│  Time: 8 A                  │
│  Receiving Nurse Intials ☐  │
└─────────────────────────────┘
```

(S)ubjective: *"I Have Pain in my feet (Arch) and my Rt Ankle "*

(O)bjective  (V/S): T: *97⁸*   P: *76*   R: *18*   BP: *129/8*  WT: *200*

(A)ssessment: *ALT LOC R/T Foot PAIN*

(P)lan: *See CRNP*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )      *5/9/05*

*Rita M Bryant LPN*
                SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Christopher Hindley_  Date of Request: _1/20/05_
ID # _206030_  Date of Birth: ▊▊▊▊  Location: _West Dorm_ bed 12
Nature of problem or request: _RENEW slide profile_

_Christopher Hindley_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _1/21/05_
Time: _815_ (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _1-21-05_ |
| Time: _815 A_ |
| Receiving Nurse Initials _[initials]_ |

**(S)ubjective:** _I need my slide profile renewed_

**(O)bjective (V/S):** T: _97²_  P: _72_  R: _24_  BP: _120/80_  WT: _184_
_Cut to Rt ankle to continued @ tx call
To be seen by Dr. Robbins next week._
**(A)ssessment:** _Alt. in comfort R/T Acute Statement_

**(P)lan:** _Seen Discuss c̄ NP
slide profile x 30D_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )     _1/21/05_

_Draves, LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

**NAME:** Handley, Christopher
1/13/05 0928

**D.O.B.** ▓▓▓▓▓▓

**ALLERGIES:** NKA

Use Last    Date / 1/3/05

**DIAGNOSIS (If Chg'd)**
1) keep @ kilby for now
2) Dry dressing change qd ( Ē supervision)
3) Pt. to clean Ē soap/water qd (Ē supervision)
4) RTC for me w 2 wks
5) Wound culture (done)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Handley, Christopher
12/30/04 0744

**D.O.B.** / /

**ALLERGIES:**

MWC

Use Fourth    Date / /

**DIAGNOSIS (If Chg'd)**
1) Motrin 600 mg po bid prn x 30d
2) RT OPC for me w 2 wks.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Handley, Christopher
12/23/04 0839

**D.O.B.** / /

**ALLERGIES:**

Use Third    Date / /

**DIAGNOSIS (If Chg'd)**
5) No need to come to kilby for wound care —
pt. can do on his own.
6) F/u OPC Ē me w 1 wk.
7) wound culture — done.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Handley, Christopher
12/23/04 0839

**D.O.B.** / /

**ALLERGIES:**

Use Second    Date / /

**DIAGNOSIS (If Chg'd)**
1) D/c keflex
2) Bactrim DS Ī po bid x 7d
3) Rifampin 300 mg po bid x 7d.
4) Dry dressing — pt. to clean own wound
soap + water qd — cover Ē simple 4x4.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Handley, Christopher
206 030    12/21/04
1010 AM
noted

**D.O.B.** / /

**ALLERGIES:** NKDA

MWC

Use First    Date 12/21/04

**DIAGNOSIS**
① Wet-to-dry sterile dressing QD
② Keflex 1 gm p.o. BID x 7d (KOP)
③ Motrin 600 mg p.o. BID x 14d PRN (KOP)
④ F/u Ē Dr. Robbins Thursday in OPC

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: MCWC | Institution: KCF | Chocolate |

RECEIVED: Inmate/Health Record
Institution: MCWC
Date: 3/3/05  Time: 0400  AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record
Institution: KCF
Date: 2/2/05  Time: _____ AM/PM
RELEASE FROM:
- [ ] Infirmary
- [x] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health
Institution/Work Release Center/Free-World Hospital

ALLERGIES: Chocolate
PHYSICAL EXAMINATION
Date of last exam: 1-29-05
Chest X-Ray Date: _____ Result: _____
PPD Reading 0mm
Classification: _____
Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 7/30/02 | [x] | [ ] |
| Urinalysis | 7/24a | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [x] |
| Dental Prosthesis | [ ] | [ ] |
| Hearing Aide | [ ] | [x] |
| Other Prosthesis | [ ] | [x] Recieving Nurse |

Rita u Bryant

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |

Released to: Doe
Date: 2/2/05  Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [x] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [x] Not Received |
| HEALTH RECORD | [x] Received | [ ] Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC
DATE: _____ LAST CLINIC: _____

CHART REVIEWED [x] YES [ ] NO
Received by: Rita u Bryant LPN
Signature of Receiving Nurse
Date: 3/3/05  Time: 0400 AM/PM

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical  [ ] Dental | | | | |
| [ ] Mental Health | | | | |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | [x] | |
| Mental Illness | | [x] |
| Suicide Attempt | | [x] |
| Chronic Care | | [x] |

| STATUS | | |
|---|---|---|
| Special Diet | | [x] |
| Appearance | [x] | |
OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | [x] |
| Lice | | [x] |
| Edema | | [x] |
| Warm & Dry | [x] | |
| Cool & Moist | | [x] |

| CONDITION | | |
|---|---|---|
| Alert | [x] | |
| Oriented | [x] | |
| Uncooperative | | [x] |
| Depressed | | [x] |

INTAKE
Sick Call Procedures Explained  yes
Height
Weight  130/88
Blood Pressure
Temperature  96.6
Pulse Resp.  20/80
Other

Katie Bailey
Signature of Nurse Completing Assessment (Sending Nurse)
2/2/05  Date

Rita u Bryant LPN
Signature of Intake Screening Nurse (Receiving Nurse)
3/3/05  Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Hundley, Christopher | 206030 | ▮▮▮ | Blm | KCF |