|  | Last | First | Middle Initial |
|---|---|---|---|
| Name | | | |
| Date | | Allergies | |

AIS #

Facility

SIG:

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

|  | Last | First | Middle Initial |
|---|---|---|---|
| Name | | | |
| Date | | Allergies | |

AIS #

Facility

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

Name: Hundley Christopher   (Last / First / Middle Initial)

AIS # 206030

Date: 7/8/03   Allergies: NKDA

Facility: East

SIG:
- Tylenol 325 → iii b BID PRN x 30 days
- Bottom chuck profile x 6 mnt

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

Name: Hundley Christopher   (Last / First / Middle Initial)

AIS # 206030

Date: 4/30/03   Allergies: NKDA

Facility: Eastelling

SIG:
Shaving profile x 6 mos.

Discontinue ) noted
Continue     SBusker
Increase     4/30/03
Decrease     715

Physician Signature: V/O Dr. Darborie /SBusker



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |

D.O.B.    /    /
ALLERGIES:

Use Last        Date    /    /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:                    DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth        Date    /    /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:                    DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third        Date    /    /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hundley Christopher        DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Second        Date    /    /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Christopher Hundley        DIAGNOSIS

D.O.B.    /    /
ALLERGIES:
200030

Use First        Date    /    /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

**PHYSICIANS' ORDERS**



---

NAME: Hundley, Christopher
206030
12/4/04
11/24/0
D.O.B. / /
ALLERGIES: NKDA

Use Last    Date 12/4/04

DIAGNOSIS (If Chg'd)
① Dry dressing (4x4) x 3d, then open
to Air (No TOPICALS)
② Keflex 1gm p.o. BID x 7d (KOP)
③ Flu OPC 1 wk

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hundley, Christopher
206030

D.O.B.
ALLERGIES: NKDA

Use Fourth    Date 12/7/04

DIAGNOSIS (If Chg'd)
④ Continue profiles (X crutches) x
7 more days.
⑤ ACE ® ankle x 7d.
12-7-04
S/Vaughn lpn 230p

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hundley, Christopher
206030

D.O.B.
ALLERGIES: NK DA

Use Third    Date 12/7/04

DIAGNOSIS (If Chg'd)
① D/C sutures to ® ankle ī
steristrip.
② Flu OPC 1 wk for X-ray eval.
③ Continue Keflex as ordered x 14d total
S/Vaughn lpn 12-7-04 230p

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hundley, Christopher
206030
12/2/04
D.O.B. / /
ALLERGIES: NKDA

Use Second    Date 12/02/04

DIAGNOSIS (If Chg'd)
① X-ray ® ankle R/O FX
② Keflex 1gm p.o. BID x 7d
③ Continue Motrin 600g BID x 14d PRN
④ Continue profiles x 7 more days
⑤ Flu OPC 5 days (suture removal)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Christoph, Hondley
26030
D.O.B. / /
ALLERGIES:

Date

DIAGNOSIS
②
②®
K ® hand

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

| Name | Last _Hundley_ First _Christopher_ | Middle Initial | AIS # _206030_ |
|---|---|---|---|
| Date | _2/19/0?_ | Allergies _No KDA_ | Facility _East_ |

SIG.
- Naproxen 500 mg 1 bo dos bid x 14 days
- X ray R knee
- Bottom bunk profile x 6 M

Discontinue
Continue
Increase
Decrease _3/9/03_

Physician Signature:

NC002

---

| Name | Last _Hundley_ First _Christopher_ | Middle Initial | AIS # _206030_ |
|---|---|---|---|
| Date | _10/18/02_ | Allergies _Chocolate_ | Facility _East_ |

SIG.
Bottom Bunk Profile x 6 mos

Discontinue
Continue
Increase
Decrease

Physician Signature: _G George Chief_

NC002

---

| Name | Last _Hundley_ First _Christopher_ | Middle Initial | AIS # _206030_ |
|---|---|---|---|
| Date | _7/29/02_ | Allergies _NKDA_ | Facility _Eustas_ |

SIG.
- Tylenol 325 mg iii Po BID Prne X 14 days
- Bottom bunk profile X 90 days
- Sed rate, CBC, CMP

Discontinue
Continue Noted
Increase _7/29/02_
Decrease JMCL

Physician Signature:

NC002

---

| Name | Last _Hundley_ First _Christopher_ | Middle Initial | AIS # _206030_ |
|---|---|---|---|
| Date | _6/14/02_ | Allergies _NKDA_ | Facility _East_ |

SIG.
- X Ray R and L knee.
- rtn 2 weeks
- DC Motrin.    Tylenol 325 mg iii Po

Discontinue
Continue _6/6/02_
Increase
Decrease

Physician Signature:

NC002

Name: Hundley, Christopher
Date: _____  Allergies _____
AIS #: 206030
Facility: _____
SIG.

Elmore

NKA

Discontinue
Continue
Increase
Decrease

Physician Signature:

NC002

---

Name: Hundley, Christopher   Chris
Date: 8/17/01   Allergies: NKDA 206030   Hundley 7-9-75
AIS #: 206030
Facility: Draper

SIG.

(1) antifungal cream to feet tid x 30 days (KOP)

(2) Keflex 500 mg po tid x 10d   18 cc

(3) Notify inmate

Discontinue 08/19/01
Continue 1035
Increase
Decrease

Physician Signature: B Saylor MD   9/18/01 (0830)

6/27/01

NC002

---

Name: Hundley, Christopher
Date: 7/25/01   Allergies: NKDA
AIS #: 206030
Facility: Draper

SIG.

(1) SSS 500 mg po q 12° x 10 day

(2) Otm 4 mg po hcl x 10 days

(3) Notify inmate.

Physician Signature: B Saylor MD  7/25/01 (0900)

Discontinue
Continue   7-25-01
Increase
Decrease

NC002

---

Name: Hundley, Christopher
Date: 07/05/01   1045   Allergies: NKDA
AIS #: 206030
Facility: ECC

SIG.

(1) Eye list

B Saylor MD  7/

M Bell CRNP

Discontinue
Continue
Increase (7/5/01)
Decrease 5.30 pm

## CORRECTIONAL MEDICAL SERVICES, Inc.        PHYSICIANS' ORDERS

Name _Hundley Christopher_     D.O.B. ████████

Location _SCC_     ID# _246030_     Allergies _Ø_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: ∅ | Keflex 500mg Tid x 10 d |
| | PO Dr Siddiq / Brooklyn 1/21/01 12²⁰/A |
| Date: 1/21/08 | Guaifenesin ī bid 7 days |
| Time: 9:00p | |
| | M.D. Signature _____ Date/Time 1/21/01 |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time |

7193 2/96

**CORRECTIONAL MEDICAL SERVICES, Inc.**          **PHYSICIANS' ORDERS**

Name: Hundley, Christopher          D.O.B. [redacted]

Location: DCC          ID# 206030          Allergies: NKA

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time _____ |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: S. Mullican | Advil 800 mg PO TID X 7D |
| Date: 9-6-0 | |
| Time: 9450 | |
| | M.D. Signature _____ Date/Time 9/6/0 |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: a. Ryfer ✓ | Motrin 600 mg TID X 7 DAYS  ‖  PEN·V·K 500 tid X 7 DAYS |
| Date: 4/20/00 | |
| Time: 3²⁰p | |
| | M.D. Signature Ed Stretton MD    Date/Time 4-20-00 8:10 Am |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: MAllen L | Motrin 800 mg ± TID X 3 days |
| | then |
| Date: 04/12/00 | Motrin 600 mg ± TID X 4 days |
| Time: 10 A | PRN pain |
| | Pen V K 500 mg ± TID X 7 days |
| | M.D. Signature Neal Mays    Date/Time 4/14/00 |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _HUNDLEY CHRISTOPHER_ | AIS# _206 030_ |
|---|---|
| DATE _3/9/00_ | FACILITY _Dega_ |
| SIG. MOTRIN 800 mg ± TID X 7 days PRN for pain | DISCONTINUE noted |
| | CONTINUE E. Franklin |
| | INCREASE 3/9/00 |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| | DECREASE |
| Physician Signature: | |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| | DECREASE |
| Physician Signature: | |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| | DECREASE |
| Physician Signature: | |

| NAME Hundley, Christopher | AIS# 206030 |
|---|---|
| DATE 12-01-99 | FACILITY Draper |
| SIG. pseudOphed 30mg pO TID x 5 Days | DISCONTINUE |
| CTm 8mg pO BID | CONTINUE |
| TyleNol TT pO TID | INCREASE |
| Cough tab T pO TID | DECREASE |
| Physician Signature: | |

NAME _____  AIS# _____

DATE 11/22/99 _____  FACILITY _____

SIG.  • Motrin 600 mg PO TID X 1wk
      • work excuse x 2 days.
      • crutches.
      • worm compresses.

*Rmoye po 99*
*11-22-510*

Physician Signature: _____

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Hundley, Christopher      AIS# 206030

DATE 10-18-99 _____  FACILITY DCC

SIG. Arch Support size 8½ – 9
C tm 8mg PO TID X5days
Mottin 600mg PO TID X5days
Cough tab – PO BID X5days        /MAclan ℃

Physician Signature: _____

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Hundley, Christopher      AIS# 206030

DATE 9/20/99 _____  FACILITY Draper

SIG. Motrin 800mg BID × 7 days
     (noted 9/20/99
     A. Roop)

Physician Signature: _____

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Hundley, Christopher      AIS# 206030

DATE 9/20/99 _____  FACILITY DCC

SIG. 1. See MD for BBP Evaluation & med for
     HA.

Physician Signature: _____

DISCONTINUE

CONTINUE

INCREASE

DECREASE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Christopher Hundley_     Date of Request: _6-14-05_
ID # _206030_     Date of Birth: ▓▓▓▓     Location: _M.W.C. bed 10_
Nature of problem or request: _I have very bad pain in the uper and lower part of my and I have very bad pain in both of my knees and I'm itching all over my body and I need my profile for bottom Bunk renewed, & shaving profile renewed_

_Christopher O'Nea Hundley_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _6/14/05_
Time: _1050_ (AM) PM
Allergies: _____

| RECEIVED |
|---|
| Date: _6-14-05_ |
| Time: _1050A_ |
| Receiving Nurse Intials _D_ |

**(S)ubjective:** _See Above_

**(O)bjective** (V/S): T: _98.4_   P: _60_   R: _20_   BP: _110/90_   WT: _199_
_A+O×3. Resp. reg c. lases  VS WNL  NAD_

**(A)ssessment:** _Alt. in Comfort R/T above statement_

**(P)lan:** _See NP_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      _Return to Clinic PRN_
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Graves, CB_          _M. Webrena_
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Khundley, Christopher | D.O.B. |
|---|---|---|

06/14/05 ⑤ c/o "my knees hurt real bad" c/o "arthritis
since 1986" ∅ hx injury to knees. "I need
pain medicine" c/o back pain + itching

⃝ Ambulates c̄ ease, on + off exam table c̄ difficulty
knees — ∅ edema ∅ instability, full ROM
push pull — unable to test LE strength d/t
pt unwilling to cooperate c̄ exam.
LEs    pulses WNL, ∅ edema

Ⓐ BACK full ROM — ∅ masses ∅ deformity
— endorses tenderness to C Spine, T Spine,
L Spine, bilat paraspinal regions (all areas
examined)

Ⓑ c/o pain to knees + back (chronic)

Ⓟ Discussed pain med options agreed on motrin
renew benadryl for itching          M W Jacks



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hundley, Christopher | D.O.B. ▓▓▓ |
|-----------|-------------------------------------|------------|

05/23/05 (S) 30 YO BM C/O (foot pain) in both feet and pain to (R) Ankle. Wants profile because working in the Kitchen is increasing his pain. HX of laceration to lateral (R) ankle X 6 months ago.

(O) Both feet c̄ fungus
 arches flat
 pulses, cap refill WNL
 O open or red areas

DTR, push/pull
 all unable to perform
 d/t lack of cooperation
 of pt

R ankle c̄ well healed incision (scar) to lat aspect

(A) c/o foot pain
 HX laceration

(P) Analgesic balm, ankle support   M_____ CRNP

6/7/05
11°5    Pt. c/o rash to (B) legs, groin & back.
 Integ. macula papular rash c̄ burrows
 noted c̄ 2° infx c/w scabies
 A/P: 1) Scabies c̄ 2° infx
 - Keflex x 7d
 - Scabies protocol
 - Cont. Benadryl
 - F/u prn

 B_____ CRNP

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hundley , Christopher    D.O.B.: / / |
|-----------|--------------------------------------------------------|

**5/16/05**
**1120**

Pt. c/o ⑧ foot pain c̄ "pulled a muscle in my ® leg while running the other day." VSS ; A&O x 3

∅ Δ in P E ; ® leg - unremarkable ; no findings States , "I can't get up and take my meds in the morning. I'm too sleepy."

A/P :   1) Chronic foot pain
 - take motrin as ordered
 - moist heat

   2) ® thigh pain
 - moist heat  / motrin PRN

add : He limped slowly into exam room but walked out briskly c̄ ease . Malingering behaviour .
 - F/u PRN

(signature) LPN



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hundley, Christopher | D.O.B.: / / |
|---|---|---|

**1/13/05** — Wound check — healing but much slower + than I would expect. Now open/soupy area @ ankle ~ 1 x 4 cm.

~~There~~ There is good reason to doubt pt. compliance c̄ meds on local care — will keep @ Kilby for supervised wound care.

Wound re-cultured.

Re √ 2 wks.

**1/27/05**
**0818** — Wound check — doing very well, nearly complete healing. No evidence of infection, granulating well. Ø tenderness. Pt. to continue local care. Re √ 2 wks if not completely healed by then.

**5/9/05**
**1200** — Pt. c/o Ⓑ foot pain x ~ 1 wk. Seeking standing profiles.

Ext. - Tinea noted to Ⓑ feet ; no abnormality noted ; Ø obvious deformity ; no findings ; denies recent trauma / injury

A/P : 1) Ⓑ foot pain

motrin PRN / moist heat

2) Tinea Pedis

AFC x 30 d.

Flu PRN



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

N/0

Print Name: *Christopher Hundley*        Date of Request: 3/2/05

ID # 206030        Date of Birth: ▮▮▮▮▮ Location: M.W.C. bed 10

Nature of problem or request: RENEW Bottom Bunk pROFile

Signature: *Christopher Hundley*

### DO NOT WRITE BELOW THIS LINE

Date: 3-13-05
Time: 0400  AM/PM
Allergies: NKDA

```
RECEIVED
Date: 3-3-05
Time: 8 20
Receiving Nurse Intials: n
```

**(S)ubjective:** "I need to Renew my BottomBunk Profile"

**(O)bjective** (V/S): T: 96⁰  P: 80  R: 20  BP: 130/88  WT:

C/o pain and swelling when climbing to TOP BUNK. Currently on Bottom BUNK. Inmate wants to ensure He stays ON Bottom BUNK. due to previous DX:
Arthritis

**(A)ssessment:** ALT LOC R/T JOINT Pain

**(P)lan:** See CRNP

-OsGood Schlatter's DX; Ø Dim PE profile

-OK for B profile
3/3/05
BB

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PROGRESS NOTES**

*Laceration on Nov. 23*

| Date/Time | Inmate's Name: Hundley , Christopher | D.O.B.: / / |
|---|---|---|

| | |
|---|---|
| 12/21/04 | Pt. seen for Flu ⓇR ankle laceration. Pt. |
| 1000 | states, " I've only been taking my meds in |
| | the evening." " I just can't get up to take it." |
| | ⓇR ankle - now laceration c̄ mild |
| | yellow exudate ; wound is still visibly |
| | moist ; no scab formation @ present |
| | A/P : i) ⓇR ankle laceration / infection |
| | - non- compliant c̄ meds x 3wks |
| | even c̄ KOP meds ; motrin PRN |
| | - wet / dry sterile dressing QD |
| | - Keflex 1gm BID x 7d (KOP) |
| | - Flu c̄ Dr. Robbins Thursday for |
| | evaluation of ⓇR ankle laceration |
| | - ~~garon DOE~~          BADm CRNP |
| | |
| | |
| 12/23/04 | wound check. |
| 0840 | minor wound infection but granulating well. |
| | wound culture. |
| | Bactrin / Rifampin ( probable MRSA). |
| | mechanical wound cleaning + dry dressing. |
| | Re ✓ 1 wk. |
| | /Robb |
| 12/30/04 | wound healing, slowly but surely. |
| 0744 | Culture - mixed flora / proteus - will not continue Abx, continue |
| | mechanical care. |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hundley, Chris | D.O.B.: / / |
|---|---|---|

**12/2/04**
**0950**

Seen for Flu c̄ laceration repair ® ankle.
® ankle - mild edema noted to ® foot ; pt.
now c/o ® ankle pain ; mild erythema
around laceration ; non - draining

A/P : 1) ® ankle pain
    - x - ray r/o Fx
    - Keflex BID x 7d
    - Motrin x 14d
    - elevate PRN / crutches x 7 more days
    - Flu 5 d for suture removal
             B.Adler CRNP

**12/14/04**
**1135**

Pt. here for Flu ® ankle laceration. Pt. states,
"I haven't been taking my morning meds. I've been
putting TAO on it the whole time."
   ® ankle - mild infection / white exudate
       noted to incision line ; wound is
       visibly moist ; no scab formed yet

A/P: 1) ® ankle incision
    - Keflex x 7d (try KOP)
    - wound open to Air
    - Dry dressing x 3 d then
    - Flu 1 wk
    - ☒ topicals       B.Adler CRNP



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hundley, Chris | D.O.B.: / / |
|-----------|-------------------------------|-------------|

11/23/04
1535

Pt. c/o laceration to Ⓡ ankle ≮ ~7hr.

Integ: ~ 7 cm linear laceration noted to Ⓡ lateral moleolus area; no tendon involvement; evaluated by Dr. Robbins

Procedure: ~ 7 cm laceration to Ⓡ ankle infiltrated c̄ ~ 5 ml 2% plain lidocaine p̄ sterile prep/drape; informed consent signed; #20 3/0 nylon simple sutures inserted s̄ difficulty; minimal bleeding; wound well-approximated; Pt. tolerated well.

A/P: 1) laceration Ⓡ ankle
- Dry DSG / Ace x 7d
- Crutches x 7d
- motrin x 7d
- work stop / BB x 10d
- Flu OPC ī wk
- Sutures out in 10d
(Td 1999)

Robbin CRNP



DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| | | |
|---|---|---|
| **RECEIVED:** Inmate/Health Record | **RELEASED:** Inmate/Health Record | **ALLERGIES:** |
| Institution: Bullock MWC | Institution: _____ | NKDA ⚡ Chocolate |
| Date: 18 OCT 04  Time: 1930 AM/PM | Date: _____ Time: _____ AM/PM | **PHYSICAL EXAMINATION** |
| **RECEIVED FROM:** Institution/Work Release Center/Free-World Hospital | **RELEASE FROM:** | Date of last exam: ⊘ |

RECEIVED FROM: Bullock

RELEASE FROM:
☐ Infirmary ☐ Segregation
☐ Population ☐ Mental Health
☐ Other

**RECEIVING MEDICAL STATUS**
☒ Population
☐ Infirmary
☐ Isolation

**RELEASE TO:**
☐ DOC ☐ Infirmary ☐ Mental Health
☐ Institution/Work Release Center/Free-World Hospital

PHYSICAL EXAMINATION
Date of last exam: ⊘
Chest X-Ray Date: _____ Result: _____
PPD Reading (—) Jul 04
Classification: _____
Limitations: _____

**LAB RESULTS - - LAST REPORT**

| | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | _____ | ☐ | ☐ | Wears Glasses/Contacts | ☒ | ☐ | ⚡ needs A pair |
| Urinalysis | _____ | ☐ | ☐ | Dental Prosthesis | ☐ | ☒ | |
| | _____ | ☐ | ☐ | Hearing Aide | ☐ | ☐ | Bigh~ |
| | | | | Other Prosthesis | ☐ | ☒ | Receiving Nurse |

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

∅ medical problems voiced

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

∅ meds.

| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
|---|---|---|
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☐ Sent w / inmate | ☐ Not sent w / inmate |

Released to: _____
Date: _____ Time: _____ AM/PM

| MEDICATIONS | ☐ Received | ☐ Not Received |
|---|---|---|
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |
| CHART REVIEWED | ☐ YES | ☐ NO |

**SCHEDULE FOR CHRONIC CARE CLINIC**

DATE: _____ LAST CLINIC: _____

Received by: _____
Signature of Receiving Nurse
Date: _____ Time: _____ AM/PM

**FOLLOW-UP CARE NEEDED**

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical ☐ Dental | _____ | _____ | _____ | _____ |
| ☐ Mental Health | _____ | _____ | _____ | _____ |

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | | ✓ |
| STATUS | Special Diet | | ✓ |
| | Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT
_____
_____

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

**INTAKE**

| | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 68" |
| Weight | 185 |
| Blood Pressure | |
| Temperature | 985 |
| Pulse Resp. | 68/18 |
| Other | _____ |

18 OCT 04    Bigh~
Signature of Nurse Completing Assessment (Sending Nurse)    Date

Christopher Stanley 10/18/04
Signature of Intake Screening Nurse (Receiving Nurse)    Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| | | | B/M | |



DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: _Bullock_ | *Chocolate* *NKDA* * |
| Date: _____ Time: _____ AM/PM | Date _1/15/04_ Time: _____ AM/PM | PHYSICAL EXAMINATION |
| RECEIVED FROM: Institution/Work Release Center/Free-World Hospital | RELEASE FROM: ☐ Infirmary ☐ Segregation ☑ Population ☐ Mental Health ☐ Other | Date of last exam: _8·2·03_ Chest X-Ray Date: _____ Result: _____ PPD Reading _0_ |
| RECEIVING MEDICAL STATUS ☐ Population ☐ Infirmary ☐ Isolation | RELEASE TO: ☑ DOC ☐ Infirmary ☐ Mental Health ____ Institution/Work Release Center/Free-World Hospital | Classification: _____ Limitations: _____ _____ |

| LAB RESULTS - - LAST REPORT | | | | | YES | NO |
|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | | | |
| CBC | _____ | ☐ | ☐ | Wears Glasses/Contacts | ☐ | ☐ |
| Urinalysis | _____ | ☐ | ☐ | Dental Prosthesis | ☐ | ☐ |
| _____ | _____ | ☐ | ☐ | Hearing Aide | ☐ | ☐ |
| | | | | Other Prosthesis | ☐ | ☐ | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | | |
|---|---|---|
| | MEDICATIONS ☐ Sent w / inmate ☑ Not sent w / inmate | |
| | X-RAY FILM ☐ Sent w / inmate ☑ Not sent w / inmate | |
| | HEALTH RECORD ☑ Sent w / inmate ☐ Not sent w / inmate | |
| | Released to: _____ | |
| | Date: _____ Time: _____ AM/PM | |
| | MEDICATIONS ☐ Received ☐ Not Received | |
| | X-RAY FILM ☐ Received ☐ Not Received | |
| SCHEDULE FOR CHRONIC CARE CLINIC | HEALTH RECORD ☐ Received ☐ Not Received | |
| | CHART REVIEWED ☐ YES ☐ NO | |
| DATE: _____ LAST CLINIC: _____ | Received by: _____ Signature of Receiving Nurse | |
| | Date: _____ Time: _____ AM/PM | |

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical   ☐ Dental | _____ | _____ | _____ | _____ |
| ☐ Mental Health | _____ | _____ | _____ | _____ |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | | ✓ |
| STATUS | Special Diet | | ✓ |
| | Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | |
| | Lice | | |
| | Edema | | |
| | Warm & Dry | | |
| | Cool & Moist | | |
| CONDITION | Alert | | |
| | Oriented | | |
| | Uncooperative | | |
| | Depressed | | |

| INTAKE | |
|---|---|
| Sick Call Procedures Explained | _____ |
| Height | _____ |
| Weight | _____ |
| Blood Pressure | _____ |
| Temperature | _____ |
| Pulse Resp. | _____ |
| Other | _____ |

| _K. Williams_ | _1/15/04_ | _____ | _____ |
|---|---|---|---|
| Signature of Nurse Completing Assessment (Sending Nurse) | Date | Signature of Intake Screening Nurse (Receiving Nurse) | Date |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| | _281-021_ | | _Bm_ | _BNAL_ |



( ) DEPARTMENT OF CORRECTIONS ( )
# TRANSFER & RECEIVING SCREENING FORM

**RECEIVED: Inmate/Health Record**

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

_____

**RECEIVING MEDICAL STATUS**
- ☐ Population
- ☐ Infirmary
- ☐ Isolation

**RELEASED: Inmate/Health Record**

Institution: *Easterlims*

Date: 3-18-04  Time: 6  AM/PM

RELEASE FROM:
- ☐ Infirmary     ☐ Segregation
- ☒ Population    ☐ Mental Health
- ☐ Other

RELEASE TO:
- ☒ DOC   ☐ Infirmary   ☐ Mental Health

Institution/Work Release Center/Free-World Hospital

**ALLERGIES:** *Chocolate*

**PHYSICAL EXAMINATION**

Date of last exam: _____

Chest X-Ray Date: _____ Result: _____

PPD Reading _____

Classification: _____

Limitations: _____

**LAB RESULTS - - LAST REPORT**

|  | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | _____ | ☐ | ☐ |
| Urinalysis | _____ | ☐ | ☐ |
|  | _____ | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ☐ | ☐ |
| Dental Prosthesis | ☐ | ☐ |
| Hearing Aide | ☐ | ☐ |
| Other Prosthesis | ☐ | ☐ |

_____
Recieving Nurse

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

*Trauma to R knee in 1986*

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

⊘

| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
|---|---|---|
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☐ Sent w / inmate | ☐ Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| MEDICATIONS | ☐ Received | ☐ Not Received |
|---|---|---|
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |
| CHART REVIEWED | ☐ YES | ☐ NO |

Received by: _____
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

**SCHEDULE FOR CHRONIC CARE CLINIC**

DATE: _____ LAST CLINIC: _____

**FOLLOW-UP CARE NEEDED**

- ☐ Medical   ☐ Dental
- ☐ Mental Health

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

HISTORY
| | Yes | No |
|---|---|---|
| Drug Use | | . |
| Mental Illness | | ✓ |
| Suicide Attempt | | ✓ |
| Chronic Care | | ✓ |

STATUS
| | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

SKIN
| | Yes | No |
|---|---|---|
| Open Sores | | |
| Lice | | |
| Edema | | |
| Warm & Dry | | |
| Cool & Moist | | |

CONDITION
| | | |
|---|---|---|
| Alert | | |
| Oriented | | |
| Uncooperative | | |
| Depressed | | |

**INTAKE**

Sick Call Procedures Explained

Height _____

Weight _____

Blood Pressure _____

Temperature _____

Pulse Resp. _____

Other _____

_____

*a Rasmussen LPN*
Signature of Nurse Completing Assessment (Sending Nurse)

3/18/04
Date

_____
Signature of Intake Screening Nurse (Receiving Nurse)

_____
Date

**INMATE NAME (LAST, FIRST MIDDLE)**

| | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| | 2N0037 | ▓▓▓▓ | B/m | *Easters* |

# HEALTH STATUS / INTRASYSTEM TRANSFER FORM

Facility: Draper

Date: 10/30/01
Time: 2 AM PM
Allergies: NKA

Name:
Number: 206030
Age:
Date of Birth: (redacted)
Race: B W H Other
Sex: M F

Current Acute Conditions/Problems: Ø
Chronic Conditions/ Problems: Ø

Food Handler Approved: Y / N

Current Medications – Name, Dosage, Frequency, Duration:
Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Ø

Current Treatments: Ø
Follow-up Care Needed: Ø

Last PPD: 8-4-01   Results Ø   mms
Chronic Clinics: Ø

Last Physical: 8-4-01
Specialty Referrals: Ø

Significant Medical History: Ø

Physical Disabilities/Limitations: Ø
Assistive Devices/Prosthetics: Ø
Mental Health History/Concerns:
Substance Abuse: Y / N    Alcohol: Y / N

Glasses: Ø    Contacts: Ø
Drugs: Y / N

Hx Suicide Attempt:  Date: / /
Hx Psychotropic Medication
Previous Psychiatric Hospitalizations

Signature and Title: R Mays Rn    Date:

## TRANSFER RECEPTION SCREENING

Date: 11/2/01   Time: 830 AM PM
Receiving Facility: Easterling

S: Current Complaint: Ø

Current Medications/Treatment: Ø

O: Physical Appearance/Behavior: A&O x3
Bm Skin w/o Rsp
even & unlabored.
temperature

Deformities: Acute/Chronic: Ø

T 98.6 P 60 R 16 B/P 132/80 wt. 155

A: Knowledge Deficit

P: Disposition: (Instructions: Check or circle as appropriate)
Routine, Sick Call
Instructions Given
Emergency Referral
HIV/TB Instruction Given
Physician Referral:
Urgent / Routine
Medication Evaluation
Work/Program Limitation
Special Housing
Specialty Referrals
Chronic Clinics
Mental Health
OTHER
Infirmary Placement

Other:

Signature:

CMS 7190

# NAPHCARE, INC.

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring Facility: _Elmore_

Date: _6/27/01_
Time: _____
Allergies _NKA_
Food Handler Approved (Y) / N

Name _Hundley Chris_
AIS _206 030_
Age _____ Date of Birth ▓▓▓▓▓▓
Race _B_ Sex _m_

Current Acute Conditions/Problems: _Ø_
Chronic Conditions/ Problems: _Ø_

Current Medications- Name, Dosage, Frequency, Duration:
  Acute short term medications _Ø_
Chronic Long Term Medications _Ø_
  Chronic Psychotropic Medications _Ø_

Current Treatments: _Ø_
Follow up care Needed _Ø_

Last PPD _8/15/00_ Results _Ø_ mms Last Physical _8/18/00_
Chronic Clinics _Ø_
Specialty Referrals _Ø_
Significant Medical History _Ø_

Physical Disabilities/Limitations _Ø_
Assistive Devices/Prosthetics _Ø_ Glasses _____ Contacts _____
Mental Health History/Concerns _Ø_

Substance abuse Y/N  Alcohol (Y)/N  Drugs Y/N
____ Hx Suicide Attempt Date __/__/__
____ Hx Psychotropic Medication
____ Previous Psychiatric Hospitalizations

Signature/Title/Date
_Pernell_

---

Transfer Reception Screening
Date __/__/__ Time _____ am pm
S: Current complaint _____

Current medications/Treatments
_____
_____
_____

O Physical Appearance/Behavior _____

Deformities: Acute/Chronic _____

T ____ P ____ R ____ B/P ____
A _____
_____

Receiving Facility:

P Disposition (Instructions: Check or
  circle as appropriate)
_____ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Signature/ Title:

NC 071

## INTRASYSTEM TRANSFER FORM

### HEALTH STATUS

Transferring Facility: Kilby

Date: 9/13/99
Time: 1855 AM PM
Allergies: N/CA

Name: Hundley, Christopher
Number: 206030    Race: (B) W H Other
Age: _____ Date of Birth: _____ Sex: (M) F

Food Handler Approved: Y / N

Current Acute Conditions/Problems: uso tobacco
Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:
   Acute Short-term Medications: _____

Chronic Long-term Medications: _____

   Chronic Psychotropic Medications: _____

Current Treatments: _____
Follow-up Care Needed: _____

Last PPD: 8/25/99 Results ∅ mms    Last Physical: 8/28/99
Chronic Clinics: _____    Specialty Referrals: _____

Significant Medical History: _____

Physical Disabilities/Limitations: _____
Assistive Devices/Prosthetics: _____ Glasses: _____ Contacts: _____
Mental Health History/Concerns:
Substance Abuse: (Y) N    Alcohol: (Y) N    Drugs: Y / N
_____ Hx Suicide Attempt: Date: __/__/__
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature and Title: _____ Date: 9/13/99

==================================================================

### TRANSFER RECEPTION SCREENING

Date: 9/15/99 Time: 5:30 AM PM
S: Current Complaint: ∅

Current Medications/Treatment: ∅

O: Physical Appearance/Behavior: Relaxed Cooperative

Deformities: Acute/Chronic: ∅

T 97.7 P 76 R 16  B/P 108/72
A: New Inmate Screen

Receiving Facility: DCC

P: Disposition: (Instructions: Check or circle as appropriate)
_____ Routine, Sick Call
      Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
      Physician Referral:
      Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
      Infirmary Placement
Other: _____



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Christopher Hundley     Date of Request: 5/21/04

ID # 206030     Date of Birth: ▮▮▮▮     Location: 15/bed 40

Nature of problem or request: Very ~~bad~~ hard Coughing that's hurting my Chest every time I Cough, I don't know what it is But I I need to see the Doctor very bad !!!

Christopher Hundley
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 5/22/04

Time: 0345     (AM) PM

Allergies: NKA

```
RECEIVED
Date: 5/22/04
Time: 0345
Receiving Nurse Intials  JK
```

**(S)ubjective** " I am Coughing real bad and chest hurt When I cough my throat is swollen up "

**(O)bjective** BP 110/88   P- 80   R-20
Wt. 174

**(A)ssessment** alt. in comfort

**(P)lan** See MD

Refer to:   (MD/PA)   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE (L)   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )     No ( )

Was MD/PA on call notified:   Yes ( )     No ( )

Gloria Logan
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

COPY
9/24/03ra

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

East
_____
INSTITUTION

Hundley Christopher
NAME

206050 B/m
NUMBER     R/S

Lay-in for _____ days from _____ to _____

(date)

_____ due to _____

(date)

Bottom Bunk Profile X

6 mo

92-03 → 3204

Instructions: _____

_____

_____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

92-03
Date Issued

Christopher Hundley

Von Daily / BonL
Signature

F-53



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _CHRIStopher Hundley_     Date of Request: _9-2-04_
ID # _206030_     Date of Birth: [redacted]     Location: _19-14_
Nature of problem or request: _I Need to get my teeths_
_Clean_

Signature _Christopher Hundley_

## DO NOT WRITE BELOW THIS LINE

Date: _9, 7, 04_
Time: _2:00_   AM (PM)
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:** _NO Show_

Refer to:   MD/PA   Mental Health   (Dental)   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_C Battle_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Christopher Hundley*          Date of Request: *3-20-04*
ID # *206030*          Date of Birth: ▮▮▮▮          Location: *14 Dorm Bed 7*
Nature of problem or request: *I need to see the Doctor because of my my knees so I can renew my profile for bottom bunk*

*Christopher Hundley*
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: *3 20 04*
Time: *0535*  AM PM
Allergies: *Choclate*

| RECEIVED |
|---|
| Date: *3-20-04* |
| Time: *1535* |
| Receiving Nurse Intials *KW* |

**(S)ubjective:** " *I need a bottom bunk profile because I have arthritis real bad in my knees.*"

**(O)bjective** *wt. 174  B|P 130/90*

**(A)ssessment:** *Alteration in comfort*

**(P)lan:** *Follow ↑ c̄ MD*

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

*Kisha Williams Ʀ̃*
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Christopher Hundley     Date of Request: 3-19-04
ID # 206030                    Date of Birth: ▓▓▓▓    Location: 14 Dorm
Nature of problem or request: I Need to see the Doctor so I can
get my profile renew because of my Knees.

_____

Christopher Hundley
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Christopher Hundley          Date of Request: 3-9-04
ID # 206030                    Date of Birth: ████████ Location: 9D 94
Nature of problem or request: I need to see the doctor about my Knees I have been to sick call one time & been folded that I was on the list to see the doctor but I have not seen anyone why!!

                                                    Christophe Hundley
                                                    _____
                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: 3/11/04
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

(S)ubjective: I have arithetis in both my Knees & I have fluiel in both my Knees

(O)bjective  (V/S):  T: 97.7    P: 56    R: 20    BP: 110/60   WT: 174

Noted small amt of puffness to middle of (R) Knee no other swelling redness noted

(A)ssessment: Alt in Comfort.

(P)lan: Appt to See MD 3/18/04 c/o Dr Andury arbum
Tylenol 500 ṁ PO Bid PRN X 5DAYS

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE (X)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

                                                        WA
                                                        3-12-04

                              A K Rasmussen
                              _____
                              SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: CHRIStopher Hundley     Date of Request: 2/22/04
ID # 206030          Date of Birth: ▓▓▓▓     Location: 19-B 94
Nature of problem or request: I need to see the doctors doctor
about the continue pain in my knees & to renew my bottom bunk
profile & my saving profile.

_Christopher Hundley_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 2/24/04
Time: 940  AM PM
Allergies: NKDA

Wt 176  B/p 128/70 P 51 R 20 T 97.1

```
RECEIVED
Date:        FEB 23 2004
Time:
Receiving Nurse Initials _____
```

(S)ubjective: "I need to get my bottom bunk profile renewed due to the arthritis in my knees. If I stand or walk for long periods my knees swell."

(O)bjective: B/m to ___. A/O x 3. Skin warm et dry to touch. Resp even et unlabored. Wants BB profile renewed due to hx of arthritis in knees. c/o knee pain. No swelling at present. No deformity. No acute distress noted.

(A)ssessment: Alt in comfort

(P)lan: Refer to MD -
Tylenol 500mg ii BID x 5 days Vo Anderson

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_D Scott rn -_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: CHRISTopher Hundley     Date of Request: 2/1/04
ID # 206030     Date of Birth: ▓▓▓▓     Location: 9-B 94
Nature of problem or request: I need to see the Doctor to
renew my profile. & about some problems I'm having
with my Knees. & my Shaving profile.

Christopher Hundley
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 2/11/04
Time: 12:15  (AM)/PM
Allergies: Chocolate

```
RECEIVED
Date:
Time:  FEB 1  2004
Receiving Nurse Initials _____
```

**(S)ubjective:** "I need to see the Doctor to Renew my profiles for my bottom bunk + shaving profile." "My knees hurt from fluid + Arthtis"

**(O)bjective:** A/A c/o three knees bi lat. Small amount of general edema noted BaL. HSe 95.8, 66, 20, 104/60. Skin W/D C respiran + unlabored.

**(A)ssessment:** Alteration in comfort R/T swollen knees

**(P)lan:   See ē MD

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
     Was MD/PA on call notified:   Yes ( )     No ( )

                                    LVN
                                    2-19-04

_____
                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

PHS
PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: CHRIStopher Hundley Date of Request: 2/9/04
ID # 206030 Date of Birth: [redacted] Location: 9-B 94
Nature of problem or request: I need to see the doctor, about the pain in my knees & renew my profile & renew my saving profile.

Christopher Hundley
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: __________

RECEIVED
Date: 2/9/04
Time: 10AM
Receiving Nurse Intials dm

**(S)ubjective:** Waiver already has one for 2/11/04

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
2/11/04
CIRCLE ONE
Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature] LPN
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

( h**Care, Inc**

## Health Services Request For...

Inmate Name _Christopher Hundley_                    Date of Request _8-25-_

AIS No. _206030_          Date of Birth ▓▓▓▓▓          Housing Loc. _V-B-24_

Nature of problem or request _I Need to get my profile ~~re-new~~_
_for my bottom bunk & I Need to See the Doctor for_
_becauses pain in them are Still bothering me!!_

_____

_____

Sign here for consent to be treated by health staff for the condition described above. _Christopher Hundley_

### Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Health Care Documentation

Subjective: "I need to see the Dr. about renew
Profile".

Objective: BP _110/80_   P _80_   R _18_   T _96.4_   WT _158#_
B/m amb to hcu c̄ steady gait. A+O×3. Resp even +
Skin warm/dry to touch. Requets to see np about
renew Bottom Bunk Profile. Reports pain to/from
both knees bilaterally

Assessment: alt in comfort

Plan: Refer to np

Refer to:  ✓ P/V Physician   Ashley Crews (signature)   Mental Health      Dental
Education: _Instructd to watch newsletter for np_
_Appt, voice understandg_

_____

Protocol used: (specify) _n/a_
Signature _McKinnon_   Title _LPN_   Time _11:40am_ Date _8/26/03_

# aphCare, Inc
## Health Services Request Form

Inmate Name **Chris Hundley**    Date of Request **4/28/03**

AIS No. **206030**    Date of Birth ▬▬▬    Housing Loc. **7A - 98**

Nature of problem or request  ① I have skin Irritation in the face especailly when I use a razor or shave powder both of them leave bums on my face that I rritate me very bad.

Sign here for consent to be treated by health staff for the condition described above. _____

### Place this slip in Medical Box or designated area
### DO NOT WRITE BELOW THIS LINE

---

### Health Care Documentation

Subjective: — "el need a shaving profile"

Objective: BP **118/76**    P **80**    R **16**    T **96⁸**    WT **161**

B/m - NKDA c/o facial irritation — multi bumps noted to face + chin area · No redness on s/s of infection noted.

Assessment: Alt. in skin integirity

Plan: — See MD order sheet

Refer to:    PA/ Physician    ✗ 4/30/ Mental Health    Dental

Education: Clipper Shave as ordered Return PRN —

---

Protocol used: (specify) N/A

Signature SBusnon —    Title LPN    Time 7am Date 4/30/03

# phCare, Inc.

## Health Services Request Form

Inmate Name _Christopher Hundley_    Date of Request _2-28-03_

AIS No. _206030_    Date of Birth _[redacted]_    Housing Loc. _7-A 98_

Nature of problem or request _I Need to see a ~~doo~~ doctor about my Knees they are Swelling up & hurting very bad.!!_

Sign here for consent to be treated by health staff for the condition described above. _____

### Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

---

#### Health Care Documentation

FEB 2 8 2003

Subjective: _I need to see the md About my knees It First Started in 1986 —_

Objective: BP _110/60_    P _60_    R _16_    T _98²_    WT _157#_

_Ambul de ē steady gait. No broken areas or bruises noted. to ~~Pa~~ bil knees. c/o pain to both. c/o F/t to ⊕ knee. c/o site beeing tender to touch. Room to ext good. Able to lift & extend knees ē_

Assessment: _difficulty. No edema or deformity noted._

Plan: _Alteration in comfort_
_Refer to md_

Refer to:    PA/ (Physician)    Mental Health    Dental

Education: _Instructed to Watch newsletter for md App. due to knees. Voices understanding._

---

Protocol used: (specify) _N/A_

Signature _[signature]_    Title _RN_    Time _5/0_    Date _3-1-03_

# NaphCare

## Health Services Request Form

Inmate Name **Christopher Hundley**　　　　　Date of Request **11/12/02**

Is No. **206030**　　　Date of Birth ▓▓▓▓▓　　Housing Loc. **7-A bed 98**

Nature of problem or request　**I'm requesting to see Mrs King as soon as possible. Also I'm having a lot of pain in my Knees when I'm standing up a long point of time.**

Sign here for consent to be treated by health staff for the condition described above.

### Place this slip in Medial Box or designated area

### DO NOT WRITE BELOW THIS LINE

#### Health Care Documentation

**Subjective**　"I want to see Ms. King for a "No Prolonged Standing Profile."

**Objective**　BP **110/80**　P **76**　R **14**　T **98.4**　wt. **152**

PKOA - B/m Requesting Profile for standing Hx of injury to L Knee 1986 - last Xray report 6/02

**Assessment** - No swelling or visible deformity noted. gait steady c/o pain to knees p̄ standing for long periods

A - Alt. in comfort R/T pain

**Plan** - Will discuss c̄ MD concerning profile

E - Advise to take Tylenol or Advil for pain from canteen as needed for pain - Verbalizes understanding

**Refer to:**　PA/ Physician　　Mental Health　　Dental

Signature **S Buskirk**　　　Title **LPN**　　　Date **11/13/02**
　　　　　　　　　　　　　　　　　　　　　　　8⁰⁰ Am

NOV 1 2 2002

Health Services Request Form

# NaphCare

## Health Services Request Form

Inmate Name _Christopher Hundley_    Date of Request _10/17/02_

Ais No. _206030_    Date of Birth ▮▮▮▮▮▮▮    Housing Loc. _7-A_

Nature of problem or request _renew profile_

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described above.

Place this slip in Medial Box or designated area.

### DO NOT WRITE BELOW THIS LINE

OCT 17 2002

----------------------------------------

## Health Care Documentation

Subjective   I need my BBP Renewed. I have Fld in both my knees.

Objective   BP _126/80_   P _60_   R _16_   T _98⁸_   152#
No Edema noted to knees. Ambulate c steady gait.

Assessment   Pot. alttheten in Fld. Imbalance

Plan   ~~To see MD for evaltation~~ Place by see MD for evaltation
E- Instructed to kept to Hcu at 1 pm for evaltation

Refer to:   PA/ Physician    Mental Health    Dental

Signature _____    Title _Cn_    Date _10-18-a_

Health Services Request Form

# NaphCare

## Health Services Request Form

Inmate Name _Christopher Hundley_     Date of Request _8-23-02_

Ais No. _206030_     Date of Birth ▓▓▓▓▓▓     Housing Loc. _6-B 56_

Nature of problem or request   I'm ~~requesting~~ requesting to see Mrs. King so I can get my profil' & to get some kind of pain medicine to stop all the pain I go through every day. Thank you

_____

Sign here for consent to be treated by health staff for the condition described above.

### Place this slip in Medial Box or designated area

### DO NOT WRITE BELOW THIS LINE

------------------------------------------------------------------

### Health Care Documentation

Subjective  "I need something more than Motrin. Motrin does not do any good."

Objective   BP _118/78_   P _64_   R _18_   T _98⁶_

Assessment   Inmate to HSU to request to See the MD about something other than Motrin. Inmate was perscribed Motrin and was no compliant. Inmate's BP is still good until Oct 29th. Inmate has no Edema notes to knees @ this time.

Plan   Motrin 800g Tid X 7 days. VO Dr Darbazz to Shilo. Instructed be compliant then return if needed. Varied Chndre Sandy

Refer to:   PA/Physician     Mental Health     Dental

Signature _[signature]_     Title _V_     Date _8/24/0[?]_

AUG 2 3 2002

Health Services Request Form

# Health Services Request Form

Inmate Name __Christopher O'Neal Hundley__    Date of Request __6-5-02__

Ais No. __206030__    Date of Birth ▓▓▓▓▓▓▓▓    Housing Loc. __7B-66__

Nature of problem or request __I can Bearly walk because of my knees__
__have fluid built on both of my knees real bad to the__
__point that it hurt me to walk or stand up a long__
__time.__

Sign here for consent to be treated by health staff for the condition described above.

Place this slip in Medial Box or designated area

## DO NOT WRITE BELOW THIS LINE

### Health Care Documentation

**Subjective** ⟵ as above.

**Objective**    BP __110/66__    P __45__    R __20__    T __97.8°__    Wt. 152#
BIm to HCu, amb c̄ steady gait. Skin warm et dry to touch.
Resp unlabored. states previous injuries to knees in the mid 80's.
**Assessment**    "fluid built up on me and I couldn't walk." "D. said cement would
make fluid build up on on my knees." C/o chronic pain when stands
et bending.

**Plan**    Alt mobility — Alt comfort.
Motrin 200mg ᵗᵗᵗᵗ po TID x 10 days
MD appt.

**Refer to**    TO D. Darbouze / 2 Drouin po
~~PA Physician~~    Mental Health    Dental

Signature __J. Drouin__    Title __Lpn__    Date __6/5/02__

Health Services Request Form

JUN - 5 2002

**Naph**Care

# Health Services Request Form

Inmate Name **Christopher ONeal Hundley**   Date of Request **March 5th 02**

No. **206030**   Date of Birth ▓▓▓▓   Housing Location **7-13-66**

Nature of problem or request **I twist my hip playing BasketBall.** ~~or as can have body trouble but too~~

Sign here for consent to be treated by health staff for the condition described above.

MAR - 5 2002

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

---

### Health Care Documentation

Subjective **"See above"**

Objective   BP **120/78**   P **50**   R **20**   T **98.9** WH **156**

Assessment **B/m to HCU. A+Ox3. Skin warm et dry to touch. Resp even et unlabored. C/o pain to L side of hip. No swelling or discoloration noted. Decreased ROM due to pain. NAD noted.**

Plan **Alt in comfort**
**Refer to MD**
**Motrin 800mg ÷ TID x 5 days UD Dr Kaboeene**
**OTC PRN.**

Refer to   ☑ PA/Physician   ☑ Mental Health   ○ Dental

Signature **Scott**   Title **LPN**   Date **3-5-02**

Health Services Request Form

NC040

**NaphCare**

# Health Services Request Form

Print Name _Christopher Hundley_

ID No. _206030_          Date of Birth ▮▮▮▮▮          Date of Request _8/16/01_

Housing Location _Seg unit 7 cell_

Nature of problem or request _up under my feet right by my toes or busted open on both feet & it hard for me to walk on them because of the pain._

AUG 16 2001

_Christopher Hundley_

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

------------------------------------------------------------

### Health Care Documentation

Subjective _under my ft. keep busting under my little toe_

Objective   BP _110/70_   P _72_   R _20_   T _96⁶_      RPT _8-17-01_   0800

_feels peelin and cracking between & around toes both ft._

Assessment  _alteration in skin integrity_

Plan  _AF. Cr_
_AF powder_  } _use & return to officer_   _in mate in Seg_
_TOP x 30 d_

Refer to   ○ PA/Physician   ○ Mental Health   ○ Dental

Signature _M Adam_          Title _L_



# Health Services Request Form

Print Name _Christopher Hundley_                  Date of Request _7/30/01_

ID No. _206030_     Date of Birth ▮▮▮▮▮     Housing Location _3-Cell bed 115_

Nature of problem or request _I'm writing due to the fact that I pass out on the farm today c̄ I believe the reason for it was, I got to dizzy c̄ had a very bad head ache. the docture told me, if I have this problem again contact them._

_Christopher Hundley_

Sign here for consent to be treated by health staff for the condition described above.

JUL 30 2001

**— Place this slip in Medical Box or designated area**
## DO NOT WRITE BELOW THIS LINE

------------------------------------------------------------

### Health Care Documentation

Subjective  "Dizzy o keep getting H/A

Objective  BP _120/80_   P _62_   R _18_   T _98_
B/p WNL.  PEARL.  Same  c/o 7/30/01  Gait steady.

Assessment
Alteration in Comfort

Plan
MD to review

Refer to  ○ PA/Physician    ○ Mental Health    ○ Dental

Signature _MM Claus_          Title _S_          Date _7/31/01_  _9A/A_

Health Services Request Form


**NaphCare**

# Health Services Request Form

Print Name __Christopher Hundley__    Date of Request __3/24/01__

ID No. __206030__    Date of Birth ██████████    Housing Location __3 cell bed 115__

Nature of problem or request __I'm due to my situation, I pass out on 3/23/01 & one of the reason I pass out was it was just to hot out side & I will file a complete form on the doctor for release me without doing fore check ups on me!!__

__Christopher Hundley__

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

---

## Health Care Documentation

Subjective __Im still having slight H/A & minor dizziness."__

Objective    BP __130/80__    P __64__    R __18__    T __98__
Ears clear. nasal passages Rslightly swollen
Throat: R tensil has white specks is swollen
PEARL. Stea dy gait.

Assessment
Alteration in com fort

Plan
MD to review

_(circled note: BPT 7-25-01 0900)_

Refer to    ○ PA/Physician    ○ Mental Health    ○ Dental

Signature __Christopher Hundley__    Title __L__    Date __7/25/01__

**Health Services Request Form**



# Health Services Request Form

Print Name _Christopher Hundley_     Date of Request _7/4/01_

ID No. _206030_     Date of Birth ▮▮▮▮     Housing Location _3 cell bed 115_

Nature of problem or request _My right eye is still sore & I can bearly see out of it & I need to see the docter about some Glasses for my eyes._

_Christopher Hundley_
Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

------------------------------------------------

### Health Care Documentation

Subjective _Vision blurry & can't see_

Objective     BP _110/80_     P _62_     R _20_     T _96⁶_

_OU 20/40_
_OS 20/30_
_OD 20/40_     _PEARL. Sclera remains red_

Assessment

_M. Bell_
_CRNP_
_07/05/01_
_1045_

Plan

Refer to   ○ PA/Physician     ○ Mental Health     ○ Dental

Signature _M. Adam_     Title _L_     Date _7/06/01_



# Health Services Request Form

Print Name _Christopher Hundley_          Date of Request _7-2-01_

ID No. _206030_      Date of Birth ▬▬▬▬      Housing Location _3 Cell bed 115_

Nature of problem or request _I have been cut in my right eye_
_c̄ I can bearly see out of it & I have severe pain_
_in my eye.!!_

_Christopher Hundley_
Sign here for consent to be treated by health staff for the condition described above.

**Place this slip in Medical Box or designated area**
**DO NOT WRITE BELOW THIS LINE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Health Care Documentation

Subjective "2 gat scratched in my eye yesterday 2 can barely see
out of it."

Objective      BP _130/80_   P _62_   R _20_   T _97³_
R eye, sclera very red. ® eye stained no foreign object
noted. scratch noted. not in Iris.

Assessment —
Alteration in sight                        7NC/BAT
                                           7-3-01

Plan
No HCU for stain — Eye patch applied.
MD to Review)

Refer to ○ PA/Physician    ○ Mental Health    ○ Dental

Signature _M Adams_ _____ Title _X_ _____ Date _7/02/01_ _7²⁰/A_
Health Services Request Form

NCO

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Christopher Hundley_     Date of Request: _11-5-00_

ID #: _206030_     Date of Birth: ████     Housing Location: _D-1-bed 5 M_

Nature of problem or request: _Constant Bowel movement c̄ I'm throwing up Blood c̄ I'm having migraine headach c̄ I Can't get any sleep because of my symstons, c̄ I need something to help my problems._

I consent to be treated by health staff for the condition described.

_Christopher Hundley_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: _C/O haven to go to have B M q 30-45 min. States it is watery greenish color. C/O H/A Throwing up blood x 2 This been going on x 4-5 days. C/O pain in Lower side only but have some tenderness in epigastric region._

Objective: BP _106/70_ P _72_ R _20_ T _98²_ _Ambulated to sick call c̄ c/o pain in lower side and some tenderness in epigastric region. Abd soft non-distended. BS present x4 quadrants (active). Warm/dry to touch. Skin turgor good, states headache is very bad._ noted

Assessment: _Alteration in comfort_

Plan: _M.D. to review for Tx._

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _E. Grant_     Title: _GN_     Date _11/6/00_     Time: _7¹⁵A_

CMS 7166 REV. 10.94

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Christopher Hundley_      Date of Request: _9/04/00_

ID #: _206030_      Date of Birth: ▓▓▓▓      Housing Location: _6-85_

Nature of problem or request: _twised knee, bearly can walk_
_& need help get off my bed & can't sleep because_
_of the pain !!!, & knee is swollen bad !!!_

I consent to be treated by health staff for the condition described.

_Christopher Hundley_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective: _C/o twisted L knee Sat. Night. & knel &z on fall_
_due to hitting knee on bed rail._

Objective: BP _120/82_ P _62_ R _20_ T _____
_Palpated sm. raised area L cheek bone. no problem_
_moving knee. pedal pulse (+) capillary refil < 3 sec. Rom_
_appears impaired._
Assessment:
_Alteration in comfort_
Plan:
_MD to review for appoint./med._

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _M Clain_      Title: _LP_      Date: _9/5/00_      Time: _7:45 Am_

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Christopher Hundley_ Date of Request: _7/2/00_

ID #: _206030_ Date of Birth _____ Housing Location: _6 - Cell 85_

Nature of problem or request: _I'm having foot problem After leaded foot_
_& very bad Cold, & right arm very sore barly can move_
_it._

I consent to be treated by health staff for the condition described.

_Christopher Hundley_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective: _C/o pain R arm. Coughing Can't Sleep @_
_Night. Athlete ft. Need to See Dr._

Objective: BP _110/80_ P _64_ R _20_ T _976_
_Dry peeling skin noted ft. States R Arm Sen sitve_
_to touch. Sm. Amt. dried scratched area on back_
_of Deltoid muscle. ROM not impaired to R Arm_
_Nail beds pink_
Assessment:
_Alteration in Comfort_

Plan:
_1. MD to review_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

_4/5/00_

Signature: _M Allen_ Title: _LPN_ Date: _07/05/00_ Time: _7 20 pm_

CMS 7166 REV. 10/94