CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: Christopher Hundley Date of Request: 11/30/99

ID #: 806030 Date of Birth: [redacted] Housing Location: 3-Cell-131

Nature of problem or request: I have Pneumonia c it's getting very bad c I need something to help it!!!

I consent to be treated by health staff for the condition described.

Christopher Hundley
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

HEALTH CARE DOCUMENTATION

Subjective: c/o body Aching, throat sore, HA. coughing

Objective: BP 120/80 P 72 R 20 T 98
coughing - Not expectorating Anything
Lungs clear.

Assessment:
Alteration in comfort

Plan:
1. Pseudophed 30mg PO TID x5
2. ctm 8mg PO BID x5
3. Tylenol ii PO TID x5
4. cough tab i PO TID x5

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

[signature]

Signature: Mary Allan Title: LPN Date: 12/01/99 Time: 8:25/P

CMS 7166 REV. 2/93

CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: Christopher Hundley Date of Request: 11/21/99

ID #: 206030 Date of Birth: [redacted] Housing Location: 3-131

Nature of problem or request: left leg continue to give me problems because I pulled my Ham string & it's still hard for me to walk on it!! I need to go to the Dentis to get my mouth fix!!

I consent to be treated by health staff for the condition described.

Christopher Hundley
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

HEALTH CARE DOCUMENTATION

Subjective: c/o pain in left thigh. Stated it hurts so bad 2 can't walk on it.

Objective: BP 120/60 P 68 R 20 T 97.4
Cont. to c/o pain in left Ham string. Has been on crutches since 11-17-99. States pain is continious

Assessment:
Alteration in comfort

Plan:
1. MD to evaluate for med. & step up

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: Mary A Wan Title: LPN Date: 11/22/99 Time: 7/9A

CMS 7166 REV. 1/93

CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: Christopher Hundley Date of Request: 10/17/99

ID #: 206030 Date of Birth: [redacted] Housing Location: 3-Cell

Nature of problem or request: Very Bab Cold c̄ Chest pain because of the wind in the air the Cold have gotted bader, & I have very pain in Knees & foots

Think you

I consent to be treated by health staff for the condition described.

Christopher Hundley
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

HEALTH CARE DOCUMENTATION

Subjective: c/o bad cold, cough. Fluid on knees. feet Tender & painful when walking.

Objective: BP 130/80 P 68 R 18 T 96.3
Lungs Clear to Auscultation — No wheezing or rales noted. No swelling noted of knees. Knees tender to touch. No Arch in ft

Assessment:
Alteration in Comfort

Plan:
1. Arch Support SZ 8 1/2-9
2. Ctm 8mg PO TID X 5 Day
3. motrin 600 mg PO TID X 5 days
4. Cough tab ī PO BID X 5 days

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

[signature]

Signature: ____ Title: ____ Date: ____ Time: ____

CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: Christopher Hundley Date of Request: 9/19/99

ID #: 206030 Date of Birth: [redacted] Housing Location: 3 Cell

Nature of problem or request: Very Bad head pain & Back pain & I need to see the dentist to get my teeth Clean & Filled

I consent to be treated by health staff for the condition described.

[signature]
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

HEALTH CARE DOCUMENTATION

Subjective: C/O HA. Back pain & sprung ankle playing basketball yesterday (9-19-99). States Has History of migraine HA. Request bottom bunk profile. C/O Having thud on his knees & getting up & down on bunk is painful. Was taking motrin 800mg po for it.

Objective: BP 120/70 P 62 R 18 T 97.9 Right foot slightly swollen PEARL, no swelling noted of back. Right foot slightly swollen No redness. Pedal pulse palpated. Capillary refill < 3 sec

Assessment:
Alteration in Comfort

Plan:
1. X-ray R ft + LS spine X-ray
2. ~~Motrin 800 mg po TID X5 day~~
3. See MD for BBP evaluation & med. for HA

[signature]

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: [signature] Title: LPN Date: 9/20/99 Time: 7:40p



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 3/25/03 | S) c/o Both Ears Hurting |
| | O) Bilateral [illegible] no Effusion |
| | Dx [illegible] to Ears |
| | A/P will give Advil and [illegible] Bid [signature] |
| 4/21/04 | S) Pt c/o Sore Throat |
| | O) Pharyngitis |
| | A/P will give Amoxil x 10 [signature] 4/21/04 |



PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |
| 9/14/04 [illegible] | S Go medical [illegible] |
| | O) [illegible] given x 2 [illegible] |
| | [illegible signature] |

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**

NaphCare

PHYSICIAN PROGRESS NOTES

Patient Name: Hundley, Christopher ID #: 206036 Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 10/18/02 | | S/C Request BBP renewal d/t Knee problems<br>O - x-ray: (6/02) (Rt) Knee — normal<br>(Lt) Knee — osseous fragment ant tibial tuberosity vs. Chronic A/S of Osgood Schlatters Syndrome<br>A/P (1) Knee Pain (bilateral)<br>— BBP x [illegible] | [illegible signature] |
| 3/19/03 | | wt 160 BP 130/80 P 76<br>S/C Knee pain - [illegible] R knee [illegible] sport [illegible] 1986, was walking with crutches x four months and has [illegible] both knee [illegible] while playing ball (basket ball, football). request [illegible] profile [illegible]<br>R knee [illegible]<br>+ [illegible] palpable [illegible]<br>Xray 6/02 +<br>Rx [illegible]<br>[illegible] profile<br>repeat Xray R knee<br>[illegible] | [illegible signature] |

CMSAL-001

# Progress Notes

| Date | Time | Notes Must Be Signed By Physician |
|---|---|---|
| 7/29/02 | | Wt. 152 B/P 120/70 P-50 R16 T 98 |
| | | F/U |

Name: Last: Hindley First: Christopher Middle: Inmate No. 206030

Physician's Progress Notes ☐ Continued on Reverse

NCDO

**NAPHCARE**
**NURSE'S NOTES**

| DATE | TIME | |
|---|---|---|
| 11-2-01 | 8 30 A | P- Rec'd at Easterling Access to Health Care sign voiced understanding - L. Ewing |
| 3/12/02 | 8:05A | P- Refusal MD Appt on 3/11/02, Releasing Responsibility form sign - Jackson |
| 7/24/02 | | P- Annual health & TB Screening completed - S Bushkin |
| 3/20/03 | | (R) knee xray done - dhs, RT, |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Hundley, | Christopher | | 206030 |

NaphCare

# Nurse's Notes

| Date and Time | | Nurse's Name |
|---|---|---|
| 6/27/01 | Transferring to Draper | [signature] |
| 10/29/01 | Transfer to Easterling Corr Vol I [signature] | |

Name – Last: Hundley First: Christopher Middle:

Inmate No. 206030

Nurse's Notes

NC

# Progress Notes

| Date | Time | Notes Must Be Signed By Physician |
|---|---|---|
| | | |

Name - Last: Hundley First: Christopher Middle: Inmate No.: 206032

Physician's Progress Notes ☐ Continued on Reverse NCOC

CORRECTIONAL MEDICAL SERVICES

INTERDISCIPLINARY PROGRESS NOTES

Patient Name Hundley, Christopher I.D. # 206030 Institution DCC

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 11/22/99 | 3.25 PM. | S. c/o Pain back of (L) thigh since 11/17/99 while playing basketball. | |
| | | O – vitals stable. | |
| | | Ext – (?) swelling of (L) thigh; tenderness + above the (L) knee; pedal pulses+ | |
| | | A – (L) Sprain thigh | |
| | | P – See orders. | |
| | | [signature] | |
| 1/21/01 | | S. URI with possible bronchitis | |
| | | P. Keflex 500 tid 10 days; Ibuprofen ii bid 7 days | [signature] |

CORRECTIONAL MEDICAL SERVIC

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Hundley, Christopher I.D. # 206030 Institution DCC

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/14/99 | | Rec'd @ Draper CC / SHU no meds | |
| | | Vol I rec'd | M Porter MRC |
| 9-15-99 | | SHCU | [illegible] |
| 9/4-00 | | To ECC from DCC Vol. 1 Ø meds | BR |

# MEDICATION ADMINISTRATION RECORD

MWC

DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFC BID X6wks 5/27/05 7/8/05 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25-50mg PO BID PRN X14d 5/27/05 6/11/05 | PRN | | NS | | | | | | | REORDERED (RR) | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Charting for 6/1/05 Through 6/31/05

Physician

Alt. Physician M. Webb CRNP

Allergies NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No 206036

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By [signature]

Title:

Date:

Patient Hurdley, Chris

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

New C

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFC TOP BID x30d 5/9/05 6/9/05 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg PO BID x30D PRN 5/9/05 6/9/05 | P<br>[illegible] | | | | | | | | | | [illegible] | [illegible] | [illegible] | | | | | | | | [illegible] | | [illegible] | | | | [illegible] | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTED FROM 5/9/05 THROUGH 5/31/05

Physician

Alt Physician B Adams CRNP

Telephone No

Alt Telephone

Medical Record No 206030

Allergies NKDA

Rehabilitative Potential 1

Diagnosis

Complete Entries Checked: By: Graves, LPN Title: Date:

PATIENT CODE | ROOM NO | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

MWC 00065276 87154

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/C Keflex 12/23/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bactrim DS ÷ PO BID x 7d 12/23/04 12/31/04 | 0900 1800 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rifampin 300mg PO BID x 7d 12/23/04 12/31/04 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Charting for: 12-23-04 Through: 12-31-04

Physician: Telephone No.

Alt. Physician: Alt. Telephone

Rehabilitative Potential:

Diagnosis:

Medical Record No.

Complete Entries Checked:

By: [signature] Title: Date:

ROOM NO. BED

# EDICATION ADMINISTRATION RECORD

|ICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg BID x14 days 12-21-04 → 1-4-05 | K Op | | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR 1-1-05 THROUGH 1-31-05

ysician

Physician

Telephone No

Alt Telephone

Medical Record No. 206030

ergies NKA

Rehabilitative Potential

agnosis

Medicaid Number

Complete Entries Checked:

By: Title: Date:

PATIENT CODE | ROOM NO | BED | FACILITY CODE

# EDICATION ADMINISTRATION RECORD

I of II

| ICATIONS | HOUR | 1–31 |
|---|---|---|
| Motrin 600mg tid STOP 3 Dec 04 | PRN | [illegible initials] |
| Motrin 600mg BID x 14d. STOP 16 Dec 04 | PRN | [illegible initials] |
| Keflex 1gm BID x 7d STOP 10 Dec 04 | 03 / 21 | [illegible initials] |
| Keflex 1gm x 14 day 12/7/04 – 12/21/04 | 0300 / 2100 | [illegible initials] |
| Continue Keflex 1 gm PO BID x 7 days 12/14/04 – 12/22/04 | 0300 / 2100 | [illegible initials] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

1 Dec THROUGH 31 Dec

Telephone No

Alt. Telephone

Medical Record No

Allergies: NKDA

Complete Entries Checked

By

# EDICATION ADMINISTRATION RECORD

MWC

T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg<br>o BID PRN x 30d<br>2/30/04 1/30/05 | K<br>O<br>P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Of |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12-30-04 THROUGH 12-31-04

Physician

Alt. Physician BAdams CRNP

Allergies NKDA

Telephone No.

Alt. Telephone

Rehabilitation Potential

Medical Record No.

Diagnosis

Complete Entries Checked:

By: Graves, LPN

Title

Date

PATIENT

ROOM NO.

BED

FACILITY

# MEDICATION ADMINISTRATION RECORD

MWC II q II

| MEDICATIONS | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 1Gm PO BID x 7d 12/21/04 12/28/04 | KOP | | | | | | | | | | | | | | | | | | | | | | Given JB | | | | | | | | | |
| Motrin 600mg PO BID x 14d PRN KOP 12/21/04 1-4-05 | KOP | | | | | | | | | | | | | | | | | | | | | | Given JB | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Start Date: 12-21-04 Through:

Physician:

Alt. Physician:

Allergies: NKDA

Diagnosis:

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No. 206030

Complete Entries Checked:

By: Graves, LPN Title Date

Patient: Hindle, Christopher

Room No. MWC Bed Facility Code

# MEDICATION ADMINISTRATION RECORD

MWC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg T po tid prn x 10 days 11/23/04 - 12/03/04 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Certification 11/23/04 Through 11/30/04

Physician Adams CNP

Alt. Physician

Allergies NKDA

Diagnosis

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record No 206030

Complete Entries Checked:

Title RN

Date 11/23

# IEDICATION ADMINISTRATION RECORD

'DT01

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxil 500g PO TID x 10 days 5-24-04 — 6-4-04 | 1100<br>1700<br>2100 | [illegible]<br>[illegible]<br>[illegible] | A<br>[illegible]<br>[illegible] | A<br>X<br>X | A<br>A<br>A | X<br>X<br>X | | | | | | | | | | | | | | | | | | | | | | | | | |
| Actified ÷ PO TID x 10 days 5-24-04 — 6-4-04 | 1100<br>1700<br>2100 | [illegible]<br>[illegible]<br>[illegible] | A<br>[illegible]<br>[illegible] | A<br>[illegible]<br>[illegible] | A<br>A<br>A | X<br>X<br>X | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 6-1-04 THROUGH 6-30-04

hysician

Telephone No.

Medical Record No. 206030

lt Physician

Alt Telephone

llergies

Rehabilitative Potential

iagnosis

edicaid Number | Medicare Number

Complete Entries Checked:

By: [illegible] Title: CPN Date: 5-31-0[illegible]

| PATIENT CODE | ROOM NO. | BED | FACILITY CO |
|---|---|---|---|

H-Ineffective
I- Hospital
J- Leave of absence

| 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|
| | | | | | | Temperature Pulse |
| | | | | | | Blood Pressure |

15 - UPPER CHEST LE
16 - UPPER CHEST RI

RSE'S
DICATION NOTES

PATCH SITE/
INJECTION SITE
CODES

| e Hour | Medication Dosage | Reason | Results / Response | Hour / Initia |
|---|---|---|---|---|

RSE'S
DICATION NOTES

PATCH SITE/
INJECTION SITE
CODES

Medication Dosage Hour / I

DATE 1 2 3 4 5

# IEDICATION ADMINISTRATION RECORD

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actifed 60mg po Tid X 10 days 5-24-04 — 6-2-04 | 1100 1700 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxil 500 mg ī po Tid X 10 days 5-24-04 — 6-2-04 | 1100 1700 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Siddiq 5-24-04 5-31-04

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No 206030

Complete Entries Checked: By: Martha Jordan Title: LPN Date: 5-24

# MEDICATION ADMINISTRATION RECORD

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

Advil 800mg PO TID
x 10 days
3-24-04 — 4-4-04

1100
1700
2100

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

3-1-04 3-31-04

Siddiq

NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Complete Entries Checked:

By: [illegible] Title: [illegible] Date: 3-2

PATIENT CODE | ROOM NO. | BED | FACILITY