# MEDICATION ADMINISTRATION RECORD

| | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| Tylenol 500 ii P.O B.id PRN x 5 DAYS  3/1/04 — | 4A  4P |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |

Uncleiss March       Mach

| Telephone No. | | Medical Record No |
| Aft. Telephone | | |
| Rehabilitative Potential | | |

Complete Entries Checked:
By: A Rasmussen    Title: LPN    Date: 3/1/04

PATIENT CODE    ROOM NO    RED    FACILITY CO...

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg PO BID x5days 2/25/04 → 2/24/04 | 4a 4p | | | | | | | → → | | ← |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

2/04

2/04
Anderson

NKDA

Complete Entries Checked:
By: BBracewell     Title: Lpn     Date: 2/24

# MEDICATION
# ADMINISTRATION RECORD



56257 ACETAMINOPHEN 325MG TAB 325 MG TAB (TYL
**Start: 09/03/03  Stop: 10/02/03**
**TAKE THREE TABLET(S) TWICE DAILY
BY MOUTH  AS NEEDED FOR 30 DAYS**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

10/01/03                                    10/01/03

NKA

206030-AL0

Complete Entries Checked
By                                   Title:              Date: 9/2?

HUNDLEY, CHRISTOPHER                    206030

# MEDICATION
# ADMINISTRATION RECORD

**NaphCare**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-1-03   THROUGH 9-30-03

Physician: _____

Diagnosis: NKDA

Medicaid Number: _____   Medicare Number: _____

Date: _____

PATIENT CODE   ROOM NO.   BED   FACILITY

| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
|---|---|---|---|---|---|
| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

## NURSE'S MEDICATION NOTES

**PATCH SITE/INJECTION SITE CODES:**
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initial |
|---|---|---|---|---|
| | | | | |

# DICATION
# MINISTRATION RECORD


NaphCare



INSTRUCTIONS: a. Put initial in appropriate box when medication is given.
b. [illegible] medication refused.
c. [illegible]
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

CHARTING CODES:
A-Charted in error.
B-Patient refused.
C-Patient out [illegible]
D-Drug not given, medical reason in Nurse's Medication Notes.

E-See Nurse's Medication Notes.
F-Patient did not retain medication.

H-Ineffective
I-Hospital
L-Leave of absence

| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

**NURSE'S MEDICATION NOTES**

PATCH SITE/INJECTION SITE CODES:
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initial |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# MEDICATION
## ADMINISTRATION RECORD  

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naprosyn 500mg po
BID x 14 day th
3/4/03 → 4/2/03     4A
4P

may give Motrin till Naprosyn arrives

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-19-03     THROUGH 3-31-03

Physician Dabor

Alt. Physician

Allergies  NKDA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No.

Medicaid Number

Medicare Number

Complete Entries Checked
By: _____     Title: RN     Date: 3-19-0

PATIENT  Hudson Antonio     Hundley Christopher

PATIENT CODE

ROOM NO. Pop

BED

FACILITY CODE 20603

INSTRUCTIONS: a. Put initial in appropriate box when medication is given.
b.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

CHARTING
A-Charted in error.
B-Patient refused medication
C-Patient did not return medication
D-Drug not given. Indicate reason in Nurse's Medication Notes.

E-See Nurse's Medication Notes.
F-Patient did not return medication
G-Ineffective

H-Ineffective
I-Hospital
J-Leave of absence

| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
|---|---|---|---|---|---|
| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/ Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/ Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

## NURSE'S MEDICATION NOTES

PATCH SITE/ INJECTION SITE CODES:
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initials |
|---|---|---|---|---|
| | | | | |

# EDICATION
# DMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHARTING FOR 8-1-02   THROUGH 8-31-02

Physician Dr Darbouze

Alt. Physician

Allergies Chocolate

Diagnosis August

Telephone Number

Alt. Telephone

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: Mckinnon   Title: Lr   Date: 7/29/02

Inmate No.

PATIENT Hunter Christopher

PATIENT CODE 226030   ROOM NO. Pod   BED   FACILITY CO East

# EDICATION
# OMINISTRATION RECORD    *NaphCare*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _____ 25mg _____ b.i.d _____ Days _____ Dr Darbouze | 4A 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| CHARTING FOR 7-29-02 | THROUGH 7-31-02 | |
| Physician Dr Darbouze | Telephone Number | Inmate No. |
| Alt. Physician | Alt. Telephone | |
| Allergies Chocolate | Rehabilitative Potential | |
| Diagnosis    July | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: | Date: |
| PATIENT | | PATIENT CODE 206030 | ROOM NO. Rop | BED | FACILITY CO... En A |

# EDICATION
## DMINISTRATION RECORD  NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(illegible)* po TID | 4A | | | | | A | P | B | W | A | P | A | A | A | | | | | | | | | | | | | | | | | | |
| | 9A | | | | | A | A | A | A | A | B | W | W | K | A | | | | | | | | | | | | | | | | | |
| *(illegible)* 6/15/02 | 4P | | | | | T | A | A | P | A | A | P | A | D | A | | | | | | | | | | | | | | | | | |
| Tylenol 325 po TID | 4A | A | A | A | A | | | | | | | | | | | P | A | A | A | | | | | | | | | | | | | |
| Prd PRN x 5 days | 4P | A | A | A | | | | | | | | | | | | P | A | A | A | | | | | | | | | | | | | |
| 6-14-02 → 6/14/02 | | | | | | | | | | | | | | | | A | D | A | A | D | | | | | | | | | | | | |

*(remaining medication rows blank/illegible)*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

RTING FOR June 1, 2002    THROUGH June 31, 2002

Dr Darbouze

hysician                                Telephone Number        Alt. Telephone        Inmate No.

Chocolate                               Rehabilitative Potential

aid Number        Medicare Number        Complete Entries Checked
                                         By: J. Crouin        Title: Lpn        Date: 6/5/02

ENT: Hundley, Christopher        PATIENT CODE        ROOM NO.        BED        FACILITY CODE

INSTRUCTIONS: a. Put initial in appropriate box when medication is given.
b. Circle initial when medication is refused.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

CHARTING CODES:
A-Charted in error.
B-Refused, see note.
C-Passed out or fainting.
D-Drug not given. Indicate reason in Nurse's Medication Notes.

E-See Nurse's Medication Notes.
F-Patient out for outside appointment.
G-Effective.

H-Ineffective
I-Hospital
J-Leave of absence

| Initials | Nurse's Signature | | Initials | Nurse's Signature | | Initials | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | Initials | Nurse's Signature | | Initials | Nurse's Signature |
| | | | Initials | Nurse's Signature | | Initials | Nurse's Signature |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

## NURSE'S MEDICATION NOTES

PATCH SITE/INJECTION SITE CODES:
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHES
16 - UPPER CHES

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800mg — TID
X 3 days
3/8/02 — 3/10/02
4A
11A
4P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR March 02 THROUGH

Physician Barbour

Alt. Physician

Allergies NKA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No.

Medicaid Number

Medicare Number

Complete Entries Checked
By:

Title:

Date:

PATIENT Hundley Christopher

PATIENT CODE 206030

ROOM NO.

BED

FACILITY CODE East

| Initials | Nurse's Signature | | Initials | Nurse's Signature | | Initials | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| Initials | Nurse's Signature | | Initials | Nurse's Signature | | Initials | Nurse's Signature |
| Initials | Nurse's Signature | | Initials | Nurse's Signature | | Initials | Nurse's Signature |

b. Circle initial when medication is given.
c. Circle initial when medication refused. Refusal noted in nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

CHARTING CODES:
A-Charted in error.
B-Patient refused.
C-Patient not available.
D-Drug not given. Indicate reason in Nurse's Medication Notes.
E-See Nurse's Medication Notes.
F-Patient did not retain medication.
G-Ineffective.
H-Ineffective
I-Hospital
J-Leave of absence

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/ Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

# NURSE'S MEDICATION NOTES

PATCH SITE / INJECTION SITE CODES:
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST L
16 - UPPER CHEST R

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Ini |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# EDICATION
# DMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

K̄ p̄    † tube given en seg

MEDICATIONS    HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

harting for 9-1-01    THROUGH 9-30-01

hysician 9-1-01

llergies    NKA

Telephone Number
Alt. Telephone
Rehabilitative
Potential

Inmate No.

dicaid Number    Medicare Number

Complete Entries Checked
By: Smullican LPN    Title:    Date: 8-31-01

PATIENT CODE    ROOM NO.    BED    FACILITY CODE DCC

atient Aundilen Christopher

INSTRUCTIONS: a. Put initial in appropriate box when medication is given.
b. Circle initials if medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

CHARTING
A-Charted in error.
B-Pain relief.
C-Patient out of facility.
D-Drug not given. Indicate reason in Nurse's Medication Notes.
E-See Nurse's Medication Notes.
F-Patient discharged medication.
G-Effective.
H-Ineffective.
I-Hospital
J-Leave of absence

| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
|---|---|---|---|---|---|
| | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
| | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | D. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

## NURSE'S MEDICATION NOTES

| PATCH SITE/ INJECTION SITE CODES: | 1 - RIGHT DORSAL GLUTEUS | 4 - LEFT VENTRAL GLUTEUS | 7 - RIGHT DELTOID | 10 - LEFT UPPER ARM | 13 - UPPER BACK LEFT | 15 - UPPER CHEST |
|---|---|---|---|---|---|---|
| | 2 - LEFT DORSAL GLUTEUS | 5 - RIGHT LATERAL THIGH | 8 - LEFT DELTOID | 11 - RIGHT ANTERIOR THIGH | 14 - UPPER BACK RIGHT | 16 - UPPER CHEST |
| | 3 - RIGHT VENTRAL GLUTEUS | 6 - LEFT LATERAL THIGH | 9 - RIGHT UPPER ARM | 12 - LEFT ANTERIOR THIGH | | |

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / In |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MEDICATION ADMINISTRATION RECORD** ▰ *NaphCare* ▰          *Seq*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EES 500mg PO Q6° x 10 days 7.26.01 - 8.4.01   *Sm* | 6 / 12 / 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CTM 4mg PO BID x10days 7.26.01 - 8.4.01   *Sm* | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ca to ft. tid x30 /17/01   Taylor | 6 / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 08/17/9 Keflex 500mg PO TID X10d   08/27/01   Taylor | 6A / 12N / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

STARTING FOR 8.1.01    THROUGH 8.31.01

Physician: *Taylor*

NKA

Telephone No:    Inmate No:
Alt. Telephone:
Rehabilitative Potential

Medicaid Number        Medicare Number        Complete Entries Checked By: *Smillican p*    Title:    Date: 7.25.01

PATIENT: *Arundlus Christopher*    PATIENT CODE    ROOM NO.    BED    FACILITY CODE  PCC

**INSTRUCTIONS** - a. Put initial in appropriate box when medication given
b. Circle initial when medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

**CHARTING CODES:**
A-Charted in error.
B-Patient refused.
C-Patient out of facility.
D-Drug not given. Indicate reason in Nurse's Medication Notes.

E-See Nurse's Medication Notes.
F-Patient did not retain medication.
G-Effective
H-Ineffective
I-Hospital
J-Leave of absence.

| | | | | Initials | Nurse's Signature | | | Initials | Nurse's Signature |
|---|---|---|---|---|---|---|---|---|---|

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/ Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/ Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

# NURSE'S
# MEDICATION NOTES

| PATCH SITE/ INJECTION SITE CODES: | 1 - RIGHT DORSAL GLUTEUS 2 - LEFT DORSAL GLUTEUS 3 - RIGHT VENTRAL GLUTEUS | 4 - LEFT VENTRAL GLUTEUS 5 - RIGHT LATERAL THIGH 6 - LEFT LATERAL THIGH | 7 - RIGHT DELTOID 8 - LEFT DELTOID 9 - RIGHT UPPER ARM | 10 - LEFT UPPER ARM 11 - RIGHT ANTERIOR THIGH 12 - LEFT ANTERIOR THIGH | 13 - UPPER BACK LEFT 14 - UPPER BACK RIGHT | 15 - UPPER CHEST L 16 - UPPER CHEST R |
|---|---|---|---|---|---|---|

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Init |
|---|---|---|---|---|
| | | | | |

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EES 300mg p o q | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/26/01   8/4/01 | 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CTM 4mg po b.d. | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| x 10 day | 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/26/01   8/4/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR   7-1-01    THROUGH   7-31-01

Allergies:   NKA

PATIENT   Hundley, Christopher

PATIENT CODE   206050
FACILITY CODE   PCC

# MEDICATION ADMINISTRATION RECORD

**CC#:** _____     **MONTH** _____

**Facility:** _ECC_

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg Tid x 10 d | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/2/01 — 1/31/01 Dr Siddiq | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cough tabs ii bid x 7 days | | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/28/01 | | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** NKDA

**DOB/INMATE #:** 206030

**LOCATION:** ECC

**NAME:** Handley Christopher

**CORRECTIONAL MEDICAL SERVICES**

CMS # 3150 REV 8/98

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C DISCONTINUE ORDER | | | | | | |
| R - REFUSED | | | | | | |
| A - ABSENT | | | | | | |
| C - COURT | | | | | | |
| O - OTHER | | | | | | |

| DATE/TIME | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BP | | | | | | | | | | |
| P | | | | | | | | | | |
| R | | | | | | | | | | |
| T | | | | | | | | | | |
| Weight | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | |
| Staff Signature: | | | | | | | | | | |

PROGRESS NOTES

| DATE | TIME | | | | | | |
|---|---|---|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

**Facility:** _DCC_

**CC#:** _ECC_

**MONTH** _Sept_

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-7-10 - 9-13-00 Advil 800 mg p.o. T.b Xbday | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** _NKA_

**DOB/INMATE #:** _206030_

**LOCATION:** _DCC_

**NAME:** _Chatlin Chistobn_

CMS # 3150 REV 8/98

MEDICATION ADMINISTRATION RECORD

Facility: Draper 430-B

CC#: _____

MONTH April 2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

04-12-00 Motrin 800mg ÷ TID x3d

4-15-00 Methin 600mg po ÷ TID x4day

4-18-00 Pen VK 500mg po ÷ TID x7d

Motrin 600mg TID x7 days 4/20 - 4/27/00

Pen VK 500mg ÷ TID-7 days 4/20 - 4/27/00

ALLERGIES: NKA

DOB/INMATE #: 3-9-75  206030

LOCATION: 430-B

NAME: Humphrey, Christopher

CORRECTIONAL MEDICAL SERVICES