| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C DISCONTINUE ORDER | | | | | | |
| R - REFUSED | | | | | | |
| A - ABSENT | | | | | | |
| C - COURT | | | | | | |
| O - OTHER | | | | | | |

| DATE/TIME | | | | | | | |
|---|---|---|---|---|---|---|---|
| BP | | | | | | | |
| P | | | | | | | |
| R | | | | | | | |
| T | | | | | | | |
| Weight | | | | | | | |
| Blood Sugar | | | | | | | |
| Staff Signature: | | | | | | | |

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| | | |

MEDICATION ADMINISTRATION RECORD

Facility: _DCC_

CC#: _____    · MONTH _____

| DRUG - DOSE<br>MODE · INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pen v K 500mg ꝑ T.i.d<br>x 7days<br>3/3/00 - 3/9/00 | JT | 6A<br>12N<br>4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg ꝑ T.i.d x<br>4days<br>3/3/00 - 3/6/00 | JT | 6A<br>12<br>4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 400mg ꝑ T.i.d x 7days<br>3/9/00 → 3/16/00 | JT | 6A<br>12N<br>4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES:

NKA

DOB/INMATE #: 206031

LOCATION: DCC

NAME: Hundley Christopher

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C DISCONTINUE ORDER | | | | | | |
| R - REFUSED | | | | | | |
| A - ABSENT | | | | | | |
| C - COURT | | | | | | |
| O - OTHER | | | | | | |

| DATE/TIME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BP | | | | | | | | |
| P | | | | | | | | |
| R | | | | | | | | |
| T | | | | | | | | |
| Weight | | | | | | | | |
| Blood Sugar | | | | | | | | |
| Staff Signature: | | | | | | | | |

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| | | |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

12-01-44
Pseudo phed 30 mg po TID
x5d.                      MD
        12-06-44

6A
12N
6P

12-01-44
CTM 8 mg po B.D x5 d

6A
6P

12-06-44

12-01-44
Tylenol II PO TID x5d

6A
12N
6P

12-06-44

12-01-44
cough tab 1 po TID

6A
12N
6P

12-06-44

THROUGH 12-31-44

12-01-44
Dr. Agarwal

NKA

Complete Entries Checked
By Mary Allard     Title: LPN     Date: 13-01-44

...PASS, INC.

**INSTRUCTIONS:**
a. Put initial in appropriate box when medication given
b. Circle initials when medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med. Reason given and results should be noted on Nurse's Medication Notes.

**CHARTING CODES:**
A-Charted in error
B-Patient refused.
C-Patient out of facility
D-Drug not given. Indicate reason in Nurse's Medication Notes.
E-See Nurse's Medication Notes.
F-Patient did not retain medication
G-Effective
H-Inactive
I-Hospital
J-Leave of absence

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PATCH SITE/INJECTION SITE CODES:**
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

## NURSE'S MEDICATION NOTES

| Hour | Medication / Dosage | Reason | Results / Response | Hour / Initials |
|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600 mg PO
TIDX1 week
11-22-99 —— 11-29-99

6 A
12 N
6 P

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

11-1-99
Res to gi.

THROUGH  11-22-99

NKA

Complete Entries Checked:

By                                    Title                    Date.

t·Rite
MED-PASS, INC

INSTRUCTIONS:
a. Put initial in appropriate box when medication given.
b. Circle initials when medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med. Reason given and results should be noted on Nurse's Medication Notes.

CHARTING CODES:
A-Charted in error
B-Patient refused.
C-Patient out of facility
D-Drug not given. Indicate reason in Nurse's Medication Notes.
E-See Nurse's Medication Notes
F-Patient did not retain medication
G-Effective
H-Ineffective
I-Hospital
J-Leave of absence

| | | | | |
|---|---|---|---|---|
| E. Franklin [illegible] | RM | R Mays [illegible] | CB | C Beebe [illegible] |
| | JR | J Reinger [illegible] | | |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/ Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/ Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

## NURSE'S MEDICATION NOTES

PATCH SITE/ INJECTION SITE CODES:
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initials |
|---|---|---|---|---|
| | | | | |

**MEDICATION ADMINISTRATION RECORD**

Ctm 8 mg PO TID X 5 d

6A
12N
6P

m 10/18/99 → 10/23/99
m

Motrin 600mg PO TID X 5 day

6A
12N
6P

10/18/99 → 10/23/99    m

Cough tab TID B.Q X 5 d

6A
6P

10/18/99 → 10/23/99    m
10-18-99

Arch Support SZ
8 1/2 - 9

6
0
P

X given 10/19/99

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

10-01-99
Dr. Agarwal

10-31-99

N K/7

Complete Entries Checked:

By: Mary D. Arlan          Title: Lm          Date 10-18-99

Hundley, Christopher          206030          DOC

INSTRUCTIONS:
a. Out medical appropriate line visual medication given
b. Circle initial when medication is heard
c. State reason for refusal on nurse's notes
d. PRN (Pro Re Nata) medications and results should be noted on Nurse's Medication Notes

CHARTING CODES:
A-Charted in error
B-Patient refused
C-Patient out of facility
D-Drug not given, indicate reason in Nurse's Medication Notes
G-Effective

E-See Nurse's Medication Notes
F-Patient did not retain medication.
G-Effective

H-Ineffective
I- Hospital
J-Leave of absence.

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/Pulse |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

PATCH SITE/INJECTION SITE CODES:
1 – RIGHT DORSAL GLUTEUS
2 – LEFT DORSAL GLUTEUS
3 – RIGHT VENTRAL GLUTEUS
4 – LEFT VENTRAL GLUTEUS
5 – RIGHT LATERAL THIGH
6 – LEFT LATERAL THIGH
7 – RIGHT DELTOID
8 – LEFT DELTOID
9 – RIGHT UPPER ARM
10 – LEFT UPPER ARM
11 – RIGHT ANTERIOR THIGH
12 – LEFT ANTERIOR THIGH
13 – UPPER BACK LEFT
14 – UPPER BACK RIGHT
15 – UPPER CHEST LEFT
16 – UPPER CHEST RIGHT

## NURSE'S MEDICATION NOTES

| Medication / Dosage | Reason | Results / Response | Hour / Initials |
|---|---|---|---|
| | | | |

# EDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Motrin 800mg BID x7 day 9/20 - 9/27/99* | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9/1/99
THROUGH 9/30/99

Physician *Agarwal*

Allergies *NKA*

Diagnosis

Telephone No
Alt Telephone
Rehabilitative Potential

Medical Record No. *206030 - D*

Complete Entries Checked By *Ann Long*   Title: *LPN*   Date: *9/20/9*

PATIENT CODE   ROOM NO   BED   FACILITY CO
*206030*

# DICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| eBU 800mg tid | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| dur      8-10 | 1400 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR    8/94    THROUGH    8/30/94

| | | Medical Record No. |
|---|---|---|
| ysician | Telephone No. | |
| t. Physician | Alt. Telephone | |
| lergies | Rehabilitative Potential | |

agnosis

| dicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: | Title: | Date: | |

ATIENT | | | | PATIENT CODE | ROOM NO. 8A | BED | FACILITY COD



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _1/13/05_

To: _ADOC_

From: _WW hosp._

Inmate Name: _Hundley, Christopher_   ID#: _206030_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Oing dressing change QD (c̄ Supervision)_
_Pt to Clean c̄ Soap / Water QD_
_c̄ Supervision_

Date: _1/13/05_  MD Signature: _Robins /S. Vaughn np_  Time: _12⁴⁰ p_

60418

# EYE EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med. Fac. Phys.) | Date of Request: |
|---|---|---|
| Dr. Bradford | Easterling | 3/2/04 |

**Reason For Request: (Complaints and Finding)**

**Past History**

**Old Rx**

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

**CONSULTATION REPORT**

Subjective:   OD 20/30
              OS 20/40

no glasses

OPHTH:   R
         70% c/d / WNL

Ext:   L
Date Dispensed & Initials:   50% c/d / WNL

New Rx:   OD
          OS                    Seg. Ht.

Seg. Type:      + 0.50 — 0.75 X 0.50
                + 0.35 — 0.50  130  / + 2.00
IDP & Time:                              65

              52/18/145

Frame:
Size:
Color:

Ta 18/18

_____
OPTOMETRIST'S SIGNATURE          3/12/04

| Patients Last Name | First | Middle | Age | R/S | I D No. |
|---|---|---|---|---|---|
| Hundley | Christopher | | 29 | BM | 206030 |

F-65 Rev. (1-95)

# ~TITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| | | |
|---|---|---|
| DATE | 7/30/01 | |
| INSTITUTION | THOMAS F. STATION | |

**PATIENT** HANDLEY, CHRISTOPHER

**NUMBER** 206030    STAT

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | 0.75 | -0.75 | 44 | 0 | |
| OS | 0.50 | -0.50 | 130 | 0 | |

| | ADD | HEIGHT | DIST PD | NEAR PD | |
|---|---|---|---|---|---|
| OD | 0.00 | 0 | 65 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | | Clear |
|---|---|---|
| FRAME | NICK | |
| | STYLE | FRAME COLOR |
| EYE SIZE | 52 | DROP BALL |

FINAL INSPECTION

| | |
|---|---|
| LENSES: | $9.75 |
| FRAME: | $3.75 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $14.85 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, ...may cause the lenses or spectacle frame to contact the

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires speci... spectacles with safety lenses, side shields, goggles and/or a full shield.



# Receipt for Medical Product

Inmate Name: _Hundley, Christopher_     ID No.: _206030_

Institution: _Draper_

Medical Product: _Glasses_     Date Received: _08/14/01_

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

X _Christopher H Hundley_
Inmate Signature

_[signature]_
Signature of Healthcare Staff Dispensing Product

Receipt for Medical Product

# EYE EXAMINATION SHEET

| TO: (Service Physician) *Bradford* | FROM: (Requesting Ward, Med. Fac. Phys.) *DCC* | Date of Request: *7/20/01* |
|---|---|---|

**Reason For Request: (Complaints and Finding)**

**Past History**

**Old Rx**

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

## CONSULTATION REPORT

**Subjective:** OD -20/50   OS -20/70   ⊃

**OPHTH:** 70% C/O R / GOOD NRR 360° OO/OS UNIT   50% C/O L

**New Rx:** OD   OS   Seg. Ht.   **Ext:** Date Dispensed & Initials:

+075 - 075 X 044

**Seg. Type:** +060 - 060 X 130 / PD 65

**IDP & Time:** 50/05/145

**Frame:**
**Size:**
**Color:**

E. Ellis RN 7/23/01   8½

KEY LOCK PROFILE

IOP ✓ @ NEXT VISIT

OS 7/20/01

OPTOMETRIST'S SIGNATURE

| Patients Last Name *Handley* | First *Christopher* | Middle | Age *26* | R/S *B/M* | I D No. *206030* |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

PATIENT NAME
*Hundley, Christopher*

PRISON ID
*206030*

*MWC*

DATE SUBMITTED
*2-1-05*

*KCF-162*

| TEST NAME | | RESULT | | REFERENCE RANGE | COMMENTS |
|---|---|---|---|---|---|
|  | | | | | |
| HIV ANTIBODY | | | | NEGATIVE (NEG) | |
|  | | | | | |
| RPR | | **NR** | | NON-REACTIVE (NR) | |
|  | | | | | |
| URINALYSIS | | | | | |
| APPEARANCE | | | | | |
| pH | | | | pH 5- pH 6 | |
| PROTEIN | | | | NEGATIVE (NEG) | |
| GLUCOSE | | | | NEGATIVE (NEG) | |
| KETONES | | | | NEGATIVE (NEG) | |
| BILIRUBIN | | | | NEGATIVE (NEG) | |
| BLOOD | | | | < 5 RBC/MCL | |
| NITRITE | | | | NEGATIVE (NEG) | |
| UROBILINOGEN | | | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | | | 1.016-1:022 | |

```
"A"     These results are unreliable due to the age of the specimen.
"H"     These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the
        specimen.
```

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 013-684-3318-0 | S | YX | COMPLETE | Page #:    1 |

| ADDITIONAL INFORMATION | | |
|---|---|---|
| OPC | FASTING: N | |
| SRC:ANKLE  MWC | DOB: | |

| CLINICAL INFORMATION |
|---|
| CD- 41139312717 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 206030 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HUNDLEY,CHRISTOPH | M | 29  /  10 |
| PT. ADD.: | | |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs              AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/13/2005 | 11:28 | 1/13/2005 | 1/15/2005 | 13:12 | 2050 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Aerobic Bacterial Culture | Final report | | YX |
| Result 1 | | | YX |
| Pseudomonas aeruginosa | | | |
| Heavy growth | | | |
| Result 2 | | | YX |
| Beta hemolytic Streptococcus, group G | | | |

Penicillin continues to be the drug of choice for infections
caused by beta hemolytic streptococci in groups A,B,C and G.
No penicillin resistance has been described among these
organisms and surveillance for emerging resistance is not
recommended.  (Sahm, DF. Clinical Microbiology Newsletter,
Jan. 1994; Gordon, KA, et al.  Diagnostic Microbiology and
Infectious Disease, June, 2002.)  .
Heavy growth

| Antimicrobial Susceptibility | | | | YX |
|---|---|---|---|---|

***** S = Susceptible; I = Intermediate; R = Resistant *****
           MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|
| Amikacin | S | | | |
| Aztreonam | S | | | |
| Cefepime | S | | | |
| Ceftazidime | S | | | |
| Ciprofloxacin | S | | | |
| Gentamicin | I | | | |
| Imipenem | S | | | |
| Levofloxacin | S | | | |
| Piperacillin | S | | | |
| Ticarcillin/k Clavulanate | S | | | |
| Tobramycin | S | | | |

LAB: YX LabCorp Montgomery Hull            DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

| Pat Name:  HUNDLEY,CHRISTOPH | Pat ID:  206030 | Spec #:  013-684-3318-0 | Seq #:  2050 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





 **LabCorp Montgomery Hull**
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 358-684-3102-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | | CLINICAL INFORMATION |
|---|---|---|

OP/MWC    FASTING: N
SRC:RT/FT    DOB:

**CLINICAL INFORMATION**
CD- 41139312042

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HUNDLEY,CHRISTOPH | M | 29 / 9 |

PT. ADD.:

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 206030 |
|---|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL  36507-0000
ACCOUNT NUMBER:  01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/23/2004 | 8:59 | 12/23/2004 | 12/28/2004 | 11:20 | 1363 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Aerobic Bacterial Culture | Final report | | YX |
| Result 1 | Proteus mirabilis | | YX |
| Heavy growth | | | |
| Result 2 | | | YX |
| Pseudomonas aeruginosa | | | |
| Heavy growth | | | |
| Result 3 | Mixed skin flora. | | YX |
| Moderate growth | | | |
| Antimicrobial Susceptibility | | | YX |

***** S = Susceptible; I = Intermediate; R = Resistant *****
MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 | LAB |
|---|---|---|---|---|---|
| Amikacin | S | S | | | YX |
| Amoxicillin/k Clavulanate | S | | | | YX |
| Ampicillin | S | | | | YX |
| Cefazolin | S | | | | YX |
| Cefepime | S | S | | | YX |
| Ceftriaxone | S | | | | YX |
| Ciprofloxacin | S | S | | | YX |
| Gentamicin | S | S | | | YX |
| Imipenem | S | S | | | YX |
| Piperacillin | S | S | | | YX |
| Piperacillin/Tazobactam | S | | | | YX |
| Ticarcillin/k Clavulanate | S | S | | | YX |
| Tobramycin | S | S | | | YX |
| Trimeth/Sulfameth | S | | | | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

| Pat Name: HUNDLEY,CHRISTOPH | Pat ID: 206030 | Spec #: 358-684-3102-0 | Seq #: 1363 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

FROM CAHABA IMAGING                    (FRI)DEC  3 2004 15:13/ST. 13:10/NO.6912291854 P 10

## HCX

**HEALTH CARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**
INSTITUTION___MWC___

MWC

Name: Hundley, Chris

State ID No: 206030

DOB:

Race: B      Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| BA clams CRNP | 12/2/04 | | ✓ | | |

**HISTORY/DIAGNOSIS:**

R/o Abnorm.

### X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| | ABDOMEN/KUB | FINGERS | MASICULAR VIEW | SOFT TISSUE STUDIES | |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM | |
| ✓ | ANKLE  Rt | HAND | OSCALSIS(HEEL) | TEMPORO-MANDIBULAR JOINTS | |
| | CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE | |
| | CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA | |
| | COCCYX | KNEE | RIBS | TOES | |
| | CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST | |
| | ELBOW | MANDIBLE | SCAPULA | ZYGOMA | |
| | FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH | |
| | FEMUR | NASAL BONES | SKULL | | |

### REPORT

Hundley

RIGHT ANKLE:  The examination shows no evidence of fracture or other significant bony abnormality.  There is some tissue swelling about the joint.

IMPRESSION:  THERE IS SOFT TISSUE SWELLING WITHOUT EVIDENCE OF FRACTURE OR OTHER SIGNIFICANT ABNORMALITY.

D & T:  12-03-04 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

_____
X-RAY TECHNOLOGIST'S NAME(PRINT)

_____
X-RAY TECHNOLOGIST'S SIGNATURE

_____
DATE, TIME EXAM PERFORMED

_____
RADIOLOGIST'S NAME(PRINT)

_____
RADIOLOGIST'S SIGNATURE

_____
DATE SIGNED

**Prison Health Services**
**Treatment Record**

$\mathcal{MW}^{\alpha}$

**Treatment Ordered:**

Dry dressing to ℝ foot daily × 3 days

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 11/24/04 | 11/25/04 | 11/26/04 | | | | |
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| 206030 | nkda | MWC |
| Hundley, Christopher | | |

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
_Handley, Christopher_

PRISON ID
_206630_

DATE SUBMITTED
_8-7-03_

_East 69_

| TEST NAME | | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|---|
| | | | | |
| HIV ANTIBODY | | | NEGATIVE (NEG) | |
| | | | | |
| RPR | ✓ | N R | NON-REACTIVE (NR) | |
| | | | | |
| URINALYSIS | | | | |
| APPEARANCE | | | | |
| pH | | | pH 5- pH 6 | |
| PROTEIN | | | NEGATIVE (NEG) | |
| GLUCOSE | | | NEGATIVE (NEG) | |
| KETONES | | | NEGATIVE (NEG) | |
| BILIRUBIN | | | NEGATIVE (NEG) | |
| BLOOD | | | < 5 RBC/MCL | |
| NITRITE | | | NEGATIVE (NEG) | |
| UROBILINOGEN | | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | | 1.016-1.022 | |

"A"      These results are unreliable due to the age of the specimen.
"H"      These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"    These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

LABORATORY REPORT


Quest
Diagnostics

MICROFILM# 08010272780

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DR
CLIO, AL 36017

HUNDLEY, CHRISTOPHER

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |
| Date of Birth: | | | | | | | AT |
| COMPREHENSIVE METABOLIC PANEL | | | | | | | |
| GLUCOSE | | | 72 | | MG/DL | 65-109 | |
| | | | | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | | | | | MG/DL | 7-25 | |
| CREATININE | | | 1.3 | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | | | | | (CALC) | 6-25 | |
| SODIUM | | | 140 | | MMOL/L | 135-146 | |
| POTASSIUM | | | 4.3 | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | | | 106 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | | | | | MMOL/L | 21-33 | |
| CALCIUM | | | | | MG/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | | | | | G/DL | 6.0-8.3 | |
| ALBUMIN | | | 4.3 | | G/DL | 3.7-5.1 | |
| GLOBULIN | | | | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | | | 1.6 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | | | 1.4 | | MG/DL | 0.2-1.5 | |
| ALKALINE PHOSPHATASE | | | 73 | | U/L | 20-125 | |
| AST | | | 24 | | U/L | 2-50 | |
| ALT | | | 18 | | U/L | 2-60 | |
| SED RATE BY MODIFIED | | | | | | | AT |
| WESTERGREN | | | | | MM/HR | < OR = 15 | |

ESR SPECIMENS ARE STABLE FOR 4 HOURS AT ROOM
TEMPERATURE (12 HOURS IF REFRIGERATED). ESR RESULTS
TREND LOWER WITH INCREASED SPECIMEN AGE. CONSIDER
USE OF C-REACTIVE PROTEIN TO ASSESS ACUTE PHASE
RESPONSES.

| CBC (INCLUDES DIFF/PLT) | | | | | | | AT |
|---|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | | | 6.1 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | | 4.85 | | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | | | 14.8 | | G/DL | 13.2-17.1 | |
| HEMATOCRIT | | | 42.3 | | % | 38.5-50.0 | |
| MCV | | | 84.7 | | FL | 80.0-100.0 | |
| MCH | | | 28.4 | | PG | 27.0-33.0 | |
| MCHC | | | 33.4 | | G/DL | 32.0-36.0 | |
| RDW | | | 14.1 | | % | 11.0-15.0 | |
| ABSOLUTE NEUTROPHILS | | | 2953 | | CELLS/MCL | 1500-7800 | |

>> REPORT CONTINUED ON NEXT PAGE - HUNDLEY, CHRISTOPHER AT0791030

## LABORATORY REPORT


Quest Diagnostics

MICROFILM# 08010272780

REMARKS

EASTERN
TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |
| FINAL | | | | | | |
| Date of Birth: | | | | | | |
| CBC (INCLUDES DIFF/PLT) (CONTINUED) | | | | | | |
| | ABSOLUTE LYMPHOCYTES | | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | | | CELLS/MCL | 50-550 | |
| | ABSOLUTE BASOPHILS | | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | | | % | | |
| | LYMPHOCYTES | | | % | | |
| | MONOCYTES | | | % | | |
| | EOSINOPHILS | | | % | | |
| | BASOPHILS | | | % | | |
| * | COMMENT(S) | RED CELL MORPHOLOGY APPEARS UNREMARKABLE | | | | |
| | | | | | | |
| | TESTS NOT PERFORMED : | | | | | |
| | PLATELET COUNT | | | | | |
| | | ***************************** | | | | |
| | | * UNABLE TO OBTAIN VALID RESULT * | | | | |
| | | * DUE TO SIGNIFICANT PLATELET    * | | | | |
| | | * CLUMPING. PLATELET ESTIMATE    * | | | | |
| | | * APPEARS NORMAL.                * | | | | |
| | | ***************************** | | | | |
| | | | | | | |
| | >> END OF REPORT - HUNDLEY, CHRISTOPHER AT079103G << | | | | | |

**LABORATORY REPORT**

## Quest Diagnostics

| 7186321  AREA/ROUTE DDS 000000000<br>EASTERLING CORRECTIONAL FACILITY<br>200 WALLACE DR<br>CLIO, AL 36017-2617<br> | | | | | |

| VENDNAME<br>HUNDLEY, CHRISTOPHER | ACCT<br>AT079103G | PATIENT ID<br> | AGE/ SEX<br> | PATIENT NO.<br> |

REMARKS

| REPORT STATUS | PARTIAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |
| Date of Birth: | | | | | | | |
| CBC (INCLUDES DIFF/PLT) (CONTINUED) | | | | | | | |
| | ABSOLUTE NEUTROPHILS | | | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | | | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | | | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | | | | CELLS/MCL | 50-550 | |
| | ABSOLUTE BASOPHILS | | | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | | | | % | | |
| | LYMPHOCYTES | | | | % | | |
| | MONOCYTES | | | | % | | |
| | EOSINOPHILS | | | | % | | |
| | BASOPHILS | | | | % | | |
| | COMMENT(S) | | NONE | | | | |
| | | | THIS IS A PRELIMINARY REPORT PENDING MANUAL | | | | |
| | | | REVIEW OF PERIPHERAL SMEAR. | | | | |
| | | | | | | | |
| | >> END OF REPORT - HUNDLEY, CHRISTOPHER AT079103G << | | | | | | |

LABORATORY REPORT


Quest
Diagnostics

EASTERN
TIME

REMARKS

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |
| Date of Birth: | | | | | | AT |
| COMPREHENSIVE METABOLIC PANEL | | | | | | |
| GLUCOSE | | | | MG/DL | 65-109 | |
| | | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | | | | MG/DL | 7-25 | |
| CREATININE | | | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | | | | (CALC) | 6-25 | |
| SODIUM | | 140 | | MMOL/L | 135-146 | |
| POTASSIUM | | | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | | 110 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | | | | MMOL/L | 21-33 | |
| CALCIUM | | | | MG/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | | 7.0 | | G/DL | 6.0-8.3 | |
| ALBUMIN | | 4.1 | | G/DL | 3.7-5.1 | |
| GLOBULIN | | | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | | 1.6 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | | 1.4 | | MG/DL | 0.2-1.5 | |
| ALKALINE PHOSPHATASE | | | | U/L | 20-125 | |
| AST | | | | U/L | 2-50 | |
| ALT | | 18 | | U/L | 2-60 | |
| SED RATE BY MODIFIED | | | | | | AT |
| WESTERGREN | | | | MM/HR | < OR = 15 | |

ESR SPECIMENS ARE STABLE FOR 4 HOURS AT ROOM
TEMPERATURE (12 HOURS IF REFRIGERATED). ESR RESULTS
TREND LOWER WITH INCREASED SPECIMEN AGE. CONSIDER
USE OF C-REACTIVE PROTEIN TO ASSESS ACUTE PHASE
RESPONSES.

| REPORT STATUS | TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | | | AT |
| WHITE BLOOD CELL COUNT | | 5.1 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 4.25 | | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | | 14.2 | | G/DL | 13.2-17.1 | |
| HEMATOCRIT | | 42.3 | | % | 38.5-50.0 | |
| MCV | | 99.7 | | FL | 80.0-100.0 | |
| MCH | | 28.4 | | PG | 27.0-33.0 | |
| MCHC | | 33.4 | | G/DL | 32.0-36.0 | |
| RDW | | 14.1 | | % | 11.0-15.0 | |
| PLATELET COUNT | | | 48 L | THOUS/MCL | 140-400 | |

>> REPORT CONTINUED ON NEXT PAGE  HUNDLEY,CHRISTOPHER AT0791036



07/23/25:01   10:25:13 AM

BP:

Dept:
Room:
Reg:

Rate    68    -  Normal sinus rhythm, rate 68..
PR     125    -  LVH by voltage........
QRSD    86    -  Widespread ST elevation consider ...
QT     355
QTc    378

AXIS--

RS     0
       81
       50

-- ABNORMAL ECG --

-  Normal P axis  PR rate & rhythm
-  V (V1V2)+ R (V5V6) > 3.5 / 4.01 mV
-  ST = .15 mV ANT/LAT/INF

PRELIMINARY MD MLSF R S IW

95 6
72
20

120/20

# U/A DIPSTICK REPORT
## STATON HEALTH CARE UNIT

Name: _Hundley, Christopher_ AIS# _206030_ R/S _Bm_

Facility: _RCC_ DOB: ████████ AGE: _21_

Collection Date: _8/16/00_ Time: _12:22 Am_

Annual Physical _✓_ Random _____ Repeat _____ Daily _____

After Rx Completion _____ Chronic Care Clinic Protocol _____

Urine Appearance: Color _Yellow_ Clarity _Clear_ Odor _____

UROBILINOGEN: _O_

GLUCOSE: _O_

KETONES: _O_

BILIRUBIN: _O_

PROTEIN: _O_

NITRATE: _O_

LEUKOCYTES: _O_

BLOOD: _O_ HEMOLIZED: _____

pH: _6.5_

SPECIFIC GRAVITY: _1.015_

WNL: _✓_ ABNORMAL: _____

OBTAINING NURSE'S SIGNATURE: _[signature]_ DATE: _8/16/00_

REVIEWING PHYSICIAN'S SIGNATURE: _[signature]_ DATE: _8/21/00_

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Hundley, Christopher*

PRISON ID

*206030*

DATE SUBMITTED

*8-25-99*

*NP4 #15 8-26*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *neg* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.   01D0706289

THANG AN, MD
MEDICAL DIRECTOR

WAYNE  D. MERCER, PHD
LABORATORY DIRECTOR

**Naphcare**

# X-Ray Requisition and Report

| Name of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| Easthling | 3-19-03 | Dr Darbouze | ○ Inpatient   ⊙ Outpatient |

Examination Requested

X Ray (R) Knee

Clinical Diagnosis

| X-Ray Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 3·20·03 | | |

### Report of Findings

HUNDLEY, CHRISTOPHER  ID 206030

RIGHT KNEE  TWO VIEWS  03/20/03

**THE <u>KNEE</u> IS NORMAL AND THERE HAS BEEN NO CHANGE SINCE THE PREVIOUS STUDY.**

RP

S. LOVELESS, M.D.

_____  M.D.
                          Physician's Signature

7A98

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Hundley | Christopher | | ▮▮▮▮▮ | ░m | 206030 |

X Ray Requisition and Report

NC055

**NaphCare**

# X-Ray Requisition and Report

| Name of Hospital/Infirmary *Basking* | Date of Request | Requested By | Patient Status  ○ Inpatient  ⊗ Outpatient |
|---|---|---|---|

Examination Requested

X Ray (R) ~~hand~~ & Left Knee  *Knee*

Clinical Diagnosis

Bil. Pain

| X-Ray Number | Date of X-Ray  6·17·02 | Date of PPD Skin Test | |
|---|---|---|---|

### Report of Findings

**HUNDLEY, CHRISTOPHER ID# 206030**
**LEFT KNEE 06/17/02**
FINDINGS: WELL DEFINED AND CORTICATED OSSEOUS FRAGMENT IS
SEEN ALONG THE ANTERIOR TIBIAL TUBEROSITY. NO EVIDENCE OF
ACUTE FRACTURE OR DISLOCATION IS IDENTIFIED. SOFT TISSUES APPEAR
UNREMARAKBLE.

IMPRESSION: OSSEOUS FRAGMENT ALONG THE ANTERIOR TIBIAL
TUBEROSITY MAY REFLECT UNFUSED SECONDARY OSSIFICATION
CENTER VERSUS CHRONIC CHANGES OF OSGOOD SCHLATTER'S
SYNDROME. CORRELATION WITH PALPABLE TENDERNESS IN THE
REGION IS FURTHER NEEDED. THE REMAINDER OF THE EXAM IS
UNREMARKABLE.


**RIGHT KNEE 06/17/02**
FINDINGS: NORMAL RADIOGRAPHIC APPEARANCE OF THE RIGHT
KNEE.

W. BEN ABBOTT, M.D./rp
R D T F 06/18/02

_____ M.D.
Physician's Signature

| Patient's Last Name  Hundley | First  Christopher | Middle | Date of Birth | R/S  B/m | ID Number  206030 |
|---|---|---|---|---|---|

X-Ray Requisition and Report

NC059

## X·RAY REQUISITION AND REPORT

| NAME OF HOSPITAL/INFIRMARY | DATE OF REQUEST | REQUESTED BY | | PATIENT STATUS |
|---|---|---|---|---|
| STATON CORR. FAC. | 10-18-99 | Dr Henrivne/Nicklin C | *DCC* | ☐ IP    ☐ OP |

**EXAMINATION REQUESTED**

X-ray Rt ft & L S Spine

**CLINICAL DIAGNOSIS**

old injury

| X·RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | 10-22-99 | | |

### REPORT OF FINDINGS

Right foot: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

Lumbar spine: The vertebrae are well aligned and show no evidence of any recent fracture or destructive bone disease.
IMPRESSION: NORMAL SPINE.

d & t: October 25, 1999
alc

Thomas J. Payne, III, M.D.

_____
SIGNATURE                                    M.D.

*(Continued On Reverse Side)*

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Huntley, | Christopher | | ▓▓▓▓ | B/m | 206030 |

10-25-99 12:29/No.4200140144 P.6

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: *Hindley, Christopher*    ID#: *206030*    RACE: *B*    DOB:

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



| | |
|---|---|
| Date of Initial Examination: *8-25-99* | |
| Initial Classification: *8-14-00* | |
| Oral Pathology: | |
|    Gingivitis | |
|    Vincent's Infection | |
|    Stomatis | |
|    Other Findings | |
| Occlusion | |
| Roentgenograms: | |
|    Periapical | |
|    Bitewing | |
|    Panarex | |

| TOOTH | PRIORITY LIST |
|---|---|
| | *t = F* |
| | *g = F* |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | | ✓ |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | ✓ | |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

CMS 7103 REV. 10/94

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| | | | **SERVICES RENDERED** |
| 3/2/00 | 32 | 1 RFX None Noted 9:15 PM 3/2/00 | Pt. Refer to Dr. West for parts ext Pen V K 500 mg ≅ T 10 X 7 days MOTRIN 600 mg ≅ T 10 X 8 days Part fu pt ✓ml |
| 4/12/00 | 32 | | 1.8 cc lid epin ext # 32              MW |
| 4.20.00 | 32 | | Dry socket # 32. Dressed with Iodoform Gauze Sultan Paste. New Prescription For Pen-VK 500 tid x 7 And Motrin 600 mg tid. Dressing to be Removed And maybe Replaced Monday 4.24.00.  Ed Stubbs, DMD |
| 4/24/00 | 3~ | | Remvd I. Gauze. Cleod NSD with I/suw. Pt. condition improving   Ew |
| 8/14/00 | | | A. Exam |
| 8-13-01 | | | n/s for annual exam      Q Garth DA |
| 9/23/04 | | | No show      JR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Christopher Hundley_　Date of Request: _4/19/00_

ID #: _806030_　Date of Birth: ▓▓▓▓▓　Housing Location: _6-85_

Nature of problem or request: _Dental continue bleeding from my_
_mouth because I have got my teeth pulled & it's still bleeding_
_I think it's infected._

I consent to be treated by health staff for the condition described.

_Christopher Hundley_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

### HEALTH CARE DOCUMENTATION

Subjective: S/C had EXT last Wednesday - says he is still in pain - also says EXT site is still bleeding and that he is swollen - says he thinks he has an infection

Objective: BP _____ P _____ R _____ T _____

Assessment: STKU @ 6:15

Plan:

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _O Gantt_　Title: _DA_　Date: _4/20/00_　Time: _5:30_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination: 9/27/04

Initial Classification:

Oral Pathology .......... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms .......... Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 9/27/04 | | | Exam, Given Scale, Polish, Opg; Pt had moderate to heavy calculus depositing a moderate bleeding upon probing — JPR | | |

INMATE NAME (LAST, FIRST, MIDDLE): Hundley, Christopher A.I.S.

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 206030 | | | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Hundley , Christopher_     **BCDC#:** _206030_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

A. IS 206030

_Christopher Hundley_                    _9/27/04_
Patient's Signature                         Date

_R. Thomas, DMD_                         _9/27/04_
Dentist's Signature                         Date

PHS MD-70090

Dr. David M. WestPage 1          12/10/2003

**Proper brushing requires at least two minutes-30 seconds in each of the four areas of your mouth.**

**How to Brush:**
1. To clean the outer surfaces of each tooth, tilt your toothbrush at a 45- degree angle against the gumline.
2. Move the brush back and forth, using short, gentle strokes.
3. Repeat this motion on the inside, outside and chewing surfaces of your teeth.
4. To clean the inner surfaces of your front teeth, hold the brush vertically and use gentle up-and-down strokes with the front part of the brush.
5. And for a fresher breath, brush your tongue also!

**What type of toothbrush do I use?**
A soft bristled toothbrush is best for removing harmful food and plaque.

**After brushing, it's important to floss your teeth once a day.**

If you don't floss, one leaves up to 35% of your tooth surfaces unclean. Flossing removes plaque and food where a toothbrush cannot reach.

**How to Floss:**
1. Floss daily, making sure you floss all your teeth by starting behind the upper molars at one side of your mouth and working to the other side. Repeat on your lower teeth.
2. Use about 18 inches of floss. Wind most of the floss around each middle finger leaving an inch of two to work with.
3. Using your thumbs and index finger, slide the taut floss between your teeth. Gently curve the floss around the tooth in a C-shape at the gumline.
4. Slide the floss gently up and down between the tooth and gum, making sure you go beneath the gumline. Use clean sections of the floss as you repeat on the rest of your teeth.

The dental department at your site, offers x-rays, fillings, extractions, and other dental priorities in handling your concerns for your oral health care.

Christopher O Hundley   A.I.S. 206030

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Chris Hundley_    Date of Request: _3/8/00_

ID # _206030_    Date of Birth: ▓▓▓▓    Housing Location: _6-Cell-8S_

Nature of problem or request: _Dental_

_____

_____

I want to be treated by health staff for the condition described.

_Christopher Hundley_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: S/C lower wisdom tooth is still bothering him - he says it hurts even when he eats and air bothers it  it was seen 3-3-00

Objective: BP _____ P _____ R _____ T _____

Assessment: SHCU @ 6:15

Plan:

Refer to: ___ P.A. Physician ___ Mental Health ___ Dental

Sign: _Q Gantt_    Title: _DA_    Date _3-15_    Time: _3-9-00_

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

*Wave payment*

Print Name: *Christopher Hundley*    Date of Request: *3-1-00*

ID #: *206030*    Date of Birth: ▓▓▓▓▓    Housing Location: *6-85*

Nature of problem or request: *Need to see Doctor for*
*Dental*

I request to be treated by health staff for the condition described.

*Christopher Hundley*
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: *S/C wanted to get his teeth cleaned*
*also says his lower back tooth has*
*been hurting for about 2 weeks — says he*
*cannot eat anything hard*

Objective: BP _____ P _____ R _____ T _____

Assessment: *SHCU @ 6/15.*

Plan:

Refer to: _____ P.A. Physician _____ Mental Health _____ Dental

Sign: *A Hartt*    Title: *DA*    Date *3-2000*    Time: *5:35*