

DEFENDANT'S EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, (AIS# 206030),  Plaintiff, | * * * * * * * |
| V. | * * * 2:05-CV-502 |
| LEEOPOSEY DANIELS, et al.,  Defendants. | * * * * |

### AFFIDAVIT OF BRADFORD EUGENE ADAMS, C.R.N.P.

**BEFORE ME,** Ronnie Reeves, a notary public in and for said County and State, personally appeared **BRADFORD EUGENE ADAMS, C.R.N.P.,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Brad Adams. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, registered nurse in Alabama since 1996. Subsequently, I obtained a master's degree from Troy State University in Troy, Alabama and became certified as a nurse practitioner in 2003. I have served as a nurse practitioner at Kilby Correctional Facility located in Mt. Meigs, Alabama, continuously since 2004. At all pertinent times, my employment at Kilby Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company

which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

At all pertinent times, Christopher O'Neal Hundley (AIS# 206030) has been incarcerated as an inmate at Kilby Correctional Facility. I am familiar with Mr. Hundley's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions. I have also reviewed Mr. Hundley's medical records, certified copies of which are being produced to the Court along with this Affidavit.

Mr. Hundley has made a complaint in this case that I have failed to provide him with access to a physician for evaluation. The Plaintiff's allegations are untrue, however, as Mr. Hundley has been referred to a physician each time an appointment has been indicated for him.

On May 9, 2005, Mr. Hundley presented to Kilby's infirmary for treatment of foot pain. I evaluated Mr. Hundley's feet and determined that they were unremarkable with the exception of evidence of a fungal infection commonly known as "athlete's foot." In order to treat Hundley's "athlete's foot" I afforded him antifungal cream. Further, in order to make Mr. Hundley more comfortable I prescribed him Motrin for pain. During the time period in which Mr. Hundley complained to me of foot pain he was eligible for multiple profiles and has been afforded a "Bottom Bunk Profile" to allow him easier access to his bed.

Based on my review of Mr. Hundley's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Kilby Correctional Facility and that his diagnosed conditions have been treated in a timely and

appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions at Kilby. At no time has he been denied any needed medical treatment.

In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time have I, or any of the medical or nursing staff at Kilby Correctional Facility, denied Mr. Hundley any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Hundley. At all times, Mr. Hundley's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
BRADFORD EUGENE ADAMS, C.R.N.P.


STATE OF ALABAMA                )

COUNTY OF Elmore                )

I, Ronnie Reeves, a Notary Public in and for said State and County, hereby certify that BRADFORD EUGENE ADAMS, C.R.N.P. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the 7th day of July, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 6/15/08

(NOTARIAL SEAL)