IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Christopher O'Neal HUNDLEY,
A.I.S # 206030
　　　　　Plaintiff
V.
BOB RILEY, et al.,
　　　　　Defendants.

CIVIL Action NO. 2:05-CV-502-D

RECEIVED
2005 JUL 21 A 8:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TO OFFICE OF THE CLERK

Comes now the Plaintiff Christopher O'Neal HUNDLEY ON NOTICE, I have Change address, I'm no longer at Montgomery Community Work Center P.O. Box 75, Mt. Meigs, ALABAMA 36057, I'm at KILBY address to P.O. Box 150, Mt. Meigs, ALABAMA 36057.
Sworn this 14th day JULY, 2005

Respectively Submitted
Christopher Hundley

Certificate Of Service

SWORN TO and SUBSCRIBED BEfore ME ON this the 14th day of JULY, 2005

NOTARY [signature]