IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, )<br>AIS # 206030, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>LEEOPOSEY DANIELS, et al., )<br> )<br>Defendants. ) | CIVIL ACTION NO. 2:05cv502-D<br>WO |

**ORDER**

Upon CONSIDERATION of the Recommendations of the Magistrate Judge, filed June 2, 2005, and June 10, 2005, (Doc. Nos. 5, 11), and having independently reviewed the file, it is ORDERED as follows:

1. The Recommendations of the Magistrate Judge be and the same are hereby ADOPTED, APPROVED and AFFIRMED;

2. the plaintiff's claims for relief against Carey Welch, including the plaintiff's conspiracy claims against Welch, be and the same are hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Carey Welch is hereby DISMISSED as a party to this case; and

4. the plaintiff's claims against Daniels, Howard and Adams be and the same are hereby REFERRED back to the magistrate judge for further appropriate proceedings.

DONE this 28th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE