IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER O'NEAL HUNDLEY, )
AIS #206030, )
    Plaintiff, )
)
V. ) CIVIL ACTION NO.: 2:05CV502-D
) WO
DELORES R. BOYD, UNITED STATES )
MAGISTRATE, and )
LEEOPOSEY DANIELS, et al., )
    Defendants. )

## WRIT OF MANDAMUS

Comes now the Plaintiff Christopher O'Neal Hundley, Pro Se hereby moves this District Court on Writ of Mandamus pursuant to Rule 21 Federal Rules of Appellate Procedure to be directed to United States Magistrate Delores R. Boyd for violating 28 USCS § 636 (B) and (c), Plaintiff 1st, 4th, and 14th Amendment Rights of the United States Constitution governing access to the Courts, illegal seize and Equal Protection to the Laws.

## ISSUE FOR REVIEW

WHETHER UNITED STATE MAGISTRATE DELORES R. BOYD WAS WI-

(1)

THOUT JURISDICTION TO ISSUE RECOMMENDATIONS JUNE 2, 2005 AND JUNE 10, 2005, (DOC. NOS. 5, 11) PRIOR TO THE MAGISTRATE CONSENT FORM PROCESS PURSUANT TO 28 USCS § 636 (B) AND (C) OF THE UNITED STATES CODE SERVICE? <u>ABSOLUTELY</u>!

Plaintiff argue that the United States Magistrate Delores R. Boyd did not have jurisdiction to issue Recommendations due to the fact that she never provided the Plaintiff with a Magistrate Consent form as mandated by 28 USCS § 636 (B)(C). Plaintiff further Contend that Magistrate Delores R. Boyd never by law presided over Plaintiff Civil Action with jurisdiction to issue Recommendation of any sought; Therefore, in light of the above Plaintiff respectfully request of the Senior United States District Judge to strike United States Magistrate Boyd premature recommendations issued June 2, 2005, and June 10, 2005, and that the district Court's order issued July 28, 2005 adopting Magistrate Boyd premature recommendation also be stricken from the record and a new order for service of process coupled with a show cause order serve upon Defendant Carey Welch accordingly. Plaintiff finally Contend that in case of a denial, the Plaintiff in good faith moves the district Court for an interlocutory appeal to the Eleventh Circuit Court of Appeals Atlanta Georgia, and move to stay until matter is resolve by the Appeals Court, nor has the Plaintiff financial status of indigent changed.

Done this <u>1st</u> day of August 2005.

Respectfully Submitted,
Christopher Hundley

(2)

## VERIFICATION

I hereby verify under penalty of perjury on this the <u>1st</u> day of August 2005, that the information contained herein is true and correct to the best of my knowledge and belief.

Sign: _Christopher Hundley_

## CERTIFICATE OF SERVICE

I hereby certify this <u>1st</u> day of August 2005, that I have served a true and correct copy of the same upon United States Magistrate Delores R. Boyd and the Defendants by U.S. mail addressed to their attorney postage prepaid.

_Christopher O'Neal Hundley_
Christopher O'Neal Hundley, #206030
P.O. Box 150
Mt. Meigs, AL 36057-0150

(3)