IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, ) <br> AIS #206030, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOB RILEY, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:05-CV-502-D |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 17, 2005 defendants Riley, Campbell, Daniels and Allen shall:

1. Show cause why they failed to file a written report and answer addressing the claims for relief presented by the plaintiff in his amended complaint as required by the order entered on June 20, 2005 (Court Doc. No. 16).

2. File a written report and answer in compliance with the directives of the order entered on June 20, 2005 (Court Doc. No. 16).

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order together with a copy of the complaint to defendants Riley, Campbell, Daniels and Allen, to the General Counsel for the Alabama Department of Corrections and to the Attorney General for the State of Alabama.

Done this 2nd day of August, 2005.

                    <u>/s/ Delores R. Boyd</u>

                    UNITED STATES MAGISTRATE JUDGE