IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 AUG -5 A 10: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Christopher O'Neal HUNDLEY,    *
A.I.S. #206030                 *
         Plaintiff,            *
                               *
V.                             * CIVIL ACTION NO. 2:05-CV-502-D
                               *          WO
LEEOPOSEY DANIELS, et al.,     *
         Defendants.           *

TO: OFFICE OF THE CLERK

Comes Now the Plaintiff, Christopher O'Neal HUNDLEY to inform you and the courts that my address have Change from P.O. Box 150, MT. Meigs, Alabama 36057, TO 565 BIBB LANE, Brent, Alabama. 35034, so the Courts can contact me at all times. DONE THIS 3 DAY OF AugsT, 2005.

VERIFICATION

I hereby verify under penalty of perjury this 3th day of Augst 2005, that the information contained herein is true and correct to the best of my knowledge and belief. _Christopher Hundley_
Christopher O'Neal HUNDLEY

CERTIFICATE OF SERVICE (565 BIBB LANE, Brent, Ala. 35034)

I hereby certify this 3th day of Augst 2005, that I have Served a true and correct copy of the same upon the defendants by placing in the u.s. Mail Service postage prepaid. _Christopher O'Neal Hundley_
Christopher O'Neal Hundley