IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, ) | |
| # 206030, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-CV-502-D |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO SHOW CAUSE

Come now the Defendants, Riley, Campbell, Daniels, Howard and Allen, in the above-styled cause by and through undersigned counsel and hereby files their Response to this Court's Show Cause as follows:

1. On June 20, 2005, the Honorable Court issued an Order requesting the Defendants to file a Special Report.

2. That due to other responsibilities of the General Counsel, the undersigned failed to recognize the deadline of the Special Report. That due to the excusable neglect of the undersigned counsel, the Special Report was not timely filed.

4. That contemporaneously filed along with this motion is the Special Report of the Defendants.

Respectfully submitted,

_____
KIM T. THOMAS (THO115)
GENERAL COUNSEL


**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3888


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Inmate Christopher Hundley
AIS # 206030
Bibb Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

by placing the same in first class mail, postage pre-paid on August 16, 2005.

_____
KIM T. THOMAS
GENERAL COUNSEL