IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER O'NEAL HUNDLEY,<br>AIS 206030, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05-CV-502-D |
| | ) | JURY DEMAND |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ANSWER

Come now the Defendants, Riley, Campbell, Daniels, Allen and Howard, by and through

undersigned counsel, and file his answer in the above-styled case stating as follows:

1.  The Defendants deny each and every allegation of Plaintiff's complaint.

### DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to identify a federal right.

The Plaintiff has failed to state a cause of action against them for which relief can be

granted.

The Plaintiff's claim does not state a cause of action that can be maintained under 42

U.S.C.§1983.

The Plaintiff's claim under 42 U.S.C.§1983 against the Defendants is partially based upon

the theory of Respondeat Superior and cannot be maintained under 42 U.S.C.§1983.

The Defendants are entitled to qualified and/or good faith immunity for the allegations

contained in the Plaintiff's complaint under 42 U.S.C.§1983.

The Defendants are entitled to absolute immunity for all claims against them in their

official capacity.

The Defendants were at all times acting and using their discretionary authority.

DEFENDANTS REQUEST A TRIAL BY JURY ON ALL TRIABLE ISSUES.

Respectfully submitted,

KIM T. THOMAS (THO115)
GENERAL COUNSEL
DEPUTY ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
(334) 353-3888

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon:

Inmate Christopher O Hundley
AIS # 206030
Bibb Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

by placing copy of same in the United States Mail, first class postage prepaid, and properly
addressed this 16th day of August 2005.

KIM T. THOMAS
GENERAL COUNSEL

2