IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Christopher O'Neal Hundley, )
AIS #206030, )
               )
 Plaintiff, )
               ) CIVIL ACTION NO. 02: 05 –CV-502-D
vs. )
               )
Leeposey Daniels, et. al, )
               )
               )
 Defendant )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared before me first being duly sworn, deposes and says on oath as follows:

My name is Leeposey Daniels and I am presently employed as the Warden of the Montgomery Community Work Center, Alabama Department of Corrections, Mt. Meigs, Alabama. I am over twenty-one (21) years of age.

**Inmate Christopher Hundley, B/M, AIS # 206030 has alleged the following:**

1. **That I, in concert with others, subjected Plaintiff and other convicts to overcrowded, barbaric health hazards and lack of security. Subject also claims a violation of his Fourteenth and Eighth Amendment under the United States Constitution.**

2. **That I, in concert with others allowed Plaintiff and other convicts to be attacked and maliciously prosecuted by assigned Correctional Officers.**

3. **That I, in concert with others, subjected Plaintiff to cruel and unusual living conditions, job discrimination, mail censorship and violation of subject's First and Fourteenth Amendments under the United States Constitution.**

**RESPONSE:** At no time did I act alone or in concert with others to deprive inmate Christopher Hundley, B/206030, of his rights under the United States Constitution. As Warden, I am responsible for ensuring that inmates assigned to the Montgomery Community Work Center are provided adequate living conditions, clothing, food, and access to medical and rehabilitative services. At no time did I, in concert with others, subject Plaintiff or other convicts to overcrowded and barbaric health hazards or security issues as alleged by the Plaintiff. The Montgomery Community Work Center was without hot water for a short duration due to a defective boiler system, which led to the development of a showering system allowing all inmates a hot shower until the new unit was installed. The Boiler System was replaced as expeditiously as possible with a new unit. The accusations alleged by inmate Christopher Hundley are absolutely false and without merit.

The aforementioned statements are true and correct to the best of my knowledge and recollection.

Leepdsey Daniels, Warden,
Montgomery Community Work Center
Alabama Department of Corrections

State of Alabama    )
                    )
Montgomery County   )

Sworn to and subscribed before me and given under my hand and Official Seal this _12th_ day of _July_, 2005.

Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: April 6, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My Commission Expires:

-2-