IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Christopher O,Neal Hundley, AIS #206030, | ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. 02: 05 –CV-502-D |
| vs. | ) ) |
| Elizabeth Allen, et. al, | ) ) ) |
| Defendant | ) ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared before me first being duly sworn, deposes and says on oath as follows:

My name is Elizabeth Allen and I am presently employed as a Steward I, Montgomery Community Work Center, Alabama Department of Corrections, Mt. Meigs, Alabama. I am over twenty-one (21) years of age.

**Inmate Christopher Hundley, B/M, AIS # 206030 has alleged the following:**

1. That I, in concert with others, subjected him to hazardous living conditions, overcrowded and barbaric health hazards and lack of security.

2. That I, in concert with others, acted to deprive Plaintiff of his Eighth & Fourteenth Amendment rights under the United States Constitution.

3. That I maliciously prosecuted and retaliated against subject.



DEFENDANT'S EXHIBIT 2

**RESPONSE:** At no time did I act either alone or in concert with others, to deprive inmate Christopher Hundley of his due processes or his rights under the United States Constitution. I have no knowledge of the allegations of hazardous living conditions, overcrowded and barbaric health hazards or security issues stated by the Plaintiff. Subject was issued disciplinaries for rule violations #56 - Failure to Obey a Direct Order and #57 – Insubordination. All due processes and procedures were adhered to as outlined in Administrative Regulation #403 and #440 (SEE ATTACHED EXHIBITS A-C). The accusations alleged by inmate Christopher Hundley are completely false and without merit.

The aforementioned statements are true and correct to the best of my knowledge and recollection.

_____
Elizabeth Allen, Steward I
Montgomery Community Work Center
Alabama Department of Corrections

State of Alabama      )
                      )
Montgomery County     )

Sworn to and subscribed before me and given under my hand and Official Seal this _____6th_____ day of ____June____, 2005.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: April 6, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My Commission Expires:

-2-