STATE OF ALABAMA
BOARD OF CORRECTIONS

INTERNAL INSTITUTIONAL INCIDENT REPORT

N601
D of C
DOC No. 601 (REV. 4/81)

| 1. Institution: MCWC | 2. Date: May 29, 2005 | 3. Time: 4:05pm | 4. Incident Number: MCWC-05-(I)-0152AB |
|---|---|---|---|
| 5. Location Where Incident Occurred: MCWC Kitchen | | 6. Type of Incident: #56 – Failure to Obey a Direct Order/ #57 - Insubordination | |
| 7. Time Incident Reported: 4:05pm | | 8. Who Received Report: LT DONALD ADAIR | |

9. Victim:
a. _____ (type full name)  No. _____
b. _____ (type full name)  No. _____

10. Suspects:
a. **Christopher Hundley**  No. **B/206030**
b. _____  No. _____
c. _____  No. _____
d. _____  No. _____
e. _____  No. _____

11. Witnesses:
a–g. _____  No. _____

Physical Evidence:
12. Type of Evidence: **NA**

13. Description of Evidence: **NA**

14. Chain of Evidence: **NA**
a. _____
b. _____
c. _____
d. _____

Narrative Summary: At approximately 4:05pm on 05/29/05, Steward Elizabeth Allen was in the middle of the evening meal when she asked inmate Christopher Hundley, B/206030, to stop throwing food on the inmate's trays and slinging food. Inmate Hundley then started talking loudly; loud enough where inmates coming through the line were getting loud with him (inmate Hundley), laughing and commenting on what he was saying. Steward Allen then instructed inmate Hundley to stop talking over the food and serve. Inmate Hundley then started telling Steward Allen that she could write him up because it was noting they could do to him because he was on medication and that he didn't have nothing but an EOS date. Inmate Hundley also told Steward Allen, he would give her something to write him up for and slung a spoon of rice on the top of the counter. Steward Allen instructed inmate Hundley to get off the line. Steward Allen has spoken with Chief Steward Fallin and SGT William Howard about problems inmate Hundley is giving the kitchen stewards. Disciplinary action initiated for rule violations #56-Failure to Obey a Direct Order and #57 – Insubordination. Inmate Hundley remains in population.

*Elizabeth Allen Steward I*
Elizabeth Allen, Steward I



DISTRIBUTION: ORIGINAL Investigation and Inspection Division
COPY to Deputy Commissioner, Institutions
COPY to Institutional File
COPY to Central Records File

EXHIBIT ▲ 3