ALDOC Form 225B                                                          MCWC-05-(I)-0152A

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. Inmate: **HUNDLEY, CHRISTOPHER**    Custody: **Min (Out)**    AIS: **B/206030**

2. Facility: **MONTGOMERY COMMUNITY WORK CENTER**

3. The above named inmate is being charged by **Steward Elizabeth Allen** with violation of rule number **#57** specifically **INSUBORDINATION** from regulation **#403** which occurred on or about **May 29, 2005** at (time) **4:05PM** (am/pm), Location: **MCWC Kitchen.** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: On May 29, 2005 at approximately 4:05PM, inmate Christopher Hundley, B/206030, was instructed to stop talking over the serving line. Inmate Hundley then stated to Steward Allen that she could write him up because he was on medication and that he didn't have nothing but an EOS date. Inmate Hundley further stated he was going to give Steward Allen something to write him up for. Inmate Hundley's behavior constitutes a violation of rule #57 – Insubordination.

   June 08, 2005                                      Elizabeth Allen / [signature] / Steward I
   Date                                                Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _13th_ day of _June_, 2005, at (time) _11:28_ (am/pm).
   
   Officer Rudolf A. Booth COI / Refuse to Sign Officer Rudolf C. Booth
   Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

6. Witnesses desired?    NO _____    (YES) Refuse to Sign Offer Rudolf
                         Inmate's Signature              Inmate's Signature

7. If yes, list: Douthard, STrudnick B/126817, Davis, Derico Leonar B/185791

8. Hearing Date _6-27-05_    Time _5:25 p.m_    Place _Steward Office_

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.
    
    [signature] Brown Cot
    Signature / Hearing Officer

11. Plea: _Christopher Hundley_ Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
    
    [signature] Brown C/t
    Signature / Hearing Officer

    DATE 6/29/05  By [signature]

Annex C to AR 403 (Page 1 of 5)

JUN 28 2005
EXHIBIT 4

13. Arresting Officer's testimony (at the hearing): On 05/29/05 at approximately 4:05PM, inmate Christopher Hundley, B/206030, was instructed by Steward Allen to stop talking on the serving line. Inmate Hundley then stated to Steward Allen that she could write him up because he was on medication and that he didn't have nothing but an EOS date. Inmate Hundley further stated that he was going to give Steward Allen something to write him up for. Inmate Hundley's Behavior constitutes a violation of rule #57 – Insubordination.

14. Inmate's Testimony: SEE ATTACHED.

Witness: Derico Davis, B/185791    Substance of Testimony: I do not wish to be a witness for this inmate.

Witness: Strudsrick Douthard, B/126817    Substance of Testimony: I do not want to be a witness on this disciplinary.

Witness: NA    Substance of Testimony: NA

15. The inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.
    _____
    Signature / Hearing Officer

16. The following witnesses were not called  - Reason not called
    1. NA      NA
    2. NA      NA
    3. NA      NA

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that: <u>On 05/29/05, inmate Christopher Hundley, B/206030, was insubordinate towards Steward Allen after he was told to stop talking on the serving line. Inmate Hundley stated to Steward Allen that she could write him up because he was on medication. Inmate Hundley further stated he would give Steward Allen something to write him up for. Inmate Hundley's behavior constitutes a violation of rule #57- Insubordination.</u>

18. Basis for Finding of Fact: <u>The Hearing Officer based his findings on the sworn testimony of the Arresting Officer that inmate Hundley did utter the aforementioned statements. The Hearing Officer did not believe the testimony of inmate Hundley and finds him guilty of the charges.</u>

19. Hearing Officer's Decision:   **XXXX**   Guilty   _____ Not Guilty

20. Recommendation of Hearing Officer: <u>60 days loss of store, phone and visiting privileges. Refer to Classification and Job Board.    GTA = 0.</u>

    _Franklin Brown CoII_ (signature)
    Signature / Hearing Officer

    **Franklin Brown, COII**
    Typed Name and Title

21. Warden's Action – Date  6-29-05
    Approved  _Donald Adai_
    Disapproved  _____
    Other (specify)  _No reclass_

22. Reason if more then 30 calendar days delay in action.  _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the ___30th___ day of ___June___ 2005, at (time) 5:36 (am/pm).
    _Clarence Kilufs COI_         X _Refused to Sign_ (CK)
    Signature / Serving Officer / Title         Inmate's Signature and AIS Number

Annex C to AR 403 (Page 3 of 5)

1. To: Deuthard, did Inmate Hundley refused to comply with Steward Allen's at any time? Yes or NO (I Don't Known)

2. To: Davis, did Inmate Hundley throw or sling any Food on Inmates trays? Yes or No

3. To: both witnesses, did Inmate Hundley say any thing that was out the way to Ms Allen? Yes or NO No Not To My Knowledge.

4. To: both witnesses, did Inmate Hundley tell Steward Allen that she can write him up because he's on medication and that he didn't have nothing but an Eos date? Yes or NO I Don't Know

5. To both witnesses, is it true that Steward Allen didn't ask what happen when the rice wasted on top of the counter, she just reacted in a unprofessional way? Yes or NO I Don't Know

6. To: Both witnesses, was inmate Hundley talking over the serving line? Yes or no We All Do That.

7. To Steward Allen, is it true that the reason you wrote Inmate Hundley up is because he filed a Notice on you. yes or NO I don't Any Thing About him filing Notice on that Date.

8. Statement: The reason Steward Allen wrote these false Disciplinary Reports is because MR. Hundley filed a Notice to the ALDOC Food Division and now she feel like she have to get me back with this.