# STATE OF ALABAMA
# BOARD OF CORRECTIONS

## INTERNAL INCIDENT REPORT

| 1. Institution: Montgomery CWC | 2. Date: April 15, 2005 | 3. Time: 6:45a.m. | 4. Incident Number: MCBF-05-(I)0100 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Food Bank | | 6. Type of Incident: #54-Refusing to Work | |
| 7. Time Incident Reported: 6:46a.m. | | 8. Who Received Report: SGT. William Howard  WH 4/15/05 | |

| 9. Victim: | a. N/A | No |
|---|---|---|
| | b. | No |

| 10. Suspects: | | | 11. Witnesses: | a. N/A | No. |
|---|---|---|---|---|---|
| a. Hundley, Christopher | No. 206030 | | | b. | No. |
| b. | No. | | | c. | No. |
| c. | No. | | | d. | No. |
| d. | No. | | | e. | No. |
| e. | No. | | | f. | No. |
| | | | | g. | No. |

Physical Evidence:
12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence:
a. N/A
b.
c.
d.

Narrative Summary: On 4/15/05 at approximately 6:45a.m., Officer Clarence Kimbrough was performing duties at the back gate of MCWC when he was contacted via telephone by Mr. Corey Welch, Supervisor of the Montgomery Area Food Bank. Mr. Welch advised that inmate Christopher Hundley, B/206030, refused to work his assigned job with the Food Bank. Mr. Welch also stated that inmate Hundley stated that he (Mr. Welch) might as well call the camp because he was not going to stay out there. Mr. Welch further stated that he needed someone to pick inmate Hundley up from the food bank. Officer Kimbrough advised Sgt. William Howard of this incident. Officer Leroy Jamison departed MCWC enroute to the Food Bank where he met with Mr. Welch and placed inmate Hundley in his (Officer Jamison) custody. At approximately 9:00a.m., Inmate Hundley was returned to MCWC and released into general inmate population. Disciplinary action initiated on inmate Hundley for rule violation #54-Refusing to Work.

Attachment: (1)-one job drop form

*Col Clarence Kimbrough*
Officer Clarence Kimbrough

DISTRIBUTION:    ORIGINAL to Administrative File
                 COPY to Institutional File
                 COPY to Central Records

DEFENDANT'S EXHIBIT 6

# MONTGOMERY WORK CENTER

## JOB DROP FORM

ATTN: I.C.S.

INMATE: Christoph Hundley   A.I.S. # 206030

HAS BEEN DROPPED FROM: Montgomery Area Food Bank

WITH DISCIPLINARY ACTION: ___   WITHOUT DISCILINARY ACTION ✓

REASON: Christoph refuse to work in his assigned area. He stated to me that "y'all need to get me from out here."

WORK SUPERVISOR'S SIGNATURE: Carey Welch

DATE: 4-15-05