IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY ) | |
| AIS # 206030 ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-502-D |
| ) | |
| WILLIAM J. HOWARD, ) | |
| ) | |
|     Defendant ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one William Howard, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is William Howard, and I am presently employed as a Correctional Officer II with the Alabama Department of Corrections at Montgomery Community work Center in Montgomery, Alabama. I am over twenty-one (21) years of age.

Inmate Christopher O. Hundley, #206030, have made the following charges against me in his complaint:

1. That I deprived him of his 8th and 14th Amendments in accordance to the United States Constitution.

   Response: I have no knowledge of the alleged allegations as stated by inmate Hundley.

2. That I assumed him a job with the Montgomery Area Food Bank and caused him wrongful injury.

   Response: I did in fact assign inmate Hundley to the Montgomery Area Food Bank. This a un-skilled labor assignment. I have no knowledge as to how I caused him a wrongful injury.

3. That I practice unfair and discriminatory acts.

   Response: This statement is untrue. In carrying out my duties and responsibilities, I have acted only in accordance with the rules and regulations of the Department of Corrections.

The above responses are true and complete to the best of my knowledge and belief.

_____
William Howard, COII

DEFENDANT'S EXHIBIT 8

Affidavit – William Howard
Inmate Christopher Hundley #206030  v  W. Howard
Page Two

STATE OF ALABAMA:

COUNTY OF MONTGOMERY:

Sworn to and subscribed before me and given under my hand and official seal on this the ___13___ day of June, 2005

_Donald Terry Adair_
NOTARY PUBLIC

My Commission expires _8/20/05_