IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, )<br>AIS # 206030, )<br> )<br>  Plaintiff, )<br>v.  )<br> )<br>LEEOPOSEY DANIELS, et al., )<br> )<br>  Defendants. ) | CIVIL ACTION NO. 2:05cv502-D<br>           WO |

## **ORDER**

Before the court is Plaintiff's writ of mandamus which the court construes as a motion for writ of mandamus, filed August 2, 2005. (Doc. No. 25.) Plaintiff contends that the magistrate judge does not have authority to issue recommendations in this case because Plaintiff has not consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c). Plaintiff, thus, seeks a writ of mandamus from the court "to be directed to" the magistrate judge for violating his constitutional rights, presumably his right to have his case decided by an Article III judge. Plaintiff also moves the court to strike the magistrate judge's recommendations entered in this case. Alternatively, Plaintiff requests the court to allow him to file an interlocutory appeal to the Court of Appeals for the Eleventh Circuit and to stay this matter until resolution of his appeal. The court finds that the motions are due to be denied.

Pursuant to statute, magistrate judges have authority to file recommendations for consideration by an Article III judge without the consent of the parties in cases, such as

this one, where a prisoner asserts a violation of his civil rights. 28 U.S.C. § 636(b)(1)(B); see also M.D. ALA. L.R. 72.2 ("The full-time Magistrate Judges of this court are authorized to exercise all powers and perform all duties authorized by 28 U.S.C. § 636(a) and (b), including all duties not inconsistent with the Constitution and laws of the United States.").

Because delegation to the magistrate judge of the matters of which Plaintiff complains does not violate Article III of the United States Constitution and is statutorily authorized, it is CONSIDERED and ORDERED as follows:

(1) Plaintiff's motion for writ of mandamus be and the same is hereby DENIED;

(2) Plaintiff's motion to strike be and the same is hereby DENIED; and

(3) Plaintiff's motions for permission to file an interlocutory appeal and for a stay be and the same are hereby DENIED.

DONE this 24th day of August, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE