IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Christopher O'Neal Hundley,  )
A.I.S. 206030                )
    Plaintiff,           )
                             )
v.                           )  CIVIL ACTION NO. 2:05-CV-502-D
Bob Riley, et al,            )
    Defendants           )

MOTION FOR APPOINTMENT OF COUNSEL

Comes now the Plaintiff Christopher O'Neal Hundley, by and through PRO/SE in the above styled Civil Action here by Moves this Honorable District court on Motion For APPOINTMENT OF COUNSEL Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff Moves for an Order appointing Counsel to represent him in this Case. IN Support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma Pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this Case will likely involve conflicting

testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are _____

WHEREFORE, Plaintiffs request that the Court appoint _____, a member of the __STATE__ Bar, as Counsel in this case.

9-17-2005

*Christopher O'Neal Hundley*
Christopher O'Neal HUNDLEY

Bibb County Correctional Facility
565 Bibb Lane
Brent, AL. 35034

## Declarations

I Christopher O'Neal HUNDLEY declare under penalty of perjury that the foregoing is true and correct. Executed at Bibb County Correctional Facility on the 17th day SEPTEMBER 2005.

*Christopher O'Neal Hundley*
Christopher O'Neal HUNDLEY