IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER O'NEAL HUNDLEY, )
A.I.S. #206030 )
    Plaintiff, )
)
V. ) CIVIL ACTION NO. 2:05 CV 502
) WO
LEEOPOSEY DANIELS, et al., )
    Defendants. )

## AFFIDAVIT

IN THE STATE OF ALABAMA
County OF BIBB

I Christopher O'Neal HUNDLEY .A.I.S. 206030 Declare under penalty of perjury that I am over the age of 21, I have personal knowledge and I am Competent to testify to this evidence which would be admissable at trial

1. That BoB Riley, Cambel, Daniels, Howard, and Allen, in the above Styled Cause subjected me to hazardous living condition over crowed and barbaric health hazards and lack of Secured.

2. That defendants in concert with each other deprive me of my 8th and 14th Amendment right under United States Consitution.

3. That defendants in concert with each other Maliciously prosecuted and retail(1)iated agaist me for exercising my rights to petition for redress of my grievances.

4. That I was forced to work at the Montgomery Area Food Bank, where conditions of work cause me serious injury to my right ankle when a pallet was over loaded with heavy cans foods and cause the pallet jack to give out & fall down on my right ankle.

5. That the unneccessary and unresticted inflictions of pain to me are tollally without penological justiforcation.

6. That the total confinement picture - overcrowded improper classification of prisoners insufficient medical treatment random physical beating by INmates and guards, no due process and retaliations for taking action the prison offical have drastic means available and they do use them.

7. That I have been housed in unguarded over crowed Dorms with no realisted attempt by prison officals to seperate aggressive violate INMates from None Violate INmates where there is no refuge from tension casue by INmates and in prison offical

8. That when I complained about the conditions of confinement and work the prison officals have been hostile towards me.

9. That I receive three Majors Displinarys where they deneided my due process rights in Displinary court where they took my visit, store, lock up, reclass, and denail of parole, because I complaned.

10. That in addition to violating my Federal rights all defendants in concert with each other harrassed me and failed to protect me from dagerous living and working conditions.

11. That the usual practice of all defendants is to chager me with Displinary where the hearing officer found no factual finding to support conviction of charges.

12. That I suffer numerus punishment from Displinarys where no evidents supported the finding of guilty.

13. That the Conduct of all defendants Consistuted deliberate Indifference for a guard Wreckless endangerment of my Safety Concerning my living and working condition.

14. That reasonable prison offical would have known there Conduct was wrong.

## VERIFICATION

I hereby Verify under penalty of perjury this 17th day of SEPTEMBER 2005, that the information Contained herein is true and Correct to the best of my Knowledge and belief.

*Christopher O'Neal Hundley*

## CERIFICAte OF SERVICE

I hereby Certify this 17th day of SEPTEMBER 2005, that I have served a true and Correct Copy of the Same upon the defendants by placing in the U.S. Mail Service postage prepaid.

*Christopher O'Neal Hundley*
Christopher O'Neal HUNDLEY

565 BiBB Lane
Brent, Ala.
35034