IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Christopher O'Neal HUNDLEY,   *
A.I.S. 206030,   *
            Plaintiff,   *
                         *
    V.                   * CIVIL Action NO. 2:05-CV-502-D
BOB Riley, et. al.,      *
            Defendants.  *

MOTION OF objections TO REComendation oF THE MAGISTRATE JUDGE

Comes now the Plaintiff Christopher O'Neal HUNDLEY, by and through PRO/SE in the above styled Civil Action here by Moves this Honrable District Court on Motion of objections To Recomendation of the MAGISTRAte Judge for the Following reasons.

Plaintiff has demonstrate to this Honrable Court that his Constitutional Rights has been Violated.

Also, Plaintiff has demonstrated to the Court that he is indigent and needs an Attorney to Assist him in this matter.

Plaintiff would Forther Ask this Honrable Magistrate Judge not to dismiss his Lawsuit. The Records will reveal that plaintiff did file a Motion

Requesting counsel September 21, 2005. Even though this was very close to the due date of Plaintiff response to the Special Report, this motion should have been considered if not granted. IN Futhering this Argument Plaintiff would Ask this Honrable Court not to dismiss his lawsuit, but to Allow him some Additional time to file an objection to the Defendants Special Report. Considering the fact that plaintiff has been removed From the Facility where his help was.

## VERIFICATION

I hereby verify under penalty of perjury this 10th day of October 2005, that the information contained herein is true and correct to the best of my knowledge and belief.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley

## CERTIFICATE OF SERVICE

I hereby certify this 10th day of October 2005, that I have served a true and correct copy of the same upon the defendants by placing in the U.S. Mail Service postage prepaid.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley
565 Bibb Lane
Brent, Ala.
35034