IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, <br> AIS #206030, <br><br> Plaintiff, <br><br> v. <br><br> LEEOPOSEY DANIELS, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-502-D <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Upon review of the document filed by the plaintiff on October 12, 2005 (Court Doc. No. 37), which the court construes to contain a motion for extension of time, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from September 26, 2005 to and including November 10, 2005 to file a response to the defendants' written report.

Done this 13th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE