IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, ) | |
| AIS #206030, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-502-D |
| ) | |
| LEEOPOSEY DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the objection filed by the plaintiff on October 12, 2005 (Court Doc. No. 37), and for good cause, it is

ORDERED that the Recommendation entered on October 4, 2005 (Court Doc. No. 36) be and is hereby WITHDRAWN

Done this 13th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE