IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, ) | |
| AIS #206030, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-502-D |
| ) | |
| LEEOPOSEY DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the document filed by the plaintiff on October 12, 2005 (Court Doc. No. 37), which the court construes to contain a motion for reconsideration of its order denying plaintiff's motion for appointment of counsel, and for good cause, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 13th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE