IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Christopher O'Neal Hundley,   *
A.I.S. 206030,   *
   Plaintiff,   *
  *
V.   * CIVIL Action No. 2:05-CV-502-D
Bob Riley, et al.,   *
   Defendants. *

Supplimental Pleading in Support of MOTION of objections To Recomendation of THE MAGISTRATE JUDGE.

Comes now the Plaintiff Christopher O'Neal Hundley, by and through PRO/SE in the above styled Civil Action here by Moves this Honrable District Court on Supplimental Pleading in Support of MOTION of Objections To Recomendation of THE MAGISTRATE JUDGE for the following reasons.

1. That the Plaintiff is unlearned in the language of the Law.
2. That Plaintiff proceeds without befit of professional Legal Counsel.
3. That Wherefore Plaintiff prays the Court grant his Motion.

IN Support of this MOTION Plaintiff cites HAINES V. KERNER 404 US 519, 30 L Ed 2d 652, 92 S Ct 594

## VERIFICATION

I hereby verify under penalty of perjury this 12th day of October 2005, that the information contained herein is true and correct to the best of my knowledge and belief.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley

## CERTIFICATE OF SERVICE

I hereby certify this 12th day of October 2005, that I have served a true and correct copy of the same upon the defendants by placing in the U.S. Mail Service postage prepaid.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley
565 Bibb Lane
Brent, Ala.
35034