REC'

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Christopher O'Neal Hundley, | * |
| A.I.S. 206030, | * |
| Plaintiff, | * |
| | * |
| V. | * CIVIL Action No. 2:05-CV-502-D |
| | * |
| BoB Riley, et al., | * |
| Defendants. | * |

## MOTION OF RESPONSE

Comes now the Plaintiff Christopher O'Neal Hundley, by and through PRO/SE in the above styled Civil Action here by praises not to be held under stringent Standards as plaintiff is a layman at law Citing Hangs V. Kerner. 404 U.S. 519, 30L Ed 2d 652, 92 S Ct 594.

Plaintiff States the Following:

1. That BoB Riley, Campbell, Daniels, Howard, Allen, and Adams, in the above styled Cause subjected me to hazardous living Condition over Crowed and barbaric health hazards and lack of Secured and denying me acess to be evaluated by a Medical Physician.

2. That defendants in Concert with each other deprive me of my 8th and 14th Amendment right under United STATES Consitution.

3. That defendants in concert with each other Maliciously prosecuted and retaliated agaist me for exercising my right to petition for reddress of my grievances.

4. That I was forced to work at the Montogermy AREA Food Bank, Where conditions of work cause me serious INjury to my right ankle when a pallet was over loaded with heavy Cans Foods and Cause the pallet jack to give out and fall down on my right ankle.

5. That the unnecessary and unresticted inflictions of pain to me are tollally without penological justifocation.

6. That the total confinement picture-overcrowded improper Classification of prisoners insufficient medical treatment random physical beating by INmates and Guards, no due process and retaliations for taking action the prison offical have drastic means available and they do use them.

7. That I have been housed in unguard overcrowed Dorms with no realisted attempt by prison officals to Seperate aggressive violent INmates from None violent INmates where there is no refuge from tension cause by INmates and in prison offical.

8. That when I complained about the Conditions of confinement and work the prison officals have been hostile towards me.

9. That I receive three Majors Displinarys where they denyed my due process rights in Displinary Court, where they took my visit, store, and locked up, reclass, and denail of parole, because I complaned.

10. That in addition to violating my Federal rights all defendants in concert with each other harrassed me and failed to protect me from dagerous living and working conditions.

11. That the usual practice of all defendants is to Chager with Dislinary where the hearing officer found no factual finding to support conviction of charges

12. That I suffer numerus punishment from Displinarys where no evidents supported the finding of ~~guil~~ guilty.

13. That the conduct of all defendants consistuted deliberate INdifference for a guard wreckless endangerment of my safety concering my living and work condition.

14. That reasonable prison offical would have known there conduct was wrong.

## VERIFICATION

I hereby verify under penalty of perjury this 20th day of October 2005, that the information contained herein is true and correct to the best of my knowledge and belief.

*Christopher Hundley*
Christopher Hundley

## CERTIFICATE OF SERVICE

I hereby certify this 20th day of October 2005, that I have served a true and correct copy of the same upon the defendants by placing in the U.S. Mail Service postage prepaid.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley

P. 565 Bibb Lane
Brent, Ala. 35034