IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RE: Christopher O'Neal Hundley V. Leeposey Daniels, et al.
Civil Action No. # 2:05-cv-00502-ID

## Motion For Trial

Comes Now the Plaintiff Christopher O'Neal Hundley by and through PRO/se in the above styled Civil Action here by Moves this Honorable District Court on Motion for Trial

(1) The Plaintiff Christopher O'Neal Hundley is being Subjected to unconstitional Conditions of excessius over-crowing, lack of security, and failure to provide adequate access to Medical Services,

(2) The Plaintiff Christopher O'Neal Hundley, filed this Civil Action on or about MAY 2005 and their has been a delay in the proceedings of this Case action.

(3) For good Cause Shown the Plaintiff request this Court to set this case for Trial Soon as possible to correct the uncondititutional Conditions.

Done THIS DATE APR 8th, 2007

## VERIFICATION

I hereby verify under penalty of perjury this 8th day of APR. 2007, that the information contained herein is true and correct to the best of my knowledge and belief.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley

## CERTIFICATE OF SERVICE

I hereby certify this 8th day of APR. 2007, that I have served a true and correct copy of the same upon the defendants by placing in the U.S. Mail service postage perpaid.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley
565 Bibb Lane
Brent, Ala. 35034

Legal Mail

Christopher O'Neal Hundley (266030
A.I.S.
565 Bibb 8:00 lane
Brent, Ala. 35034
(E-1-44A)

36101307ii Legal Mail

OFFice OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA 36101-0711

Legal Mail

UNITED STATES POSTAGE
02 1P
0002367336  APR 09 2007
$00.390
MAILED FROM ZIP CODE 35034
PITNEY BOWES