IN THE DISTRICT COURT OF THE UNITED STATE FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2007 JUN 26 A 9:37

Christopher O'Neal Hundley, )
A.I.S. #206030,              )
           plaintiff,        )
                             )
        V.                   )  CIVIL Action NO. 2:05-CV-
Bob Riley, et al.,           )  502
           Defendants.       )

To: The Clerk's Office

I Christopher O'Neal Hundley, am writing to inform you of my new address at Childersburg Community Work Center, the address is Childersburg Community Work Center Post Office Box 368, Childersburg, Ala. 35044.

done this 21st day of June 2007

## VERIFICATION

I hereby verify under penalty of perjury this 21st day of June 2007, that the information contained herein is true and correct to the best of my knowledge and belief.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley

## CERTIFICATE OF SERVICE

I hereby certify this 21st day of June 2007, that I have served a true and correct copy of the same upon the defendants by placing in the U.S. Mail Service postage prepaid.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley
P.O. Box 368, Childersburg, Ala. 35044.

done this 21st day of June 2007

Christopher ONeal Huntley (A.I.S 206030)
P.O. Box 368,                            B-7-SB
Childersburg, Ala. 35044

BIRMINGHAM AL 352
25 JUN 2007 PM 4 T

Legal Mail

To: OFFICE OF The CLERK
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

36101307311 Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The Contents have not been evaluated and the Alabama Department of Corrections is not responsible for the Substance or content of the enclosed communication."