IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05-CV-00502 |
| | ) | |
| STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, et al. | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Leeposey Daniels, Elizabeth Allen, Donal Campbell, Robert Renfroe Riley, as Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[XX]    These parties are individuals, or

[ ]    This party is a governmental entity, or

[ ]    There are no entities to be reported, or

[ ]    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Not applicable | |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__1-15-2008__
Date

/s/  Kim T. Thomas_____
Counsel Signature
Counsel for (print names of all parties)

301 South Ripley Street
Montgomery, Alabama  36130

Address, City, State Zip Code

334-353-3890
Telephone Number

## CERTIFICATE OF SERVICE

I, Kim T. Thomas, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid on this 15th day of January, 2008, to:

**Christopher O'Neal Hundley**
AIS 206030
Childersburg Community Work Center
PO Box 368
Childersburg, AL 35044

January 15, 2008
Date

/s/ Kim T. Thomas
Signature