IN THE DISTRICT COURT OF THE UNITED STATE FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CHRISTOPHER O'NEAL HUNDLEY, )
A.I.S. #206030, )
    PLAINTIFF, )
)
V. ) CASE: CIVIL ACTION
BOB RILEY, et al., ) NO: 2:05-CV-502
    DEFENDANTS. )

## TO: THE CLERK'S OFFICE

I Christopher O'Neal Hundley, am writing to inform you of my new address at ST. CLAIR - CORRECTIONAL FACILITY 1000 ST. CLAIR ROAD SPRINGVILLE, ALABAMA 35146-5582.

## VERIFICATION

I HEREBY VERIFY UNDER PENALTY OF PERJURY THIS 21st DAY OF JAN. 2008, THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THIS 21st DAY OF JAN. 2008, I HAVE SERVED A TRUE AND CORRECT COPY OF THE SAME UPON THE DEFENDANTS BY PLACING IN THE U.S. MAIL SERVICE POSTAGE PREPAID.

*Christopher O'Neal Hundley*
Christopher O'Neal Hundley
A.I.S. #206030
1000 ST. CLAIR ROAD
Springville, ALABAMA.
35146-5582.

ChrisTOHER O'NEAL HUNDLEY, (A.I.S.206030)
                                  0-23-2B
1000 ST. CLAIR ROAD
Springville, Al. 35146-5582

BIRMINGHAM AL 350
23 JAN 2008 PM 1 T



LEGAL MAIL

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed correspondence.

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

361015071 LEGAL MAIL