IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE ☧ MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR 17 A 8:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Christopher O'Neal Hundley,          *
A.I.S.#206030,                       *
               Plaintiff,            *
                                     *
          V.                         *Civil Action No. 2:05 CV 502 - ID
BoB Riley, et al.,                   *              WO
               Defendants *

Supplimental Pleading in Support of Motion of
Objections To Recomendation of THE MAGISTRATE JUDGE.

Comes now the Plaintiff Christopher O'Neal Hundley, by
and through PRO/SE in the above styled Civil Action
here by Moves this Honrable District Court on
Supplimental Pleading in Support of Motion of objections
to Recomendation of the MAGISTRATE JUDGE for the
Following reasons. 1. That the Plaintiff is unlearned in
the language of the LAW. 2. That Plaintiff proceeds
without befit of professional Legal Counsel. 3. That where-
fore Plaintiff prays the Court grant his Motion.
IN Support of this Motion Plaintiff Cites HAINES V.
KERNER. 404 US 519, 30 L Ed 2d 652, 92 S ct 594

## VERIFICATION

I hereby Verify under penalty of perjury this 12th DAY OF MARCH 2008, that the information Contained herein is true and Correct to the best of my Knowledge and belief.

Christopher O'Neal Hundley
Christopher O'Neal Hundley

## CERTIFICATE OF SERVICE

I hereby Certify this 12th DAY of MARCH 2008, that I have Served a true and Correct Copy of the Same upon the defendants by placing in the U.S. Mail Service postage prepaid.

Christopher O'Neal Hundley
Christopher O'Neal Hundley
St. Clair 1000 St. Clair Road, Springville, Ala. 35146

Christopher O'Neal Hundley (A.I.S. #206030
Q44-2B)
1000 St.Clair Rd.
Springville, Ala. 35146

045J83093800
$0.41
03/14/2008
Mailed From 35146
US POSTAGE

2:05CV502

LEGAL MAIL

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA.
36101-0711

LEGAL MAIL