IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER O'NEAL HUNDLEY, | ) | |
| AIS #206030, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:05cv502-ID |
| v. | ) | |
| | ) | |
| | ) | |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's Motion for Reconsideration (Doc. No. 51), it is ORDERED that said Motion be and the same is hereby DENIED.

Done this 18th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE